## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| APPLIANCE CONTROLS GROUP, INC., *et al.*, | ) | Case No. 04-14517 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Judge A. Benjamin Goldgar |

### NOTICE OF FINAL HEARING ON
### EMERGENCY MOTION FOR AN ORDER (1) AUTHORIZING INCURRENCE OF INDEBTEDNESS WITH ADMINISTRATIVE SUPER-PRIORITY AND SECURED BY SENIOR LIENS ON AND SECURITY INTERESTS IN SUBSTANTIALLY ALL ASSETS OF THE DEBTORS PURSUANT TO SECTIONS 364(c)(1), (2) AND (3) OF THE BANKRUPTCY CODE, (2) GRANTING ADEQUATE PROTECTION AND OTHER RELIEF AND (3) SCHEDULING AND APPROVING THE FORM AND METHOD OF NOTICE OF THE HEARING ON THE DEBTORS' MOTION TO INCUR SUCH FINANCING ON A PERMANENT BASIS

**PLEASE TAKE NOTICE** that on **Monday, May 3, 2004 at 10:00 a.m.**, the undersigned shall appear before the Honorable A. Benjamin Goldgar, Courtroom 613, 219 S. Dearborn Street, Chicago, Illinois, for a final hearing on the Emergency Motion for an Order (1) Authorizing Incurrence of Indebtedness with Administrative Super-priority and Secured by Senior Liens on and Security Interests in Substantially All Assets of the Debtors Pursuant to Sections 364(c)(1), (2) and (3) of the Bankruptcy Code, (2) Granting Adequate Protection and Other Relief and (3) Scheduling and Approving the Form and Method of Notice of the Hearing on the Debtors' Motion to Incur Such Financing on a Permanent Basis Motion for Order Authorizing Debtors' Use of Cash Collateral, Granting Liens and Granting Adequate Protection (the "Motion"), at which time and place you may appear if you deem fit. A true and correct copy of the Motion and the interim order granting same are attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion and the entry of a final order on same must be filed with the Court and served on the following parties no later than **5:00 p.m. on April 28, 2004**: (a) Robert M. Fishman, Shaw Gussis Fishman Glantz Wolfson & Towbin LLC, 321 N. Clark Street, Suite 800, Chicago, Illinois 60610, fax: (312) 980-3888; (b) Daniel J. McGuire, Winston & Strawn, 35 W. Wacker Dr., Chicago, Illinois 60601-9703, fax: (312) 558-5700; (c) Michael M. Eidelman, Vedder, Price, Kaufman and Kammholz, P.C., 222 North LaSalle Street, Suite 2600, Chicago, Illinois 60601, fax: (312) 609-5005; (d) Roman Sukley, Office of the United States Trustee, 227 West Monroe Street, Suite 3350, Chicago, Illinois 60606, fax (312) 886-5794; and (e) Faye B. Feinstein, Quarles & Brady LLP, 500 West Madison, Suite 3700, Chicago, Illinois 60661, fax (312) 715-5155.

Dated: April 15, 2004

APPLIANCE CONTROLS GROUP, INC., *et al.*,

By: /s/ B. M. Graham
One of their attorneys

Robert M. Fishman (ARDC #3124316)
Brian M. Graham (ARDC #6243015)
Allen J. Guon (ARDC #6244526)
SHAW GUSSIS FISHMAN GLANTZ
  WOLFSON & TOWBIN LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312)541-0151

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR 15 2004

KENNETH S. GARDNER, CLERK
PS REP. - PS

A0043947.WPD

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that he caused a true and correct copy of **(A)** the foregoing Notice of Final Hearing on Emergency Motion for an Order (1) Authorizing Incurrence of Indebtedness with Administrative Super-priority and Secured by Senior Liens on and Security Interests in Substantially All Assets of the Debtors Pursuant to Sections 364(c)(1), (2) and (3) of the Bankruptcy Code, (2) Granting Adequate Protection and Other Relief and (3) Scheduling and Approving the Form and Method of Notice of the Hearing on the Debtors' Motion to Incur Such Financing on a Permanent Basis; **(B)** Emergency Motion for an Order (1) Authorizing Incurrence of Indebtedness with Administrative Super-priority and Secured by Senior Liens on and Security Interests in Substantially All Assets of the Debtors Pursuant to Sections 364(c)(1), (2) and (3) of the Bankruptcy Code, (2) Granting Adequate Protection and Other Relief and (3) Scheduling and Approving the Form and Method of Notice of the Hearing on the Debtors' Motion to Incur Such Financing on a Permanent Basis (the Motion"); and **( C)** the interim order entered on the Motion to be served upon the parties on the attached Service List(s) via first class United States mail on the 15th day of April, 2004.

