## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| APPLIANCE CONTROLS GROUP, INC., *et al.*, | ) | Case No. 04-14517 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Judge A. Benjamin Goldgar |

### NOTICE OF FINAL HEARING ON
### EMERGENCY MOTION FOR ORDER UNDER 11 U.S.C. §§ 363(b) FOR AUTHORIZATION TO ENTER INTO AN AGREEMENT TO EMPLOY CORPORATE REVITALIZATION PARTNERS, LLC TO PROVIDE MANAGEMENT SERVICES FOR THE DEBTORS

**PLEASE TAKE NOTICE** that on **Monday, May 3, 2004 at 10:00 a.m.**, the undersigned shall appear before the Honorable A. Benjamin Goldgar, Courtroom 613, 219 S. Dearborn Street, Chicago, Illinois, for a final hearing on the Emergency Motion for Order under 11 U.S.C. §§ 363(b) for Authorization to Enter into an Agreement to Employ Corporate Revitalization Partners, LLC to Provide Management Services for the Debtors (the "Motion"), at which time and place you may appear if you deem fit. A true and correct copy of the Motion and the interim order granting same are attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion and the entry of a final order on same must be filed with the Court and served on the following parties no later than **5:00 p.m. on April 28, 2004**: (a) Robert M. Fishman, Shaw Gussis Fishman Glantz Wolfson & Towbin LLC, 321 N. Clark Street, Suite 800, Chicago, Illinois 60610, fax: (312) 980-3888; (b) Daniel J. McGuire, Winston & Strawn, 35 W. Wacker Dr., Chicago, Illinois 60601-9703, fax: (312) 558-5700; (c) Michael M. Eidelman, Vedder, Price, Kaufman and Kammholz, P.C., 222 North LaSalle Street, Suite 2600, Chicago, Illinois 60601, fax: (312) 609-5005; (d) Roman Sukley, Office of the United States Trustee, 227 West Monroe Street, Suite 3350, Chicago, Illinois 60606, fax (312) 886-5794; and (e) Faye B. Feinstein, Quarles & Brady LLP, 500 West Madison, Suite 3700, Chicago, Illinois 60661, fax (312) 715-5155.

Dated: April 16, 2004

APPLIANCE CONTROLS GROUP, INC., *et al.*,

By: _____
One of their attorneys

Robert M. Fishman (ARDC #3124316)
Brian M. Graham (ARDC #6243015)
Allen J. Guon (ARDC #6244526)
SHAW GUSSIS FISHMAN GLANTZ
 WOLFSON & TOWBIN LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, does hereby certify that he caused a true and correct copy of **(A)** the foregoing Notice of Final Hearing on Emergency Motion for Order under 11 U.S.C. §§ 363(b) for Authorization to Enter into an Agreement to Employ Corporate Revitalization Partners, LLC to Provide Management Services for the Debtors ; **(B)** Emergency Motion for an Order under 11 U.S.C. §§ 363(b) for Authorization to Enter into an Agreement to Employ Corporate Revitalization Partners, LLC to Provide Management Services for the Debtors; and **(C)** the interim order entered on the Motion to be served upon the parties on the attached Service List(s) via first class United States mail on the 16th day of April 2004.

_____
*[signature]*

SUBSCRIBED AND SWORN TO BEFORE ME
this 16th day of April 2004.

_____
*[signature]*

"OFFICIAL SEAL"
VALERIE [...] STANLEY
Notary P[ublic], State of Illinois
My Commission Expires 12/12/2006