# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| APPLIANCE CONTROLS GROUP, INC., | ) | |
| et al., | ) | Case No. 04-14517 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Judge A. Benjamin Goldgar |

### ORDER CONTINUING FINAL HEARING ON THE DEBTOR'S EMERGENCY MOTION (1) AUTHORIZING INCURRENCE OF INDEBTEDNESS WITH ADMINISTRATIVE SUPER-PRIORITY AND SECURED BY SENIOR LIENS ON AND SECURITY INTERESTS IN SUBSTANTIALLY ALL ASSETS OF THE DEBTORS PURSUANT TO SECTIONS 364(C)(1), (2) AND (3) OF THE BANKRUPTCY CODE, (2) GRANTING ADEQUATE PROTECTION AND OTHER RELIEF AND (3) SCHEDULING AND APPROVING THE FORM AND METHOD OF NOTICE OF THE HEARING ON THE DEBTORS' MOTION TO INCUR SUCH FINANCING ON A PERMANENT BASIS

THIS CAUSE COMING TO BE HEARD upon the Final Hearing on the Debtors' Emergency Motion For An Order (1) Authorizing Incurrence of Indebtedness with Administrative Super-Priority and Secured By Senior Liens on and Security Interests in Substantially all Assets of the Debtors Pursuant to Sections 364(C)(1), (2) And (3) of the Bankruptcy Code, (2) Granting Adequate Protection and Other Relief and (3) Scheduling And Approving the Form And Method of Notice of the Hearing on The Debtors' Motion to Incur Such Financing on A Permanent Basis (the "Motion"), due notice of the Final Hearing on the Motion having being given, and the Court being fully advised in the premises, it is hereby

ORDERED that the Final Hearing on the Motion shall be continued to May 6, 2004 at 10:00 a.m.; and it is further

ORDERED that the Interim Order on the Debtors' Motion shall remain in full force and effect through and including May 6, 2004, except as modified by this order.

ENTER:

Dated: MAY – 6 2004

_____
United States Bankruptcy Judge

{A0065269.DOC}