## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| APPLIANCE CONTROLS GROUP, INC., | ) | |
| et al., | ) | Case No. 04-14517 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Judge A. Benjamin Goldgar |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on November 17, 2004, at the hour of 9:30 a.m., the undersigned shall appear in front of the Hon. A. Benjamin Goldgar, or any other judge sitting in his stead, in Courtroom 613, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Final Application of Shepherd Partners, Inc. for Professional Compensation and Reimbursement of Expenses, a copy of which is attached hereto and herewith served upon you.

DATED: October 22, 2004

Respectfully submitted,

Appliance Controls Group, Inc., et al.

By: _____
One of Their Attorneys

Allen J. Guon (ARDC #6244526)
**SHAW GUSSIS FISHMAN GLANTZ**
**WOLFSON & TOWBIN LLC**
321 N. Clark Street, Suite 800
Chicago, IL 60610
Telephone: (312) 541-0151

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 2 2 2004

KENNETH S. GARDNER, CLERK
PS REP. - TCR

{A0075609.DOC}

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, does hereby certify that true and correct copies of the Notice of Motion and Final Application of Shepherd Partners, Inc. for Professional Compensation and Reimbursement of Expenses, were served upon the parties on the attached service list, via prepaid first-class U.S. Mail unless otherwise indicated on the service list, this 22nd day of October 2004.

_____
Nancy J. Koeber

**SUBSCRIBED AND SWORN TO** before me
this 22nd day of October 2004.

_____
Notary Public

OFFICIAL SEAL
PARIS CARRAWAY-LOVE
NOTARY PUBLIC · STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/17/08

{A0075609.DOC}

## MASTER SERVICE LIST
## APPLIANCE CONTROLS GROUP, INC., et al.
## CASE NO. 04-14517

Roman L. Sukley
Office of the United States Trustee
227 W. Monroe St., Suite 3350
Chicago, IL 60606
Phone: (312) 886-5785
Fax:    (312) 886-5794

Thomas S. O'Donoghue
Appliance Controls Group, Inc.
1833 Centre Point Circle, Suite 103
Naperville, IL  60563
Phone: (630) 799-0270
Fax:    (630) 799-0271

Michael M. Eidelman
Vedder Price Kaufman & Kammholz PC
222 N. LaSalle Street, Suite 2600
Chicago, IL  60601
Phone: (312) 609-7636
Fax:    (312) 609-5005

Michael W. Jones
Daniel J. McGuire
Winston & Strawn
35 W. Wacker Drive
Chicago, IL  60601
Phone: (312) 558-5600
Fax:    (312) 558-5700

Faye B. Feinstein
Quarles & Brady LLC
500 West Madison St., Suite 3700
Chicago, IL 60661
Phone: (312) 715-5000
Fax:    (312) 715-5155

Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982
Phone:  (212) 806-5430
Fax:    (212) 806-6006

A0068013.BKA 1

HILCO Capital, LP
Attention: Lewis Rieck
One Northbrook Place
5 Revere Drive, Suite 510
Northbrook, IL 60062
Phone:  (847) 849-2986
Fax:    (847) 559-9330

Christopher J. Horvay
Gould & Ratner
222 North LaSalle Street, Suite 800
Chicago, Illinois 60601
Phone:  (312) 899-1624
Fax:    (312) 236-3241

David E. Mack
Altma Group
Two Northfield Plaza, Suite 215
Northfield, IL 60093
Phone:  (847) 441-2692
Fax:    (847) 441-1889 or -3293

Priscilla H. Douglas
Office of the General Counsel
California First Leasing Corporation
18201 Von Karman Ave., Suite 800
Irvine, CA 92612
Phone: (949)255-0500
Fax:    (949)255-5320

Eliot Relles
Robert Mrofka
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY  10022
Phone: (212) 756-2000
Fax:    (212) 593-5955

Everett L. Hixson Jr.
Valerie H. Richardson
Shumacker Witt Gaither & Whitaker, P.C.
1100 Sun Trust Bank Building
736 Market Street
Chattanooga, TN 37402
Phone: (423) 425-7000
Fax:   (423) 266-4138 or
        (423) 265-5298

Scot M. Weisberg
Compliance Officer
Fortress Drawbridge Special Opportunities
1251 Avenue of the Americas, 16th Floor
New York, NY 10020
Phone: (212) 515-4682
Fax:   (212) 798-6056

Shepherd Partners
Attention: Tony Natale
1500 North LaSalle Street
Chicago, IL 60610
Phone: (312) 951-6107
Fax:   (312) 951-9499 or
        (800) 778-7312

Michael Baroni
General Counsel
BSH Home Appliances
5551 McFadden Avenue
Huntington Beach, CA 92649
Phone: (714) 899-3506
Fax:   (714) 845-2749

Steven A. Domanowski
Bell Boyd & Lloyd LLC
Suite 3300
70 West Madison Street
Chicago, IL 60602
Phone: (312) 807-4312
Fax:   (312) 827-1289

Dennis E. Quaid
Michelle G. Novick
Christina M. Berish
FagelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603
Phone: (312) 346-7500
Fax:   (312) 580-2201

Joseph J. Romagnoli
Torys LLP
237 Park Avenue
New York, NY 10017
Phone: (212) 880-6000
Fax:   (212) 682-0200

Tennessee Department of Revenue
c/o Tennessee Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 532-2504
Fax:   (615) 741-3334

Randall L. Klein
Goldberg, Kohn, Bell, Black, Rosenbloom
& Moritz, Ltd.
55 E. Monroe St., Suite 3700
Chicago, IL 60603
Phone: (312) 201-3974
Fax:   (312) 863-7474

David Grochocinski
Grochocinski & Grochocinski
800 Ravinia Pl.
Orland Park, IL 60462
Phone: (708) 226-2700
Fax:   (708) 226-9030



FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 2 2 2004

KENNETH S. GARDNER, CLERK
PS REP. - TCR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| APPLIANCE CONTROLS GROUP, INC., | ) | |
| et al., | ) | Case No. 04-14517 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Judge A. Benjamin Goldgar |

### FINAL APPLICATION OF SHEPHERD PARTNERS, INC. FOR
### PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Shepherd Partners, Inc. ("Shepherd") submits this Final Application (the "Application")

seeking allowance and payment of compensation and reimbursement of expenses pursuant to 11

U.S.C. §§ 330, 331 and 503(b) and the Amended Administrative Order Establishing Procedures

for Interim Compensations and Reimbursement of Expenses of Professionals, entered in these

cases on June 9, 2004 (the "Amended Interim Compensation Order"). In support of this

Application, the Shepherd states as follows:

### BACKGROUND

1.      On April 12, 2004, Appliance Controls Group, Inc. and Appliance Controls

Group Holdings, Inc. (collectively, the "Debtors") filed separate voluntary petitions for relief

pursuant to chapter 11 of the Bankruptcy Code, thereby commencing the above-titled chapter 11

cases (the "Cases"). At that time, the Debtors operated their businesses and managed their

property as debtors in possession in accordance with 11 U.S.C. §§ 1107 and 1108.

2.      On April 13, 2004, this Court entered an order authorizing the joint administration

of the Cases for administrative purposes only.

3.      On April 22, 2004, the Office of the United States Trustee (the "UST") appointed

the official committee of unsecured creditors in these Cases (the "Committee").

4.     On May 6, 2004, this Court entered a final order authorizing the retention of Shepherd as the Debtors' financial advisor to assist in vendor negotiations and to provide certain accounting related services.

5.     On July 23, 2004, this Court entered an amended order (the "Sale Order") authorizing the Debtors to sell substantially all of their assets and assume and assign certain executory contracts and unexpired leases to Burner Systems International, Inc. ("Burner Systems"). On July 26, 2004, the Debtors sold substantially all of the Debtors' assets to Burner Systems.

6.     On September 8, 2004, on the motion of the Debtors, the Cases were converted to cases under chapter 7 of the Bankruptcy Code.

7.     On or about September 14, 2004, the UST appointed David Grochocinski as the interim chapter 7 trustee (the "Trustee") of the bankruptcy estates of the Debtors, pursuant to 11 U.S.C. § 701 (a)(1).

8.     The Court has jurisdiction over the Cases and this Application pursuant to 28 U.S.C. §§ 157(b) and 1334. This Application is a core proceeding within the meaning of 28 U.S.C. §157(b)(2). Venue is proper pursuant to 28 U.S.C. §§1408 and 1409.

## RETENTION OF SHEPHERD

9.     In the course of administering the affairs of the Debtors, the Debtors determined that they required the advice and assistance of a financial advisory firm to assist in various vendor negotiations and provide certain accounting-related services.

10.    The Debtors selected Shepherd as their financial advisors because of its considerable experience in rendering advice to financially distressed companies. Additionally, Shepherd performed substantial services to the Debtors prior to the Petition Date and was very

{A0072336.DOC 2}                                    2

familiar with the Debtors' business operations and creditors. The Debtors determined that
Shepherd's continued retention provided a sense of stability and familiarity to Debtors' many
vendors and customers. Shepherd's familiarity with the Debtors' vendors provided an invaluable
contribution to the Debtors' ability to continue their operations prior to the Sale to Burner.