_[signature]_

## SERVICE LIST

Roman L. Sukley
Office of the United States Trustee
227 W. Monroe St., Suite 3350
Chicago, IL 60606
Phone: 312-886-5785
Fax:    312-886-5794

Thomas S. O'Donoghue
Appliance Controls Group, Inc.
84 North Dugan Road
Sugar Grove, IL 60554
Phone: 630-870-3300
Fax:    630-870-3319

Michael M. Eidelman
Vedder Price Kaufman & Kammholz PC
Suite 2600
222 N. LaSalle Street
Chicago, IL 60601
Phone: 312-609-7636
Fax:    312-609-5005

Daniel J. McGuire
Winston & Strawn
35 W. Wacker Drive
Chicago, IL 60601
Phone: 312-558-5600
Fax:    312-558-5700

Faye B. Feinstein
Quarles & Brady LLC
500 West Madison St., Suite 3700
Chicago, IL 60661
Phone: 312-715-5000
Fax:    312-715-5155

Alcoa Engineered Products
Attention: Gisela Hewitt
8550 W. Bryn Mawr Avenue, 10th Floor
Chicago, IL 60631
Phone: 773-380-7075
Fax:    773-380-7081

Alger Manufacturing Company, Inc.
Attention: Duane Femrite
724 S. Bon View Avenue
Ontario, CA 91761
Phone: 800-854-9833
Fax:    909-986-9500

AMCITO Partners, L.P.
Attention: Richard Carlson
7234 Lancaster Pike, Suite 300
Hockessin, DE 19707
Phone: 302-234-5750
Fax:    302-234-5754

Benjamin R. Jacobson
Attention: Benjamin R. Jacobson
c/o Jacobson Partners
595 Madison Avenue, 31st Floor
New York, NY 10022
Phone: 212-758-4500
Fax:    212-758-4567

Century City 1800 Partnership, L.P.
Attention: Gerald Parsky
c/o Aurora Capital Partners LP
10877 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024
Phone: 310-551-0101
Fax:    310-551-2843

Chase Brass & Copper
Attention: Earl Creighton
PO Box 152
Montpelier, OH 43453
Phone: 419-485-3193
Fax:    419-485-5945

Danam Corporation
Attention: Helen Kang
3003 N. 1st Street, Suite 304
San Jose, CA 95134
Phone: 408-519-5729
Fax:    408-519-5778

{A0064106.DOC}

Engman-Taylor Company, Inc.
Attention: Rick Kiefer
W142 N9351 Fountain Blvd.
Menomonee Falls, WI 53051
Phone: 262-255-9300
Fax:   262-255-0164

Fed Express
Attention: Sharon Butter
1000 Fedex Drive
Coraopolis, PA 15108
Phone: 800-622-1147
Fax:   412-859-2959

G & M Die Casting Company
Attention: Markus J. Hirsch
284 Richert Road
Wood Dale, IL 60191-1206
Phone: 630-595-2340
Fax:   630-595-3746

George Kellner
Attention: George Kellner
c/o Kellner, DiLeo & Company
900 Third Avenue, 10th Floor
New York, NY 10022
Phone: 212-350-0251
Fax:   212-350-0340

Harrison R. Horan
Attention: Harrison R. Horan
8523 Country Club Drive
Franklin, WI 53132
Phone: 414-427-7883
Fax:   414-427-8020

HVS Boxers LLC
Attention: Michael Fuchs
9 West 57th Street, Suite 4220
New York, NY 10019
Phone: 212-583-7010
Fax:   212-223-8886

JMS of Holland, Inc.
Attention: Harold Jordan
101 E. Roosevelt Avenue
Zeeland, MI 49464
Phone: 616-772-2727
Fax:   616-772-2722

J.P. Acquisition Fund III, L.P.
Attention: Benjamin R. Jacobson
c/o Jacobson Partners
595 Madison Avenue, 31st Floor
New York, NY 10022
Phone: 212-758-4500
Fax:   212-758-4567

Ken-Mac Metals, Inc.
Attention: Steve Burns
17901 Englewood Drive
Middleburgh Heights, OH 44130
Phone: 440-891-1886
Fax:   440-891-1880

Metal-Matic
Attention: Tom Jackson
629 Second Street, S.E.
Minneapolis, MN 55414
Phone: 612-378-0411
Fax:   612-392-3399

Nathan Gantcher
Attention: Nathan Gantcher
c/o Alpha Investment Management LLC
110 E. 59th Street, Floor 33
New York, NY 10022
Phone: 212-702-0616
Fax:   212-702-9216

Optimum Staffing Inc.
Attention: Jerry Scheib
PO Box 3387
Cleveland, TN 37320
Phone: 423-473-0501
Fax:   423-473-7872

Pace Industries
Attention: Doug Walker
P.O. Box 309
Fayetteville, AR 72702
Phone: 479-443-1455
Fax:   479-973-8511

Quadruple Industries
Attention: Jack Horng
No. 7 Da-an Road
Hsin Chuang City
TAIPEI HSIEN, TAIWAN R.O.C.
Phone: 011-886-2-2205-2994
Fax:   011-886-2-2953-0748