11.    On May 3, 2004, this Court entered a final order authorizing the Debtors to
employ Shepherd as their financial advisors (the "Retention Order") to provide the following
services to the Debtors: (i) assist in the negotiations with the Debtors' vendors and creditors; (ii)
assist in various accounting related functions at the Debtors' Tennessee facility; and (iii) if
requested to do so by the Debtors, assist in the preparation of the Debtors' schedules. In the
Retention Order, the Court authorized Shepherd to retain its $15,000 prepetition security retainer
and also authorized the Debtors to provide a $5,000 postpetition retainer to secure the payment
of its fees and expenses in the Cases (collectively, the "Retainer").

12.    Shepherd has provided indispensable services to the Debtors from April 12, 2004,
through and including July 31, 2004 (the "Services") with respect to the limited matters for
which it was retained by the Debtors.

13.    The Services that Shepherd has provided to the Debtors have not duplicated the
services performed by any other professional in the Cases.

## COMPENSATION PROCEDURES

14.    On June 9, 2004, this Court entered the Amended Interim Compensation Order.[1]
Pursuant to the Amended Interim Compensation Order, certain professionals were authorized to
serve monthly fee statements (the "Monthly Statements") on the Debtors and the Notice Parties

---

[1] On April 19, 2004, the Court entered the original Administrative Order Establishing Procedures for Interim
Compensations and Reimbursement of Expenses of Professionals. The Amended Interim Compensation Order
merely modified the parties entitled to receive notice of each Professional's monthly fee statement. All substantive
provisions remained unchanged in the amended order.

(as defined in the Amended Interim Compensation Order). The Amended Interim Compensation Order applied to Shepherd. Absent any objections and subject to the filing of interim and final fee applications, the Debtors were authorized to pay 90% of the monthly fees and 100% of the monthly expenses sought in the Monthly Statements.

15.    On May 12, 2004, Shepherd served its invoice for the period from April 12, 2004 through April 30, 2004 (the "April Invoice"). In its April Invoice, Shepherd sought payment of (i) interim compensation in the amount of $35,811.00, representing 90% of the total fees incurred during such period; and (ii) interim reimbursement of expenses in the amount of $753.69, representing 100% of the expenses incurred by Shepherd during such period. A copy of the April Invoice is attached hereto as Exhibit A.

16.    On June 7, 2004, Shepherd served its invoice for the month of May 2004 (the "May Invoice"). In its May Invoice, Shepherd sought payment of (i) interim compensation in the amount of $37,358.10, representing 90% of the total fees incurred during such period; and (ii) interim reimbursement of expenses in the amount of $3,103.71, representing 100% of the expenses incurred by Shepherd during such period. A copy of May Invoice is attached hereto as Exhibit B.

17.    On July 6, 2004, Shepherd served its invoice for the month of June 2004 (the "June Invoice"). In its June Invoice, Shepherd sought payment of (i) interim compensation in the amount of $37,075.50, representing 90% of the total fees incurred during such period and (ii) interim reimbursement of expenses in the amount of $619.00, representing 100% of the expenses incurred by Shepherd during such period. A copy of June Invoice is attached hereto as Exhibit C.

18.     On August 11, 2004, Shepherd served its invoice for the month of July 2004 (the "July Invoice"). In its July Invoice, Shepherd sought payment of (i) interim compensation in the amount of $31,260.60, representing 90% of the total fees incurred during such period; and (ii) interim reimbursement of expenses in the amount of $491.36, representing 100% of the expenses incurred by Shepherd during such period. A copy of July Invoice is attached hereto as Exhibit D.

19.     The Debtors objected to certain aspects of Shepherd's invoices for the period from May, 2002 through August, 2002, in accordance with the procedures set forth in the Amended Interim Compensation Order. In order to resolve such objections, Shepherd agrees to reduce final compensation under this Final Application by an amount equal to $17,880.00, subject to allowance and payment of all other fees and expenses as set forth in this Final Application. Accordingly, on August 23, 2004, the Debtors paid Shepherd $31,206.01. The total fees paid to Shepherd do not exceed the required hold-back of 10% of Shepherd's undisputed compensation for services rendered from April 12, 2004 through July 31, 2004. Shepherd submits that any objection to this Final Application with respects to fees and expenses less than $17,880.00 is moot by reason of Shepherd's voluntary reduction as stated above.

## REQUESTED FEES

20.     As described above, Shepherd has provided indispensable services to the Debtors

throughout the Cases. Pursuant to sections 330 and 331 of the Bankruptcy Code, Shepherd

requests the allowance and payment of fees in the amount of $157,228.00 for the period from

April 12, 2004, through July 31, 2004 (the "Application Period"), of which $137,228.00 has been

previously paid. The fees requested herein reflect the fee reduction agreed to between the

Debtors, and Shepherd and consented to by Hilco Capital, L.P.

21.     The hourly rates charged by Shepherd professionals who worked on the Cases and

whose time is part of the Services are as follows:

| Professional | Rate |
|---|---|
| Anthony J. Natale | $300.00 |
| John Sanders | $190.00 |

22.     The Services have required a total of 804.3 hours on the part of Shepherd during

the Application Period. Based upon the customary and reasonable rates charged by

Shepherd, the fair and reasonable value of the Services is not less than $157,228.00, which

reflects the agreed reduction in Shepherd's fees. The fees for, and amount of time spent with

respect to, Shepherd's services are reasonable given the range and complexity of the issues

presented in these Cases.

23.     Following is a complete summary of Shepherd's Services during the Application

Period by task category:

| Task Category | Hours Worked |
|---|---|
| 1. Vendor Management | 542.2 |
| 2. Cash Management/Accounting | 84.5 |
| 3. Travel | 137.5 |

| | |
|---|---|
| 4. Administration | 27.3 |
| 5. Billing | 12.8 |
| TOTAL | 804.3 |

24.     The following narrative summary describes the services rendered between April 12, 2004 and July 31, 2004 in connection with the three task categories:

(a)     **Vendor Management:**  This involved procurement planning, vendor communication, and negotiations with the company's roughly 300 active vendors regarding payments, amounts, timing, delivery issues, past due billings, advance payments and other matters involving obtaining supplies adequate for production. Additionally, payments had to be issued and means of delivery agreed upon (i.e. wire, overnight of check or fax of check prior to vendor release of product for shipping).

(b)     **Cash Management/Accounting:**  Tasks in this category included borrowing base preparation, issuance of check requests, preparation of various reports related primarily to vendor issues, reconciliation of various accounts, planning sessions with the Chief Restructuring Officer, discussions with the lenders,  and tracking vendor balances and pre-payments.

(c)     **Travel:**  This category includes travel to the Juarez plant for work with vendors and management of materials requirements.  Time in this category also includes the 100+ mile round trip travel to the Debtors' place of business in Sugar Grove, Illinois and Naperville, Illinois.

25.     As set forth above, a detailed statement of Shepherd's Services is attached hereto as Exhibits A - E.  Each Monthly Statement contains a description of the particular services rendered and the amount of time spent on each task by each professional.

26.     Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services; (ii) the time spent; (iii) the rates charged for such services; (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed; and (v) the reasonableness of the services based on the compensation charged by comparably skilled professionals inside and outside of the bankruptcy context, the Shepherd respectfully submits that its fees represent a fair and reasonable amount for the final compensation of Shepherd in the Cases.

## REQUESTED EXPENSES

27.     During the Application Period, Shepherd incurred expenses in the aggregate amount of $4,977.76 of which $4,977.76 has been previously paid by the Debtors.  All of the expenses for which reimbursement is requested are expenses that Shepherd customarily recoups from all of its clients.  The specific expenses for which reimbursement is requested during the Application Period are as follows:

| Expenses | Cost |
|---|---|
| Airfare | $1239.00 |
| Hotel | $1276.84 |
| Printing, Copying & Shipping | $28.00 |
| Ground Transportation | $2063.07 |
| Telephone/fax | $178.48 |
| Meals | 192.37 |
| **TOTAL** | $4977.76 |

28.     The expenses for which reimbursement is sought were actually borne by Shepherd and were necessarily incurred in connection with its Services performed for the

Debtors. As noted previously, the expenses for which reimbursement is requested are of the type and amount that Shepherd customarily recoups from all of its clients.

29.     As set forth above, a detailed statement of Shepherd's expenses is attached hereto as <u>Exhibits A - E</u>. Each Monthly Statement contains a description of the expenses for which reimbursement is sought.

## AUTHORITY TO APPLY RETAINER

30.     Shepherd also requests authority to apply the Retainer against the outstanding amounts due to Shepherd for the Services provided to the Debtors.

## NO CONFLICTS OR SHARING AGREEMENT

31.     No agreement or understanding between Shepherd and any third party exists for the purpose of sharing the compensation received for services rendered to the Debtors in connection with these Cases.

32.     Shepherd has not represented or held an interest adverse to the Debtors and is a "disinterested person" as defined in 11 U.S.C. § 101(4) of the Bankruptcy Code.

## NOTICE

33.     Notice of this Application has been served on (i) the UST, (ii) the Trustee; (iii) counsel to the Committee, (iv) counsel to Hilco Capital, LP, and (v) each of the parties requesting service in these Cases. No other or further notice is necessary or required under the circumstances.