R.C. Coil Spring Manufacturing
Attention: Chester Sawko
490 Mitchell Road
Glendale Heights, IL 60139
Phone: 630-790-3500
Fax:   630-790-0113

Radix Inc.
Attention: Dennis Kleinhenz
2600 Lakeland Blvd.
Cleveland, OH 44132
Phone: 216-289-3530
Fax:   216-731-7082

Rockford Toolcraft
Attention: Gerald Busse
766 Research Parkway
Rockford, IL 61109
Phone: 815-398-5507
Fax:   815-398-0132

Saxonburg Ceramics, Inc.
Attention: Frank Humes
P.O. Box 688
Saxonburg, PA 16056
Phone: 724-352-3580
Fax:   724-352-1561

Small Parts de Mexico
Attention: Terry Littlepage
P.O. Box 221137
El Paso, TX 79913
Phone: 574-753-6323
Fax:   574-753-6660

Tube Tech (c/o Block Steel)
Attention: David Rabinowitz
6101 W. Oakton Street
Skokie, IL 60077-2678
Phone: 847-966-3000
Fax:   847-966-5906

Wolverine Metal Stamping
Attention: Bruce Weber
3600 Tennis Court
St. Joseph, MI 49085
Phone: 269-429-6600
Fax:   269-429-6657

Joel R. Nathan
Assistant U.S. Attorney
Office of the U.S. Attorney
219 South Dearborn Street, Suite 500
Chicago, IL 60604
Phone: 312-353-8449
Fax:   312-353-2067

James D. Newbold
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, IL 60601
Phone: 312-814-4557
Fax:   312-814-3589

Louis D. Chronowski
Seyfarth Shaw
55 East Monroe Street, Suite 4200
Chicago, IL 60603-5803
Phone: 312-346-8000
Fax:   312-269-8869

Shan Sacranie
2312 Fawn Lake Circle
Naperville, IL 60564

California First Leasing Corporation
18201 Von Karman Ave.
#800
Irvine, CA 92512

Wells Fargo Equipment Finance, Inc.
530 Fifth Avenue, 15th Floor
New York, NY 10036

Yamazen Inc.
735 E. Remington Road
Schaumburg, IL 60173

Parts Cleaning Technologies, LLC
24482 Redwing Dr.
Novi, MI 48374

General Electric Corporation
1415 W. 22nd Street, Suite 400
Oak Brook, IL 60523

Advantage Engineering Inc.
525 E. Stop 18 Road
Greenwood, IN 46143
Fax: 317-881-2177

Dillard Partnership
2631 Rhea County Hwy.
Dayton, TN 37321

L.H.& F Development Partnership
P.O. Box 265
Big Rock, IL 60511
Fax: 630-556-4228

Oasis International, LLC
8920 Transport Lane
Ooltewah, TN 37363

D. Patrick Mullarkey
Tax Division (DOJ)
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

United States Attorney
219 South Dearborn Street
Chicago, IL 60604

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Associate Area Counsel, SB/SE
Internal Revenue Service
Suite 2300
200 West Adams Street
Chicago, IL 60606-5208

The CIT Group
P.O. Box 550599
Jacksonville, FL 32255-0599
P: (888) 204-0799
F: (904) 596-2564

Citicorp Vendor Finance
P.O. Box 7247-0371
Philadelphia, PA 19170-0371
P: (800) 835-9901
F: (972) 657-8309

Citicorp Vendor Finance
P.O. Box 7247-0322
Philadelphia, PA 19170-0322
P: (800) 633-4594
F: (800) 600-0242

Brown Stove Works, Inc.
1422 Carolina Avenue NE
P.O. Box 2490
Cleveland, TN 37320-2490

Advance Business Systems
Attention: Sue Leonard
3001 Avenue of the Cities
Moline, IL 61265

Green Tree Vendor Services Corporation
95 Route 17 South
Paramus, NJ 07653

Castlerock Leasing
8826 Ooltewah-Georgetown Road
Ooltewah, TN 37363

Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
P: (212) 806-5430
F: (212) 806-6006

Internal Revenue Service
Special Procedures Stop 5013 CH
P.O. Box 745
Chicago, IL 60690

Internal Revenue Service
Chief, Special Procedures Section
320 W. Washington Street, STOP 11
Springfield, IL 62701-1135

Illinois Department of Revenue
Bankruptcy Unit Level 7-425
100 Randolph Street
Chicago, IL 60601

GE Corporate Financial Services
Attention: Shani Novak
500 W. Monroe Street
Chicago, IL 60661-3679
P: (312) 441-7517
F: (312) 441-7026

HILCO Capital, LP
Attention: Lewis Rieck
One Northbrook Place
5 Rever Drive - Suite 510
Northbrook, IL 60062
P: (847) 849-2986
F: (847) 559-9330