WHEREFORE, Shepherd Partners, Inc. request the entry of an order that:

(a) allows Shepherd's compensation for the Services in the amount of $157,228.00 (the "Fee Award");

(b) allows Shepherd reimbursement of actual and necessary expenses in the amount of $4,977.76 (the "Expense Award");

(c) authorizes Shepherd to apply the Debtors' prior payments in the amount of $142,205.76 and the Retainer against the Fee Award the and the Expense Award;

(d) waives other and further notice of this hearing with respect to this Application; and

(e) grants Shepherd such additional relief as may be appropriate under the circumstances;

DATED: September __, 2004

Respectfully submitted,

Shepherd Partners, Inc.

By: _____

Anthony J. Natale

Anthony J. Natale
Shepherd Partners, Inc.
Three First National Plaza
70 W. Madison, Suite 1400
Chicago, IL 60602
Telephone: 800-823-0461



# INVOICE

## Shepherd Partners, Inc.
1500 N. LaSalle  Chicago  IL  60610
Phone (312) 951-6107     Fax  (312) 951-9499

Client:

Appliance Controls Group, Inc.                                    May 11, 2004
Attn: Donald E. Baldwin
Controller
84 N. Dugan Road
Sugar Grove, IL  60554                                    INVOICE # 4040007

---

**For Professional Services Rendered**

For the period     April 12, 2004     through     April 30, 2004

| Fees | Hours | Hourly Rate | | Total |
|------|-------|-------------|---|-------|
| John Sanders | 190.00 | $190.00 | | $36,100.00 |
| Tony Natale | 12.30 | $300.00 | | $3,690.00 |
| | | | | $39,790.00 |
| **Expenses** | | | | |
| John Sanders | | | | $680.65 |
| Tony Natale | | | | $73.04 |
| | | | | $753.69 |

Due on Presentation          **T O T A L**     **$40,543.69**

**Remit by Wire Transfer to:**

Shepherd Partners, Inc.
Bank One
Chicago, IL
ABA # 071-000013
ACCT. # 111-500-132-2325

**Shepherd Partners, Inc.**

| | | Client | Appliance Controls Group |
|---|---|---|---|
| | | Staff Member | John Sanders |
| | | Starting Date | 4/1/2004 |
| | | Ending Date | 4/30/2004 |

**TIME SHEET**

| DAY | DATE | Hours | ACTIVITY |
|---|---|---|---|
| Mon | 4/12/2004 | 11.50 | Cash reconciliation GE & Hilco borrowing bases (1.4). Vendor calls (5.7). ADP set-up post petition payroll (1.9). R/T client travel (2.5) |
| Tue | 4/13/2004 | 11.50 | Write and distribute vendor e-mail and fax notification of Chapter 11 filing (1.8). Vendor calls (4.8). Work with BofA re: frozen accounts, track GE payment (2.4). R/T client travel (2.5) |
| Wed | 4/14/2004 | 12.00 | Discuss with Hilco funding payroll 1 day early and work with BofA to find missing ACH funds from last week (2.7). Vendor calls and send claim form info (6.8). R/T client travel (2.5) |
| Thu | 4/15/2004 | 12.50 | Call vendors, negotiate ship dates, payment details (7.7). Review requirements of SOFA docs (1.5). Discuss exchanging checks with vendor, atty (.8). R/T client travel (2.5) |
| Fri | 4/16/2004 | 13.50 | Call vendors, negotiate ship dates, payment details (7.9). Review CRP team info requirements and vendor status (1.8). Discuss Mexico vendor status with Mexico purchasing staff (.8). R/T client travel (3.0). |
| Sat | 4/17/2004 | | |
| Sun | 4/18/2004 | | |
| Mon | 4/19/2004 | 12.50 | Vendor calls, inbound and outbound (7.5)- borrowing base reconciliation and daily cash use information to lenders (1.5). Resolve FedEx Freight East (1.0). Issued $187,000 of vendor payments. R/T travel (2.5) |
| Tue | 4/20/2004 | 14.30 | Vendor calls, issued $304,000 of vendor payments - borrowing base reconciliation and daily case use information to lenders (1.2). Vendor calls inbound and outbound (9.1). Co-ordinate with CRP priorities and vendor information requirements (1.5). R/T travel (2.5) |
| Wed | 4/21/2004 | 13.00 | Vendor calls (8.3), issued $161,000 of vendor payments, borrowing base calculation (.4), R/T travel (2.5) mechanics, Bank of America account set-up (1.8), R/T travel (2.5) |
| Thu | 4/22/2004 | 12.80 | Vendor calls (6.6), research Pace wire confirmation number (.5), expedite payment to Wolverine Metal Stamping (.5), review vendor priorities with CRP team (1.5). Work with David Hull re: Daily Cash information versus weekly budget (1.2). Issued $262,000 of payments, R/T travel (2.5) |
| Fri | 4/23/2004 | 11.50 | Vendor calls, reviewed vendor and material priorities with CRP (6.7), discussed deposit requirements for raw materials purchases with Rockford Toolcraft and JMS of Holland (.7). Reviewed Parker requirements with Chattanooga team (1.1). Issued $54,000 of vendor payments, R/T travel (3.0) |
| Sat | 4/24/2004 | | |
| Sun | 4/25/2004 | | |
| Mon | 4/26/2004 | 14.50 | Vendor calls, inbound and outbound (7.3)- borrowing base reconciliation and daily cash use information to lenders (.5). Conference call CRP, team update (.7). Meeting at Rockford Toolcraft, planning and payment issues (3.5), R/T travel (2.5) |
| Tue | 4/27/2004 | 12.30 | Vendor calls, check releases (7.6), cash analysis, reconciliation, discussion w/Lew Reick (.5). Discussion Elburn Stamping tooling issue w/A. Guon (.7), Cash disbursement and advances reconciliation (1.0), R/T travel (2.5) Vendor calls, check releases (7.1), cash analysis, reconciliation (.5), FedEx Freight East account reconciliation (.7) Conference call re: Wm Dudek (.7), Vendor payment analysis and disbursement reconciliations (1.8), R/T travel (2.5) |
| Wed | 4/28/2004 | 13.30 | Vendor calls, inbound and outbound (7.8)- borrowing base reconciliation and daily cash use information to lenders (.6). Calls C Crouse and K Smith re: vendor payment status (1.0), R/T travel (2.5) |
| Thu | 4/29/2004 | 11.80 | Vendor calls, inbound and outbound (7.2)- borrowing base reconciliation and daily cash use information to lenders (.5). Calls C Crouse and K Smith re: vendor payment status (1.8), Call w/T O'Donoghue status update (.5), R/T travel (3.0) |
| Fri | 4/30/2004 | 13.00 | |
| **TOTAL** | | **190.00** | |

5/12/2004 11:30 AM

Page 2

404Z72E5-3DDA-08520?.xls TIME Sanders

**Shepherd Partners, Inc.**
**Expense Report**

CLIENT: Appliance Controls Group
EXPENSES INCURED BY: John Sanders
PERIOD FROM: 4/1/2004
PERIOD TO: 4/30/2004

| DAY | DATE | LOCATION | BFAST | LUNCH | DINNER | HOTEL | CODE | AMOUNT | PARKING MILEAGE | ITEM | AMOUNT | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon | 4/12/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| Tue | 4/13/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| Wed | 4/14/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| Thu | 4/15/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| Fri | 4/16/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| Sat | 4/17/2004 | Sugar Grove, IL | | | | | | | | | | |
| Sun | 4/18/2004 | Sugar Grove, IL | | | | | | | | | | |
| Mon | 4/19/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| Tue | 4/20/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| Wed | 4/21/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| Thu | 4/22/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| Fri | 4/23/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| Sat | 4/24/2004 | Sugar Grove, IL | | | | | | | | | | |
| Sun | 4/25/2004 | Sugar Grove, IL | | | | | Auto | | 86.25 | Tolls | 4.30 | $90.55 |
| Mon | 4/26/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| Tue | 4/27/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| Wed | 4/28/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| Thu | 4/29/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| Fri | 4/30/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| **TOTALS** | | | | | | | | | $642.75 | | $37.90 | $680.65 |

less: non-reimbursable expenses

Cash    $680.65

40A272E5-3DDA-0852D7.xls EXPENSE Sanders

Page 3

5/12/2004 11:30 AM

**Shepherd Partners, Inc.**

| | Client | Appliance Controls Group |
| --- | --- | --- |
| | Staff Member | Tony Natale |
| | Starting Date | 4/1/2004 |
| | Ending Date | 4/30/2004 |

**TIME SHEET**

| DAY | DATE | Hours | Time | ACTIVITY |
| --- | --- | --- | --- | --- |
| Mon | 4/12/2004 | 1.80 | | Numerous calls to Debtor Counsel and to Tom O'Donohue on retention issues, affidavit, order (1.8) |
| Tue | 4/13/2004 | 3.20 | | Discussion on retention and revisions with Debtor Counsel (.5), review with counsel of orderly course vs. professional retention due to change in negotiated payment (.5), review and revise order and affadavit (1.7), three discussions with Sanders (.5) |
| Wed | 4/14/2004 | 0.40 | | Three discussions with Sanders re: vendor, lender and retention issues |
| Thu | 4/15/2004 | 0.80 | | Review of revised Retention Motion (.4), Sanders discussion on status (.4) |
| Fri | 4/16/2004 | 0.30 | | Update of Sanders on Retention and SPI role |
| Sat | 4/17/2004 | | | |
| Sun | 4/18/2004 | | | |
| Mon | 4/19/2004 | 0.20 | | TC with Sanders re:vendor progress |
| Tue | 4/20/2004 | 0.20 | | TC with Sanders re: vendors and payments |
| Wed | 4/21/2004 | 2.50 | | Prepare for and attend Retention Hearing and follow on discussions with counsel re: objections |
| Thu | 4/22/2004 | 1.50 | | Address Debtor Counsel and Ad Hoc Committee Counsel issues re: indemnity, scope language and SPI role. |
| Fri | 4/23/2004 | 0.30 | | Sanders re: progress |
| Sat | 4/24/2004 | | | |
| Sun | 4/25/2004 | | | |
| Mon | 4/26/2004 | 0.50 | | Review revised Motion and discuss with counsel |
| Tue | 4/27/2004 | 0.20 | | Sanders re: material flow |
| Wed | 4/28/2004 | 0.10 | | Sanders re: vendor progress |
| Thu | 4/29/2004 | 0.30 | | Sanders on vendor situation and Order Entry |
| Fri | 4/30/2004 | | | |
| **TOTAL** | | **12.30** | **0.00** | |

40A272E5-3DDA-0852D7.xls TIME Natale

**Shepherd Partners, Inc.**
Expense Report

| | | CLIENT | | Appliance Controls Group |
| --- | --- | --- | --- | --- |
| | | EXPENSES INCURRED BY | | Tony Natale |
| | | PERIOD FROM | | 4/1/2004 |
| | | PERIOD TO | | 4/30/2004 |

| DAY | DATE | LOCATION | MEALS | | | HOTEL | TRANSPORTATION | | PARKING | MILEAGE | OTHER | | TOTALS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BFAST | LUNCH | DINNER | | TYPE | AMOUNT | | | ITEM | AMOUNT | |
| Mon | 4/12/2004 | Chicago, IL | | | | | | | | | Telephone/Fax | 8.64 | 8.64 |
| Tue | 4/13/2004 | Chicago, IL | | | | | | | | | Telephone/Fax | 15.36 | 15.36 |
| Wed | 4/14/2004 | Chicago, IL | | | | | | | | | Telephone/Fax | 1.92 | 1.92 |
| Thu | 4/15/2004 | Chicago, IL | | | | | | | | | | | |
| Fri | 4/16/2004 | Chicago, IL | | | | | | | | | Telephone/Fax | 3.84 | 3.84 |
| Sat | 4/17/2004 | Chicago, IL | | | | | | | | | Telephone/Fax | 1.44 | 1.44 |
| Sun | 4/18/2004 | Chicago, IL | | | | | | | | | | | |
| Mon | 4/19/2004 | Chicago, IL | | | | | | | | | | | |
| Tue | 4/20/2004 | Chicago, IL | | | | | | | | | Telephone/Fax | 0.96 | 0.96 |
| Wed | 4/21/2004 | Chicago, IL | | | | | | | | | Telephone/Fax | 0.96 | 0.96 |
| Thu | 4/22/2004 | Chicago, IL | | | | | Taxi | 14.00 | | | Telephone/Fax | 12.00 | 26.00 |
| Fri | 4/23/2004 | Chicago, IL | | | | | | | | | Telephone/Fax | 7.20 | 7.20 |
| Sat | 4/24/2004 | Chicago, IL | | | | | | | | | Telephone/Fax | 1.44 | 1.44 |
| Sun | 4/25/2004 | Chicago, IL | | | | | | | | | | | |
| Mon | 4/26/2004 | Chicago, IL | | | | | | | | | | | |
| Tue | 4/27/2004 | Chicago, IL | | | | | | | | | Telephone/Fax | 2.40 | 2.40 |
| Wed | 4/28/2004 | Chicago, IL | | | | | | | | | Telephone/Fax | 0.96 | 0.96 |
| Thu | 4/29/2004 | Chicago, IL | | | | | | | | | Telephone/Fax | 0.48 | 0.48 |
| Fri | 4/30/2004 | Chicago, IL | | | | | | | | | Telephone/Fax | 1.44 | 1.44 |
| | TOTALS | | | | | | | $14.00 | | | | $59.04 | 73.04 |

less: non-reimbursable expenses

$73.04

404-272E5-3DDA-0852D7.xls EXPENSE Natale

5/12/2004 11:30 AM



# INVOICE

### Shepherd Partners, Inc.
1500 N. LaSalle  Chicago  IL  60610
Phone (312) 951-6107      Fax  (312) 951-9499

Client:

Donald E. Baldwin                                                                     June 6, 2004
Controller
Appliance Controls Group, Inc.
84 N. Dugan Road
Sugar Grove, IL  60554                                          INVOICE # 405000

*For Professional Services Rendered*

For the period    May 1, 2004    through    May 30, 2004

| Fees | Hours | Hourly Rate | Total |
|---|---|---|---|
| John Sanders | 210.10 | $190.00 | $39,919.00 |
| Tony Natale | 5.30 | $300.00 | $1,590.00 |
| | | | $41,509.00 |
| **Expenses** | | | |
| John Sanders | | | $3,089.31 |
| Tony Natale | | | $14.40 |
| | | | $3,103.71 |

Due on Presentation                     **T O T A L**              **$44,612.71**

**Remit by Wire Transfer to:**
Shepherd Partners, Inc.
Bank One
Chicago, IL
ABA # 071-000013
ACCT. # 111-500-132-2325

**Shepherd Partners, Inc.**

| | | Client | Appliance Controls Group |
| | | Staff Member | John Sanders |
| | | Starting Date | 5/1/2004 |
| | | Ending Date | 5/30/2004 |

**TIME SHEET**

| DAY | DATE | Hours | Travel | ACTIVITY |
|---|---|---|---|---|
| Mon | 5/3/2004 | 10.00 | | Vendor calls, inbound and outbound (7.3)- borrowing base reconciliation and daily cash use information to lendors (.5). Conference call CRP team update (.7). Meeting with Bill Dudek & Jerry Aurigemma (1.5) |
| Tue | 5/4/2004 | 9.30 | 2.0 | Vendor calls, check releases (7.0), cash analysis. reconcilation. reconcilation, discussion w/Lew Reick (.5), JRZ Daily release requirement conference call (1.8) |
| Wed | 5/5/2004 | 10.00 | | Vendor calls, check releases (7.1), cash analysis, reconcilation (.5), Conference call re: CHA daily requirements (1.0). Vendor payment analysis and disbursement reconcilations (1.4) |
| Thu | 5/6/2004 | 5.00 | 2.0 | Vendor calls, inbound and outbound (3.8)- (.2). Calls C Crouse and K Smith re: vendor payment status (1.0). |
| Fri | 5/7/2004 | 6.50 | 3.0 | Vendor calls, inbound and outbound (5.0)- Call K Smith & JRZ purchasing staff re: vendor payment status (1.3), T O'Donoghue status update (.2) |
| Mon | 5/10/2004 | 9.00 | 4.5 | Vendor calls, inbound and outbound (4.3)- Conference call CRP, team update (.7). O'hare to Juarez |
| Tue | 5/11/2004 | 13.00 | | Vendor calls, check releases (6.3), JRZ Daily release meeting, CHA requirements planning (1.5), discussion w/Pace re: shipments (1.0), discussion w/Rockford Toolcraft (.5), Conference call w/CRP team, status of various (1.6), process review and improvement discussion and planning (3.2) |
| Wed | 5/12/2004 | 12.00 | | Vendor calls, check releases (4.3), JRZ Daily release meeting, CHA requirements planning (3.5), discussion w/Dynacast re: shipments (1.0), Conference call w/CRP team. status of various (1.5) process review and improvement discussion: and planning (1.7) |
| Thu | 5/13/2004 | 12.00 | | Vendor calls, check releases (6.3), JRZ Daily release meeting, CHA requirements planning (1.9), meeting with Jack Colgan re: Miles Plattes price increase (1.0), Call w/Tom O'D, status of various (1.5), process review and improvement discussion and planning (1.7) |
| Fri | 5/14/2004 | 8.50 | 4.5 | Vendor calls, check releases (4.0), JRZ Daily release meeting, CHA requirements planning (1.2), Calls re: Newko deliveries and alternates calls w/Tom O'D (2.5), process review and improvement discussion and planning (0.8), Juarez to ORD |
| Sun | 5/16/2004 | | 4.5 | Travel from ORD To Juarez |
| Mon | 5/17/2004 | 13.00 | | Vendor calls, inbound and outbound (7.3)- Conference call CRP re vendor managemeng, (3.2) JRZ, CHA requirements (2.5). |
| Tue | 5/18/2004 | 11.30 | | Vendor calls, check releases (5.1), JRZ Daily release meeting, CHA requirements planning (1.5), discussion w/Newko re: shipments (1.0), discussion w/Rockford Toolcraft (1.0), Conference call w/CRP team, status of various (1.5), vendor calls – Channel Products, G&M Die Casting (1.0) |
| Wed | 5/19/2004 | 11.00 | | Vendor calls, check releases (4.3), JRZ Daily release meeting, CHA requirements planning (3.5), discussion w/Dynacast re: shipments (1.0), Conference call w/CRP team, status of various (1.5), process review and improvement discussion and planning (1.7) |
| Thu | 5/20/2004 | 7.00 | | Vendor calls, check releases (4.3), JRZ Daily re-ease meeting, CHA requirements planning (1.5), conference call re: vendor management and cash management (1.2). Travel from Juarez to Chicago |
| Fri | 5/21/2004 | 9.00 | | Vendor calls, check releases (6.3), JRZ Daily release, CHA requirements planning (1.2) Discussion w/Tom O'D (0.5). process review and improvement discussion and planning (1.0) |
| Mon | 5/24/2004 | 6.00 | | Vendor calls & e-mails re: check releases, inbound and outbound (4.3)- CHA/JRZ requirements (1.7). |
| Tue | 5/25/2004 | 5.00 | | Vendor call & e-mails re: check releases, inbound & outbound (3.6), CHA/JRZ requirements (1.4) |
| Wed | 5/26/2004 | 4.00 | | Vendor call & e-mails re: check releases, inbound & outbound (3.2), CHA/JRZ requirements (0.8) |
| Thu | 5/27/2004 | 9.00 | | Vendor calls, check releases (5.3), JRZ Daily release meeting, CHA requirements planning (3.7), Travel to Sugar Grove |
| Fri | 5/28/2004 | 7.00 | 2.0 | Vendor calls & e-mails re: check releases, inbound and outbound (5.2)- CHA/JRZ requirements (1.8). Travel to Sugar Grove |
| Mon | 5/31/2004 | | 2.0 | Memorial Day |
| **TOTAL** | | **177.60** | **32.50** | |

4DC83C22-5?1C-207A40.xls TIME Sanders

**Shepherd Partners, Inc.**
Expense Report

**CLIENT**  Appliance Controls Group
John Sanders
EXPENSES INCURED BY
PERIOD FROM  5/1/2004
PERIOD TO  5/30/2004

| DAY | DATE | LOCATION | BFAST | MEALS LUNCH | DINNER | HOTEL | TRANSPORTATION CODE | TRANSPORTATION AMOUNT | PARKING MILEAGE | OTHER ITEM | AMOUNT | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | 5/1/2004 | | | | | | | | | | | |
| Sun | 5/2/2004 | | | | | | | | | | | |
| Mon | 5/3/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| Tue | 5/4/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| Wed | 5/5/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| Thu | 5/6/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| Fri | 5/7/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | Tolls | 2.40 | $42.15 |
| Sat | 5/8/2004 | | | | | | | | | | | |
| Sun | 5/9/2004 | | | | | | | | | | | |
| Mon | 5/10/2004 | Juarez, MEX | | | | 166.75 | Auto/air | 622.30 | 39.75 | Tolls | 2.40 | $831.20 |
| Tue | 5/11/2004 | Juarez, MEX | 11.19 | | 36.25 | 166.75 | | | | Tolls | | $214.19 |
| Wed | 5/12/2004 | Juarez, MEX | 11.19 | 30.00 | | 166.75 | | | | Tolls | | $207.94 |
| Thu | 5/13/2004 | Juarez, MEX | 11.19 | | | 166.75 | | | | Tolls | | $177.94 |
| Fri | 5/14/2004 | Juarez, MEX | 11.19 | | | | | | | Train | 1.75 | $12.94 |
| Sat | 5/15/2004 | Juarez, MEX | | | | 152.46 | Auto/air | 616.70 | | | | $769.16 |
| Sun | 5/16/2004 | Juarez, MEX | 11.19 | | 26.60 | 152.46 | | | | | | $190.25 |
| Mon | 5/17/2004 | Juarez, MEX | 11.19 | 10.00 | | 152.46 | | | | | | $173.65 |
| Tue | 5/18/2004 | Juarez, MEX | 11.19 | | | 152.46 | | | | | | $163.65 |
| Wed | 5/19/2004 | Juarez, MEX | 11.19 | | | | | | | | | $11.19 |
| Thu | 5/20/2004 | Juarez, MEX | | | | | Auto | | 39.75 | tolls | 2.40 | $42.15 |
| Fri | 5/21/2004 | Sugar Grove, IL | | | | | | | | | | |
| Sat | 5/22/2004 | | | | | | | | | | | |
| Sun | 5/23/2004 | | | | | | | | | | | |
| Mon | 5/24/2004 | Sugar Grove, IL | | | | | | | | | | |
| Tue | 5/25/2004 | Sugar Grove, IL | | | | | | | | | | |
| Wed | 5/26/2004 | Sugar Grove, IL | | | | | | | | | | |
| Wed | 5/27/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | tolls | 2.40 | $42.15 |
| Thu | 5/28/2004 | Sugar Grove, IL | | | | | Auto | | 39.75 | tolls | 2.40 | $42.15 |
| Fri | 5/29/2004 | Sugar Grove, IL | | | | | | | | | | |
| Sat | 5/30/2004 | Sugar Grove, IL | | | | | | | | | | |
| | TOTALS | | $89.52 | $40.00 | $62.85 | ######## | | $1,239.00 | $357.75 | | $23.35 | $3,089.31 |

less: non-reimbursable expenses

$3,089.31  Cash

**Shepherd Partners, Inc.**

| | | | | Client | Appliance Controls Group |
|---|---|---|---|---|---|
| | | | | Staff Member | Tony Natale |
| | | | | Starting Date | 5/1/2004 |
| | | | | Ending Date | 5/30/2004 |

**TIME SHEET**

| | | | Time | | |
|---|---|---|---|---|---|
| DAY | DATE | Hours | Days | Travel Hours | ACTIVITY |
| Sat | 5/1/2004 | | | | |
| Sun | 5/2/2004 | | | | |
| Mon | 5/3/2004 | | | | |
| Tue | 5/4/2004 | | | | |
| Wed | 5/5/2004 | 0.50 | | | Review retention order |
| Thu | 5/6/2004 | 0.20 | | | Sanders discussion re: retention and progress |
| Fri | 5/7/2004 | | | | |
| Sat | 5/8/2004 | | | | |
| Sun | 5/9/2004 | | | | |
| Mon | 5/10/2004 | | | | |
| Tue | 5/11/2004 | 1.80 | | | Prepare and submit monthly billing |
| Wed | 5/12/2004 | | | | |
| Thu | 5/13/2004 | | | | |
| Fri | 5/14/2004 | 0.20 | | | TC with Sanders re: progress |
| Sat | 5/15/2004 | | | | |
| Sun | 5/16/2004 | | | | |
| Mon | 5/17/2004 | | | | |
| Tue | 5/18/2004 | | | | |
| Wed | 5/19/2004 | | | | |
| Thu | 5/20/2004 | 0.40 | | | Review O'Donoghue revision of billing. |
| Fri | 5/21/2004 | 0.10 | | | TC with Sanders re: vendors and progress |
| Sat | 5/22/2004 | | | | |
| Sun | 5/23/2004 | | | | |
| Mon | 5/24/2004 | 0.10 | | | TC with CRP's O'Donoghue re: billing dispute |
| Tue | 5/25/2004 | 0.20 | | | TC with SPI counsel regarding billing dispute and options |
| Wed | 5/26/2004 | 0.30 | | | TC with Hilco's Rieck re: billing and vendor sitution |
| Thu | 5/27/2004 | | | | |
| Fri | 5/28/2004 | | | | |
| Sat | 5/29/2004 | 1.50 | | | May billing preparation |
| Sun | 5/30/2004 | | | | |
| **TOTAL** | | **5.30** | 0.00 | 0.00 | |

**Shepherd Partners, inc.**
**Expense Report**

| | CLIENT | Appliance Controls Group |
|---|---|---|
| | EXPENSES INCURED BY | Tony Natale |
| | PERIOD FROM | 5/1/2004 |
| | PERIOD TO | 5/30/2004 |

| DAY | DATE | LOCATION | MEALS BFAST | LUNCH | DINNER | HOTEL | TRANSPORTATION TYPE | AMOUNT | PARKING | MILEAGE | OTHER ITEM | AMOUNT | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | 5/1/2004 | Chicago, IL | | | | | | | | | | | |
| Sun | 5/2/2004 | Chicago, IL | | | | | | | | | | | |
| Mon | 5/3/2004 | Chicago, IL | | | | | | | | | | | |
| Tue | 5/4/2004 | Chicago, IL | | | | | | | | | | | |
| Wed | 5/5/2004 | Chicago, IL | | | | | | | | | Phone/fax | 3.60 | 3.60 |
| Thu | 5/6/2004 | Chicago, IL | | | | | | | | | Phone/fax | 1.44 | 1.44 |
| Fri | 5/7/2004 | Chicago, IL | | | | | | | | | | | |
| Sat | 5/8/2004 | Chicago, IL | | | | | | | | | | | |
| Sun | 5/9/2004 | Chicago, IL | | | | | | | | | | | |
| Mon | 5/10/2004 | Chicago, IL | | | | | | | | | | | |
| Tue | 5/11/2004 | Chicago, IL | | | | | | | | | | | |
| Wed | 5/12/2004 | Chicago, IL | | | | | | | | | | | |
| Thu | 5/13/2004 | Chicago, IL | | | | | | | | | | | |
| Fri | 5/14/2004 | Chicago, IL | | | | | | | | | Phone/fax | 1.44 | 1.44 |
| Sat | 5/15/2004 | Chicago, IL | | | | | | | | | | | |
| Sun | 5/16/2004 | Chicago, IL | | | | | | | | | | | |
| Mon | 5/17/2004 | Chicago, IL | | | | | | | | | | | |
| Tue | 5/18/2004 | Chicago, IL | | | | | | | | | | | |
| Wed | 5/19/2004 | Chicago, IL | | | | | | | | | | | |
| Thu | 5/20/2004 | Chicago, IL | | | | | | | | | Phone/fax | 2.88 | 2.88 |
| Fri | 5/21/2004 | Chicago, IL | | | | | | | | | Phone/fax | 0.72 | 0.72 |
| Sat | 5/22/2004 | Chicago, IL | | | | | | | | | | | |
| Sun | 5/23/2004 | Chicago, IL | | | | | | | | | | | |
| Mon | 5/24/2004 | Chicago, IL | | | | | | | | | Phone/fax | 0.72 | 0.72 |
| Tue | 5/25/2004 | Chicago, IL | | | | | | | | | Phone/fax | 1.44 | 1.44 |
| Wed | 5/26/2004 | Chicago, IL | | | | | | | | | Phone/fax | 2.16 | 2.16 |
| Thu | 5/27/2004 | Chicago, IL | | | | | | | | | | | |
| Fri | 5/28/2004 | Chicago, IL | | | | | | | | | | | |
| Sat | 5/29/2004 | Chicago, IL | | | | | | | | | | | |
| Sun | 5/30/2004 | Chicago, IL | | | | | | | | | | | |
| | TOTALS | | | | | | | | | | | $14.40 | 14.40 |

less: non-reimbursable expenses

$14.40



# INVOICE

## Shepherd Partners, Inc.
70 W. Madison, Suite 1400
Chicago, IL 60602
Phone (800) 823-0461   Fax (800) 778-7312

Client:

Tom O'Donoghue
Appliance Controls Group, Inc.
1833 Centre Point Circle, Ste 103
Naperville, IL 60563

July 5, 2004

INVOICE # 406000

*For Professional Services Rendered*

For the period    June 1, 2004    through    June 30, 2004

| Fees | Hours | Hourly Rate | | Total |
|------|-------|-------------|---|-------|
| John Sanders | 204.50 | $190.00 | | $38,855.00 |
| Tony Natale | 7.80 | $300.00 | | $2,340.00 |
| | | | | $41,195.00 |
| **Expenses** | | | | |
| John Sanders | | | | $570.04 |
| Tony Natale | | | | $48.96 |
| | | | | $619.00 |

Due on Presentation          **T O T A L**          **$41,814.00**

**Remit by Wire Transfer to:**
Shepherd Partners, Inc.
Bank One
Chicago, IL
ABA # 071-000013
ACCT. # 111-500-132-2325

**Shepherd Partners, Inc.**

| | | |
|---|---|---|
| Client: | Appliance Controls Group |
| Staff Member: | John Sanders |
| Starting Date | 6/1/2004 |
| Ending Date | 6/30/2004 |

**TIME SHEET**

| DAY | DATE | Hours | Travel | ACTIVITY |
|---|---|---|---|---|
| Tue | 6/1/2004 | 8.00 | 2.0 | Vendor call & e-mails re: check releases, inbound & outbound (5.8). CHAI/IRZ requirements (1.4), review cash requirements versus budget (1.0) |
| Wed | 6/2/2004 | 8.00 | 2.0 | Vendor call & e-mails re: check releases, inbound & outbound (5.3). CHAI/IRZ requirements (1.5), review cash requirements versus budget (1.2) |
| Thu | 6/3/2004 | 9.00 | | Vendor call & e-mails re: check releases, inbound & outbound (6.3). CHAI/IRZ requirements (1.5), participate in Materials conference call (2.2) |
| Fri | 6/4/2004 | 8.50 | 3.0 | Vendor call & e-mails re: check releases, inbound & outbound (6.3). CHAI/IRZ requirements (1.5), review cash requirements versus budget (1.7) |
| Mon | 6/7/2004 | 6.00 | 2.0 | Vendor calls & e-mails re: check releases (3.7). Review and schedule CHAI/IRZ requirements (1.5) Answer vendor questions (.8). |
| Tue | 6/8/2004 | 7.00 | | Vendor calls & e-mails re: check releases (3.7). Review and schedule CHAI/IRZ requirements (1.5). Answer vendor questions (.8). Analyze disbursements to date (1.0) |
| Wed | 6/9/2004 | 5.00 | | Vendor calls & e-mails re: check releases (2). Review and schedule CHAI/IRZ requirements (1.1). Analyze disbursements to date and upcoming requirements (1.7) |
| Thu | 6/10/2004 | 6.00 | | Vendor call & e-mails re: check releases, inbound & outbound (3.3). CHAI/IRZ requirements (.5), participate in Materials conference call (1.2) |
| Fri | 6/11/2004 | 8.00 | | Vendor call & e-mails re: check releases, inbound & outbound (5.3). CHAI/IRZ requirements (1.2), review cash requirements versus budget (1.5) |
| Mon | 6/14/2004 | 8.00 | 2.0 | Vendor calls & e-mails re: check releases (3.7). Review and schedule CHAI/IRZ requirements (1.5). Answer vendor questions (.8) Analyze disbursement requirements for week, conference with Don Baldwin, Tom O'Donoghue. (2.0) |
| Tue | 6/15/2004 | 8.00 | 2.0 | Answer vendor questions (.8) Analyze disbursement requirements for week and past advance payments for material receipts. (2.0) |
| Wed | 6/16/2004 | 8.00 | 2.0 | Vendor calls & e-mails re: check releases (2.2). Review and schedule CHAI/IRZ requirements (1.1). Analyze disbursements to date and upcoming requirements (1.7) |
| Thu | 6/17/2004 | 8.00 | 2.0 | Vendor call & e-mails re: check releases, inbound & outbound (3.3). CHAI/IRZ requirements (.5), participate in Materials conference call (1.2) |
| Fri | 6/18/2004 | 8.00 | 2.0 | Vendor call & e-mails re: check releases, inbound & outbound (5.3). CHAI/IRZ requirements (1.2), write status update communication for vendors (1.5) |
| Mon | 6/21/2004 | 8.00 | 2.0 | Vendor calls & e-mails re: check releases (3.9). Review and schedule CHAI/IRZ requirements (1.5). Answer vendor questions (1.8) Analyze disbursement requirements for week (.8). |
| Tue | 6/22/2004 | 8.00 | 2.0 | Vendor calls & e-mails re: check releases (3.9). Review and schedule CHAI/IRZ requirements (1.5). Answer vendor questions (1.8) Analyze disbursement requirements for week (.8). |
| Wed | 6/23/2004 | 8.00 | 2.0 | Vendor calls & e-mails re: check releases (3.9). Review and schedule CHAI/IRZ requirements (1.5) Answer vendor questions (1.8) Analyze disbursement requirements for week (.8). |
| Thu | 6/24/2004 | 8.00 | 2.0 | Vendor calls & e-mails re: check releases (3.9). Review and schedule CHAI/IRZ requirements (1.5). Answer vendor questions (1.8) Analyze disbursement requirements for week (.8) |
| Fri | 6/25/2004 | 8.00 | 2.0 | Vendor call & e-mails re: check releases, inbound & outbound (3.7). CHAI/IRZ requirements (1.2). Review and respond to vendor and internal e-mails (3.1) |
| Mon | 6/28/2004 | 8.00 | 2.0 | Vendor calls & e-mails re: check releases (2.9). Review and schedule CHAI/IRZ requirements (1.5). Negotiate Answer vendor questions (1.8) Analyze disbursement requirements for week, (.8). Electroswitch terms. (1.0) |
| Tue | 6/29/2004 | 8.00 | 2.0 | Vendor calls & e-mails re: check releases (3.9). Review and schedule CHAI/IRZ requirements (1.5). Answer vendor questions (1.8) Analyze disbursement requirements for week, (.8). Discuss Rockford Toolcraft material purchase requirements and application of invoices against deposit (1.0) |
| Wed | 6/30/2004 | 8.00 | 2.0 | Vendor calls & e-mails re: check releases (2.9). Review and schedule CHAI/IRZ requirements (1.5) Answer vendor questions (1.8) Analyze disbursement requirements for week (.8). Discuss House of Metals material purchases and future requirements (1.0) |
| **TOTAL** | | **169.50** | **35.00** | |

**Shepherd Partners, Inc.**
Expense Report

CLIENT: Appliance Controls Group
EXPENSES INCURED BY: John Sanders
PERIOD FROM: 6/1/2004
PERIOD TO: 6/30/2004

| DAY | DATE | LOCATION | BFAST | LUNCH | DINNER | HOTEL | TRANS CODE | TRANS AMOUNT | PARKING MILEAGE | OTHER ITEM | OTHER AMOUNT | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tue | 6/1/2004 | Sugar Grove, IL | | | | | | | 39.75 | tolls | 2.40 | $42.15 |
| Wed | 6/2/2004 | Sugar Grove, IL | | | | | | | 39.75 | tolls | 2.40 | $42.15 |
| Thu | 6/3/2004 | Chicago, IL | | | | | | | | | | |
| Fri | 6/4/2004 | Sugar Grove, IL | | | | | | | 39.75 | tolls | 2.40 | $42.15 |
| Sat | 6/5/2004 | | | | | | | | | | | |
| Sun | 6/6/2004 | | | | | | | | | | | |
| Mon | 6/7/2004 | Sugar Grove, IL | | | | | | | 39.75 | tolls | 2.40 | $42.15 |
| Tue | 6/8/2004 | Chicago, IL | | | | | | | | Phone | 16.80 | $16.80 |
| Wed | 6/9/2004 | Chicago, IL | | | | | | | | Phone | 12.00 | $12.00 |
| Thu | 6/10/2004 | Chicago, IL | | | | | | | | Phone | 14.40 | $14.40 |
| Fri | 6/11/2004 | Chicago, IL | | | | | | | | Phone | 19.20 | $19.20 |
| Sat | 6/12/2004 | | | | | | | | | | | |
| Sun | 6/13/2004 | | | | | | | | | | | |
| Mon | 6/14/2004 | Naperville, IL | | | | | | | 24.48 | tolls | 1.60 | $26.08 |
| Tue | 6/15/2004 | Naperville, IL | | | | | | | 24.48 | tolls | 1.60 | $26.08 |
| Wed | 6/16/2004 | Naperville, IL | | | | | | | 24.48 | tolls | 1.60 | $26.08 |
| Thu | 6/17/2004 | Naperville, IL | | | | | | | 24.48 | tolls | 1.60 | $26.08 |
| Fri | 6/18/2004 | Naperville, IL | | | | | | | 24.48 | tolls | 1.60 | $26.08 |
| Sat | 6/19/2004 | | | | | | | | | | | |
| Sun | 6/20/2004 | Naperville, IL | | | | | | | 24.48 | tolls | 1.60 | $26.08 |
| Mon | 6/21/2004 | Naperville, IL | | | | | | | 24.48 | tolls | 1.60 | $26.08 |
| Tue | 6/22/2004 | Naperville, IL | | | | | | | 24.48 | tolls | 1.60 | $26.08 |
| Wed | 6/23/2004 | Naperville, IL | | | | | | | 24.48 | tolls | 1.60 | $26.08 |
| Thu | 6/24/2004 | Naperville, IL | | | | | | | 24.48 | tolls | 1.60 | $26.08 |
| Fri | 6/25/2004 | Naperville, IL | | | | | | | 24.48 | tolls | 1.60 | $26.08 |
| Sat | 6/26/2004 | | | | | | | | | | | |
| Sun | 6/27/2004 | | | | | | | | | | | |
| Mon | 6/28/2004 | Naperville, IL | | | | | | | 24.48 | tolls | 1.60 | $26.08 |
| Tue | 6/29/2004 | Naperville, IL | | | | | | | 24.48 | tolls | 1.60 | $26.08 |
| Wed | 6/30/2004 | Naperville, IL | | | | | | | 24.48 | tolls | 1.60 | $26.08 |
| | TOTALS | | | | | | | | $477.24 | | $92.80 | $570.04 |

less: non-reimbursable expenses

$570.04

7/6/2004 10:13 AM

4GEAE251-0295-20F7A27.xls EXPENSE Sanders

**Shepherd Partners, Inc.**

| | Client | Appliance Controls Group |
|---|---|---|
| | Staff Member | Tony Natale |
| | Starting Date | 6/1/2004 |
| | Ending Date | 6/30/2004 |

**TIME SHEET**

| | | Time | | |
|---|---|---|---|---|
| DAY | DATE | Hours | Travel Hours | ACTIVITY |
| Tue | 6/1/2004 | | | |
| Wed | 6/2/2004 | 0.20 | | Sanders update |
| Thu | 6/3/2004 | | | |
| Fri | 6/4/2004 | 0.20 | | Discussion with CRP about reduction in hours. Sanders follow up. |
| Sat | 6/5/2004 | | | |
| Sun | 6/6/2004 | | | |
| Mon | 6/7/2004 | 1.00 | | Prepare and submit May bill |
| Tue | 6/8/2004 | 0.30 | | Discussion with Hilco's Rieck on SPI, and the Debtor's progress |
| Wed | 6/9/2004 | | | |
| Thu | 6/10/2004 | 0.20 | | TC with Sanders on status. |
| Fri | 6/11/2004 | | | |
| Sat | 6/12/2004 | | | |
| Sun | 6/13/2004 | | | |
| Mon | 6/14/2004 | 0.10 | | TC with Sanders on status. |
| Tue | 6/15/2004 | | | |
| Wed | 6/16/2004 | | | |
| Thu | 6/17/2004 | | | |
| Fri | 6/18/2004 | 1.30 | | Review and respond to Debtor's objection to Shepherd May bill |
| Sat | 6/19/2004 | | | |
| Sun | 6/20/2004 | | | |
| Mon | 6/21/2004 | 1.30 | | Review fee order, process for redress of payment disputes, Shepherd retention order and contract. Prepare counsel for motion in response to Debtor's fee objection. |
| Tue | 6/22/2004 | 1.00 | | Billing issues TC with counsel, also with Guon and with CRP |
| Wed | 6/23/2004 | 0.20 | | Sanders re: update and length of assignment |
| Thu | 6/24/2004 | | | |
| Fri | 6/25/2004 | 0.70 | | Review sale procedures, motion, |
| Sat | 6/26/2004 | | | |
| Sun | 6/27/2004 | | | |
| Mon | 6/28/2004 | 0.10 | | Call to CRP re billing resolution |
| Tue | 6/29/2004 | 1.00 | | Prepare billing for June |
| Wed | 6/30/2004 | 0.20 | | Call to CRP re billing and call to Sanders to follow up |
| **TOTAL** | | 7.80 | 0.00 | 0.00 |

# INVOICE



**Shepherd Partners, Inc.**
70 W. Madison, Suite 1400
Chicago, IL 60602
Phone (800) 823-0461   Fax (800) 778-7312

Client:

Tom O'Donoghue
Appliance Controls Group, Inc.
1833 Centre Point Circle, Ste 103
Naperville, IL 60563

August 10, 2004

INVOICE # 407000

**For Professional Services Rendered**

For the period   July 1, 2004   through   July 31, 2004

| Fees | Hours | Hourly Rate | | Total |
|---|---|---|---|---|
| John Sanders | 159.60 | $190.00 | | $30,324.00 |
| Tony Natale | 14.70 | $300.00 | | $4,410.00 |
| | | | | $34,734.00 |
| **Expenses** | | | | |
| John Sanders | | | | $417.28 |
| Tony Natale | | | | $74.08 |
| | | | | $491.36 |
| | Due on Presentation | | **T O T A L** | **$35,225.36** |

**Remit by Wire Transfer to:**
Shepherd Partners, Inc.
Bank One
Chicago, IL
ABA # 071-000013
ACCT. # 111-500-132-2325

**Shepherd Partners, Inc.**

| | | |
|---|---|---|
| Client: | Appliance Controls Group | |
| Staff Member: | John Sanders | |
| Starting Date | 7/1/2004 | |
| Ending Date | 7/31/2004 | |

**TIME SHEET**

| DAY | DATE | Hours | Travel | ACTIVITY |
|---|---|---|---|---|
| Thu | 7/1/2004 | 7.2 | | Vendor management |
| Thu | 7/1/2004 | 0.8 | | Cash management/accounting |
| Thu | 7/1/2004 | | 2.0 | Travel |
| Fri | 7/2/2004 | 7.2 | | Vendor management |
| Fri | 7/2/2004 | 0.8 | | Cash management/accounting |
| Fri | 7/2/2004 | | 2.0 | Travel |
| Tue | 7/6/2004 | 7.2 | | Vendor management |
| Tue | 7/6/2004 | 0.8 | | Cash management/accounting |
| Tue | 7/6/2004 | | 2.0 | Travel |
| Wed | 7/7/2004 | 8.0 | | Vendor management |
| Wed | 7/7/2004 | 0.8 | | Cash management/accounting |
| Wed | 7/7/2004 | | 2.0 | Travel |
| Thu | 7/8/2004 | 7.2 | | Vendor management |
| Thu | 7/8/2004 | 0.8 | | Cash management/accounting |
| Thu | 7/8/2004 | | 2.0 | Travel |
| Fri | 7/9/2004 | 4.0 | | Vendor management |
| Mon | 7/12/2004 | 6.4 | | Vendor management |
| Mon | 7/12/2004 | 1.6 | | Cash management/accounting |
| Mon | 7/12/2004 | | 2.0 | Travel |
| Tue | 7/13/2004 | 6.4 | | Vendor management |
| Tue | 7/13/2004 | 1.6 | | Cash management/accounting |
| Tue | 7/13/2004 | | 2.0 | Travel |
| Wed | 7/14/2004 | 6.2 | | Vendor management |
| Wed | 7/14/2004 | 2.6 | | Cash management/accounting |
| Wed | 7/14/2004 | | 2.0 | Travel |
| Thu | 7/15/2004 | 7.0 | 2.0 | Vendor calls & e-mails re: check releases (3.9). Review and schedule CHA/JRZ requirements (1.5). Answer vendor questions (0.6). Expedite Rockford Toolcraft (1.0) Analyze disbursement requirements for week, reconcile statement activity (1.6). |
| Fri | 7/16/2004 | 8.0 | 1.0 | Update vendor accounts to clear advance payments against received invoices, work with B. Mellor. |
| Sat | 7/17/2004 | 4.0 | | |
| Sun | 7/18/2004 | 1.0 | | |
| Mon | 7/19/2004 | 8.0 | 2.0 | Vendor calls & e-mails re: check releases (3.9). Review and schedule CHA/JRZ requirements (1.5). Answer vendor questions (1.0) Analyze disbursement requirements for week, reconcile statement activity (1.6). |
| Tue | 7/20/2004 | 7.0 | 2.0 | Vendor calls & e-mails re: check releases (2.9). Review and schedule CHA/JRZ requirements (1.5). Answer vendor questions (1.0) Analyze disbursement requirements for week, reconcile statement activity (1.6). |
| Wed | 7/21/2004 | 9.0 | 2.0 | Vendor calls & e-mails re: check releases (3.9). Review and schedule CHA/JRZ requirements (1.5). Answer vendor questions (2.6). payments (2.6). Analyze disbursement requirements for week, reconcile advance |
| Thu | 7/22/2004 | 8.0 | 2.0 | Vendor calls & e-mails re: check releases (3.9). Review and schedule CHA/JRZ requirements (1.5). Answer vendor questions (1.0) Analyze disbursement requirements for week, reconcile statement activity (0.6). |
| Fri | 7/23/2004 | 8.0 | 2.0 | Vendor calls & e-mails re: check releases (3.9). Review and schedule CHA/JRZ requirements (1.5). Answer vendor questions re: sale (1.0) Analyze disbursement requirements for week, reconcile statement activity (1.6). |
| | | **144.6** | **15.0** | |

8/11/2004 8:16 AM

41:1A3FF3-5BA9-1B2B11.xls TIME-Sanders

**Shepherd Partners, Inc.**

| | | Client | Appliance Controls Group |
|---|---|---|---|
| | | Staff Member | Tony Natale |
| | | Starting Date | 7/1/2004 |
| | | Ending Date | 7/31/2004 |

**TIME SHEET**

| DAY | DATE | Time Hours | Travel Hours | ACTIVITY |
|---|---|---|---|---|
| Thu | 7/1/2004 | 0.5 | | Call to O'Donoghue re: settlement. Review auction documentation. |
| Fri | 7/2/2004 | 0.2 | | Call to O'Donoghue re: settlement. Communication with Sanders re: same. |
| Sat | 7/3/2004 | | | |
| Sun | 7/4/2004 | | | |
| Mon | 7/5/2004 | | | |
| Tue | 7/6/2004 | 0.7 | | TC with O'Donohue re: billing dispute.  TC with Sanders.  TC with Rieck re disputed bill and proposed settlement. |
| Wed | 7/7/2004 | | | |
| Thu | 7/8/2004 | 0.3 | | TC with Eidelman re: fee dispute.  TC with Sanders re: Auction |
| Fri | 7/9/2004 | 0.2 | | Review Wolverine claim. |
| Sat | 7/10/2004 | | | |
| Sun | 7/11/2004 | | | |
| Mon | 7/12/2004 | 0.1 | | Sanders re: auction |
| Tue | 7/13/2004 | 0.3 | | Update with Sanders |
| Wed | 7/14/2004 | | | |
| Thu | 7/15/2004 | | | |
| Fri | 7/16/2004 | | | |
| Sat | 7/17/2004 | | | |
| Sun | 7/18/2004 | | | |
| Mon | 7/19/2004 | | | |
| Tue | 7/20/2004 | 0.2 | | TC with Dave Mack |
| Wed | 7/21/2004 | | | |
| Thu | 7/22/2004 | | | |
| Fri | 7/23/2004 | 1.3 | | Sanders re: status, next steps, billing (.4), TC w/Rieck on post-sale and payment matters. Sanders on Monday work. |
| Sat | 7/24/2004 | | | |
| Sun | 7/25/2004 | | | |
| Mon | 7/26/2004 | | | |
| Tue | 7/27/2004 | 0.5 | | Rieck on payment matters.  Sanders on status and ACG work situation. |
| Wed | 7/28/2004 | 2.0 | | Rieck on payment matters(2).  Bill preparation (1.3); Prep reconciliation of unpaid fees for Rieck.(.5) |
| Thu | 7/29/2004 | 0.7 | | Various calls on billing to Hilco's Rieck and Koenig. |
| Fri | 7/30/2004 | 0.2 | | TC with Goldberg, Kohn's R. Klein on pursuit of unpaid bill. |
| Fri | 7/30/2004 | 2.0 | | Prep/send various documents. |
| Sat | 7/31/2004 | 5.5 | | Prepare Interim Fee Application Schedule for R. Klein review |
| **TOTAL** | | **14.7** | **0.0** | |

| 0.0 | 0.0 |
|---|---|

8/11/2004 8:16 AM

411A3F75-59A0-182811.xls TIME Natale

**Shepherd Partners, Inc.**
Expense Report

| CLIENT | Appliance Controls Group |
|---|---|
| EXPENSES INCURED BY | Tony Natale |
| PERIOD FROM | 7/1/2004 |
| PERIOD TO | 7/31/2004 |

| DAY | DATE | LOCATION | MEALS BFAST | LUNCH | DINNER | HOTEL | TRANSPORTATION TYPE | AMOUNT | PARKING | MILEAGE | OTHER ITEM | AMOUNT | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thu | 7/1/2004 | Chicago, IL | | | | | | | | | Phone/fax | 3.60 | 3.60 |
| Fri | 7/2/2004 | Chicago, IL | | | | | | | | | Phone/fax | 1.44 | 1.44 |
| Sat | 7/3/2004 | Chicago, IL | | | | | | | | | | | |
| Sun | 7/4/2004 | Chicago, IL | | | | | | | | | | | |
| Mon | 7/5/2004 | Chicago, IL | | | | | | | | | | | |
| Tue | 7/6/2004 | Chicago, IL | | | | | | | | | Phone/fax | 5.04 | 5.04 |
| Wed | 7/7/2004 | Chicago, IL | | | | | | | | | | | |
| Thu | 7/8/2004 | Chicago, IL | | | | | | | | | Phone/fax | 2.16 | 2.16 |
| Fri | 7/9/2004 | Chicago, IL | | | | | | | | | Phone/fax | 1.44 | 1.44 |
| Sat | 7/10/2004 | Chicago, IL | | | | | | | | | | | |
| Sun | 7/11/2004 | Chicago, IL | | | | | | | | | Phone/fax | 0.72 | 0.72 |
| Mon | 7/12/2004 | Chicago, IL | | | | | | | | | Phone/fax | 2.16 | 2.16 |
| Tue | 7/13/2004 | Chicago, IL | | | | | | | | | | | |
| Wed | 7/14/2004 | Chicago, IL | | | | | | | | | | | |
| Thu | 7/15/2004 | Chicago, IL | | | | | | | | | | | |
| Fri | 7/16/2004 | Chicago, IL | | | | | | | | | | | |
| Sat | 7/17/2004 | Chicago, IL | | | | | | | | | | | |
| Sun | 7/18/2004 | Chicago, IL | | | | | | | | | | | |
| Mon | 7/19/2004 | Chicago, IL | | | | | | | | | | | |
| Tue | 7/20/2004 | Chicago, IL | | | | | | | | | Phone/fax | 1.44 | 1.44 |
| Wed | 7/21/2004 | Chicago, IL | | | | | | | | | | | |
| Thu | 7/22/2004 | Chicago, IL | | | | | | | | | | | |
| Fri | 7/23/2004 | Chicago, IL | | | | | | | | | Phone/fax | 9.36 | 9.36 |
| Sat | 7/24/2004 | Chicago, IL | | | | | | | | | | | |
| Sun | 7/25/2004 | Chicago, IL | | | | | | | | | | | |
| Mon | 7/26/2004 | Chicago, IL | | | | | | | | | | | |
| Tue | 7/27/2004 | Chicago, IL | | | | | | | | | Phone/fax | 3.60 | 3.60 |
| Wed | 7/28/2004 | Chicago, IL | | | | | | | | | Phone/fax | 14.40 | 14.40 |
| Thu | 7/29/2004 | Chicago, IL | | | | | | | | | | | |
| Fri | 7/30/2004 | Chicago, IL | | | | | | | | | Phone/fax | 14.40 | 14.40 |
| Sat | 7/31/2004 | Chicago, IL | | | | | | | | | FedEx | 28.00 | 28.00 |
| | TOTALS | | | | | | | | | | $74.08 | 74.08 |

less: non-reimbursable expenses

**$74.08**