**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>APPLIANCE CONTROL GROUP INC ET AL<br>HOLDINGS, APPLIANCE GROUP<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04B-14517 GB<br><br>JUDGE A BENJAMIN GOLDGAR |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   219 S. DEARBORN, COURTROOM 613
   CHICAGO, ILLINOIS 60604

   on: **June 29, 2009**
   at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $       1,782,347.50

   b. Disbursements                         $         710,226.19

   c. Net Cash Available for Distribution   $       1,072,121.31

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Fees) | 0.00 | $76,541.42 | |

| | | |
|---|---:|---:|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $180.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $29,182.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $892.42 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $8,775.00 |
| ASK FINANCIAL LLP (Special Counsel Fees) | 0.00 | $20,639.00 |
| ASK FINANCIAL LLP (Special Counsel Expenses) | 0.00 | $29.97 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $81,147.27 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 98.39%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| | INTERNAL REVENUE SERVICE | $ 2,872.74 | $ 2,872.74 |
| | INTERNAL REVENUE SERVICE | $ 712.44 | $ 712.44 |
| | INTERNAL REVENUE SERVICE | $ 166.61 | $ 166.61 |
| | ILLINOIS DEPARTMENT OF REVENUE | $ 344.73 | $ 344.73 |
| | INTERNAL REVENUE SERVICE | $ 712.44 | $ 712.44 |
| | INTERNAL REVENUE SERVICE | $ 166.61 | $ 166.61 |
| | INTERNAL REVENUE SERVICE | $ 91.93 | $ 91.93 |
| | ILLINOIS DEPT. OF EMPLOYMENT SECURITY | $ 356.23 | $ 356.23 |
| | INTERNAL REVENUE SERVICE | $ 734.88 | $ 35.62 |
| | INTERNAL REVENUE SERVICE | $ 171.87 | $ 8.33 |
| | INTERNAL REVENUE SERVICE | $ 94.82 | $ 4.60 |
| | ILLINOIS DEPT. OF EMPLOYMENT SECURITY | $ 367.44 | $ 17.81 |
| 036 | GLENN DEYOUNG | $ 3,169.24 | $ 3,169.24 |
| 202 | SUNGARD | $ 4,772.00 | $ 4,772.00 |
| 258 | TENNESSEE DEPT OF REVENUE | $ 2,021.94 | $ 2,021.94 |

| | | | | | |
|---|---|---|---|---|---|
| 259 | TENNESSEE DEPT OF REVENUE | $ | 4,431.03 | $ | 4,431.03 |
| 292 | GIL GOSS | $ | 1,055.96 | $ | 1,055.96 |
| 303 | TENNESSEE DEPT OF REVENUE | $ | 4,571.11 | $ | 4,571.11 |
| 305 | TENNESSEE DEPT OF REVENUE | $ | 201.26 | $ | 201.26 |
| 306 | TENNESSEE DEPT OF REVENUE | $ | 2,224.58 | $ | 2,224.58 |
| 321 | MARK R. BOLDUC | $ | 3,169.24 | $ | 3,169.24 |
| 349 | HAMILTON COUNTY | $ | 48,571.00 | $ | 48,571.00 |
| 379 | CT CORPORATION | $ | 167.17 | $ | 167.17 |

7. Claims of general unsecured creditors totaling $17,662,617.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.85%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | $ | 2,963.21 | $ | 143.61 |
| | INTERNAL REVENUE SERVICE | $ | 734.88 | $ | 35.62 |
| | INTERNAL REVENUE SERVICE | $ | 171.87 | $ | 8.33 |
| | ILLINOIS DEPARTMENT OF REVENUE | $ | 355.59 | $ | 17.23 |
| 001 | PC CONCEPTS LLC | $ | 1,166.34 | $ | 56.53 |
| 002 | INTERSTATE STEEL COMPANY | $ | 30,353.48 | $ | 1,471.11 |
| 003 | WAYNE WIRE CLOTH | $ | 6,148.42 | $ | 297.99 |
| 004 | ALLIED RIVET | $ | 135.77 | $ | 6.58 |
| 005 | FUTURE ELECTRONICS | $ | 15,755.00 | $ | 763.58 |
| 006 | LUCAS-MILHAUPT, INC. | $ | 30,980.12 | $ | 1,501.48 |
| 007 | DANAM CORPORATION | $ | 150,621.85 | $ | 7,300.04 |
| 008 | EXECUTONE OF CHATTANOOGA | $ | 2,876.18 | $ | 139.40 |
| 009 | PROFESSIONAL DRUG SCREENING SERVICES | $ | 2,685.00 | $ | 130.13 |
| 010 | PROFESSIONAL DRUG SCREENING SERVICES | $ | 1,285.00 | $ | 62.28 |
| 011 | CHANNEL PRODUCTS, INC. | $ | 67,600.00 | $ | 3,276.30 |
| 014 | MILES-LATTS | $ | 42,066.00 | $ | 2,038.77 |
| 015 | MILES-PLATTS | $ | 30,307.89 | $ | 1,468.90 |
| 017 | SOUTHERN TOOL STEEL, INC. | $ | 74.84 | $ | 3.63 |
| 018 | ARRK PRODUCT DEV. GROUP HEADQUARTERS | $ | 520.53 | $ | 25.23 |
| 019 | ATS STAFFING SERVICES | $ | 5,716.26 | $ | 277.04 |
| 020 | SHAKER RECRUITMENT ADVERTISING & COMMUNICATIONS | $ | 12,528.34 | $ | 607.20 |
| 021 | NOVAK BUSINESS FORMS | $ | 2,581.89 | $ | 125.13 |

| | | | | | |
|---|---|---|---|---|---|
| 022 | RINCHEM INC. | $ | 10,375.00 | $ | 502.83 |
| 023 | RC COIL SPRING MFG. | $ | 104,796.48 | $ | 5,079.07 |
| 024 | MSK EAST | $ | 14,000.00 | $ | 678.52 |
| 025 | LEASE CONSULTANTS | $ | 18,284.50 | $ | 886.18 |
| 026 | WEBER SCREWDRIVING SYSTEMS, INC. | $ | 3,578.00 | $ | 173.41 |
| 028 | AUTOMATED INDUSTRIAL SYSTEMS INC. | $ | 1,436.28 | $ | 69.61 |
| 029 | STEPHENSON & LAWYER, INC. | $ | 931.85 | $ | 45.16 |
| 032 | ELEMENTS | $ | 51,646.61 | $ | 2,503.10 |
| 033 | CIT TECHNOLOGY FINANCING | $ | 22,224.31 | $ | 1,077.12 |
| 034 | SPRINT COMMUNICATIONS COMPANY LP | $ | 37,218.79 | $ | 1,803.85 |
| 035 | CUSTOM SHEET METAL FABRICATORS, INC. | $ | 4,670.44 | $ | 226.36 |
| 036U | GLENN DEYOUNG | $ | 2,863.58 | $ | 138.79 |
| 037 | COREY STEEL COMPANY | $ | 6,216.36 | $ | 301.28 |
| 038 | DYNACAST, INC. | $ | 24,578.57 | $ | 1,191.22 |
| 039 | WISCONSIN LABEL CORPORATION | $ | 718.00 | $ | 34.80 |
| 040 | STAPLES INC. | $ | 1,333.96 | $ | 64.65 |
| 041 | CARLSON'S LOCK SERVICE | $ | 38.00 | $ | 1.84 |
| 042 | ACTIVE GRINDING & MFG. CO | $ | 589.79 | $ | 28.58 |
| 043 | THE MCCALL COMPANY | $ | 1,895.24 | $ | 91.85 |
| 046 | ERNEST SCHAEFER, INC. | $ | 214.53 | $ | 10.40 |
| 047 | DIAMOND RIGGING CORPORATION | $ | 18,497.65 | $ | 896.51 |
| 048 | MANPOWER INTERNATIONAL INC. | $ | 50,290.47 | $ | 2,437.38 |
| 049 | ROCK RIVER FASTENER CORPORATION | $ | 29,592.98 | $ | 1,434.25 |
| 050 | KERNCO INSTRUMENTS | $ | 126.12 | $ | 6.11 |
| 051 | NATIONAL RIVET | $ | 613.57 | $ | 29.74 |
| 052 | C.L. NORTH | $ | 1,058.82 | $ | 51.32 |
| 053 | CAMBRIA SALES | $ | 1,083.01 | $ | 52.49 |
| 054 | MAPAL INC. | $ | 2,824.06 | $ | 136.87 |
| 055 | BEAD INDUSTRIES | $ | 9,090.41 | $ | 440.58 |
| 056 | ERA TOOL & MFG COMPANY, INC. | $ | 28,524.11 | $ | 1,382.45 |
| 057 | CRANE PRO SERVICES | $ | 868.00 | $ | 42.07 |
| 058 | NETWORKS INC. | $ | 656.63 | $ | 31.82 |
| 059 | CHATTANOOGA FIRE PROTECTION INC. | $ | 505.27 | $ | 24.49 |
| 060 | FRANTZ MFG | $ | 1,733.42 | $ | 84.01 |
| 061 | VAUGHAN | $ | 9,821.36 | $ | 476.00 |
| 062 | JAY CEE SALES & RIVET | $ | 2,431.02 | $ | 117.82 |
| 063 | GATES WASHER & MFG | $ | 4,120.66 | $ | 199.71 |
| 064 | RESORTES NEWCOMB | $ | 30,084.96 | $ | 1,458.10 |

| | | | |
|---|---|---:|---:|
| 065 | EYELET PRODUCTS & ENGINEERING CORP | $ 2,045.91 | $ 99.16 |
| 066 | KELSAN INC. | $ 2,185.55 | $ 105.92 |
| 067 | CAD XPRESS | $ 23,976.19 | $ 1,162.03 |
| 068 | CHASE FASTENERS | $ 463.60 | $ 22.47 |
| 069 | RADIX WIRE COMPANY | $ 89,351.88 | $ 4,330.53 |
| 070 | JOHN AMANN SONS CO | $ 27,420.29 | $ 1,328.95 |
| 071 | NATIONAL PACKAGING SOLUTIONS GROUP | $ 19,422.22 | $ 941.32 |
| 072 | FERNCO | $ 465.00 | $ 22.54 |
| 073 | WEST SUBURBAN TRAVELERS LIMOUSINE INC. | $ 634.50 | $ 30.75 |
| 075 | CANNON GASKET | $ 10,025.00 | $ 485.87 |
| 076 | SPANGLER SHEET METAL INC. | $ 14,058.62 | $ 681.37 |
| 077 | AMERICAN SPEEDY PRINTING | $ 538.30 | $ 26.09 |
| 078 | ALGER MFG CO., INC. | $ 221,332.18 | $ 10,727.08 |
| 079 | IPSCOT INC. | $ 1,178.00 | $ 57.09 |
| 080 | R&R INSTRUMENTATION | $ 500.27 | $ 24.25 |
| 081 | SILVIA COCOZZA | $ 3,137.81 | $ 152.08 |
| 082 | ASSOCIATED BAG | $ 21.61 | $ 1.05 |
| 083 | PYRAMID PACKAGING CO | $ 675.71 | $ 32.75 |
| 084 | FABRICATORS, INC. | $ 41,400.15 | $ 2,006.50 |
| 086 | WILLIAM DUDEK MFG | $ 2,958.21 | $ 143.37 |
| 087 | ABBATE SCREW PRODUCTS, INC. | $ 69,655.27 | $ 3,375.91 |
| 089 | BRADMARK INDUSTRIAL COATING | $ 30,725.38 | $ 1,489.14 |
| 090 | FORM PLASTICS | $ 3,451.29 | $ 167.27 |
| 092 | HB ROUSE & COMPANY | $ 730.86 | $ 35.42 |
| 093 | ROLL-AID CHEMICAL SUPPLY | $ 1,894.18 | $ 91.80 |
| 094 | R H BOELK TRUCK LINES INC. | $ 6,011.75 | $ 291.37 |
| 095 | DELRAM TRANSPORT INC. | $ 9,121.09 | $ 442.06 |
| 096 | YAMAZEN INC. | $ 5,825.00 | $ 282.31 |
| 097 | PRINCETON LAWN CARE | $ 1,176.00 | $ 57.00 |
| 099 | MIKRON CORPORATION - MONROE | $ 67,374.92 | $ 3,265.39 |
| 101 | VANGUARD TOOL & ENGINEERING | $ 14,054.71 | $ 681.18 |
| 102 | PRECISE STAMPING | $ 5,392.10 | $ 261.33 |
| 103 | DU-CO CERAMICS CO. | $ 8,149.71 | $ 394.98 |
| 104 | AMERICAN LAUBSCHER CORPORATION | $ 15,500.80 | $ 751.26 |
| 105 | BLOW PIPE SHEET METAL, INC. | $ 1,475.00 | $ 71.49 |
| 107 | GASKET ENGINEERING CO. | $ 901.44 | $ 43.69 |
| 109 | EXPRESS SHUTTLE | $ 142.00 | $ 6.88 |
| 110 | AUTOMATIC PRODUCTION EQUIPMENT, INC. | $ 4,377.05 | $ 212.14 |

| | | | |
|---|---|---:|---:|
| 111 | STATE-ALLEN CHUCKS, INC. | $ 4,728.04 | $ 229.15 |
| 113 | METRIC TREST | $ 2,611.00 | $ 126.54 |
| 114 | RODEN ELECTRICAL SUPPLY CO INC. | $ 27,154.67 | $ 1,316.08 |
| 115 | MARIA RAVIO | $ 3,137.81 | $ 152.08 |
| 116 | THE TOOL CRIB | $ 7,671.59 | $ 371.81 |
| 117 | AVANTI ENGINEERING INC. | $ 13,726.64 | $ 665.28 |
| 118 | H&M LIMOUSINE SERVICE | $ 363.00 | $ 17.59 |
| 119 | MSC INDUSTRIAL SUPPLY INC. | $ 23,058.86 | $ 1,117.57 |
| 121 | STATE TOOL & MFG | $ 6,872.00 | $ 333.06 |
| 122 | DRIV-LOK, INC. | $ 370.00 | $ 17.93 |
| 123 | PRINCETON INN | $ 26,128.05 | $ 1,266.32 |
| 125 | HARWIN INC. | $ 11,993.00 | $ 581.25 |
| 126 | SAUNDERS ENTERPRISES, INC. | $ 5,400.00 | $ 261.72 |
| 127 | HART CORPORATION | $ 3,120.19 | $ 151.22 |
| 128 | ROSELAND METAL PRODUCTS | $ 69,772.85 | $ 3,381.61 |
| 129 | BUREAU VALLEY CHIEF | $ 888.35 | $ 43.05 |
| 130 | MD HUBBARD SPRING COMPANY | $ 4,568.54 | $ 221.42 |
| 131 | VIBRACRAFT INC. | $ 4,350.00 | $ 210.83 |
| 132 | RSH LOLC | $ 1,013.67 | $ 49.13 |
| 134 | PACE INDUSTRIES | $ 206,573.71 | $ 10,011.80 |
| 135 | R&C PRODUCTS | $ 487.90 | $ 23.65 |
| 136 | CYTEC INDUSTRIES | $ 328.26 | $ 15.91 |
| 137 | ALLEN-BAILEY TAG & LABEL, INC. | $ 16,935.54 | $ 820.80 |
| 139 | WORLDCOM INTERNATIONAL DATA SERVICES INC. | $ 7,260.10 | $ 351.87 |
| 140 | JAMES MORGAN | $ 38,437.81 | $ 1,862.93 |
| 142 | ADVANCED AUTOMATIC MACHINING INC. | $ 22,370.76 | $ 1,084.22 |
| 143 | PILOT AIR FREIGHT | $ 1,787.00 | $ 86.61 |
| 144 | DAFNIOTIS, GERLADINE CACHAT | $ 3,137.81 | $ 152.08 |
| 145 | ATLANTA GAS LIGHT | $ 3,415.80 | $ 165.55 |
| 147 | ADVANCE COMPONENTS | $ 1,932.00 | $ 93.64 |
| 148 | LANGE MANUFACTURING | $ 1,266.94 | $ 61.40 |
| 149 | JAMIE GOLDBERG | $ 3,137.81 | $ 152.08 |
| 150 | JP ACQUISITION FUND III LP | $ 10,146,599.79 | $ 491,765.06 |
| 151 | NICOLAS KARLSON TRUST | $ 9,609.47 | $ 465.73 |
| 152 | SARA K JACOBSON TRUST | $ 19,218.90 | $ 931.46 |
| 153 | JACONSON PARTNERS | $ 15,903.24 | $ 770.77 |
| 154 | BENJAMIN JACOBSON | $ 120,874.84 | $ 5,858.32 |

| | | | |
|---|---|---:|---:|
| 155 | VIRGINIA JULIANO | $ 3,137.81 | $ 152.08 |
| 156 | ADDISON PRECISION PRODUCTS | $ 8,618.80 | $ 417.72 |
| 157 | NNT CORPORATION | $ 773.75 | $ 37.50 |
| 159 | K&K SCREW PRODUCTS LLC | $ 14,674.44 | $ 711.21 |
| 161 | ACCOUNTEMPS/ATTN: MICHELE CABRAL | $ 9,837.19 | $ 476.77 |
| 162 | COMTECH NORTH AMERICA, LLC | $ 3,487.00 | $ 169.00 |
| 163 | ATHENS DISPENSARY | $ 494.48 | $ 23.97 |
| 164 | CHOO CHOO PACK INC. | $ 2,898.71 | $ 140.49 |
| 165 | SLIDEMATIC PRODUCTS COMPANY | $ 33,790.03 | $ 1,637.67 |
| 166 | NORSTAN INC. | $ 4,097.07 | $ 198.57 |
| 167 | TIM WHELAN | $ 7,687.56 | $ 372.59 |
| 169 | WEBER MARKING SYSTEMS | $ 223.00 | $ 10.81 |
| 170 | CDW COMPUTER CENTERS, INC. | $ 1,519.23 | $ 73.63 |
| 171 | ELECTRIC POWER BOARD OF CHATTANOOGA | $ 100.84 | $ 4.89 |
| 172 | USON LP | $ 1,755.82 | $ 85.10 |
| 173 | CUTTING TOOL ENGINEERS, INC. | $ 1,942.52 | $ 94.15 |
| 174 | SBC AMERITECH | $ 1,493.88 | $ 72.40 |
| 175 | ROMEROS ELECTRONICS | $ 2,116.75 | $ 102.59 |
| 176 | DENNIS JOHNSON | $ 21,179.87 | $ 1,026.50 |
| 177 | ROADWAY EXPRESS | $ 15,508.67 | $ 751.64 |
| 178 | ROESCH, INC. | $ 28,942.06 | $ 1,402.71 |
| 179 | DAVE CASOLARI | $ 1,081.64 | $ 52.42 |
| 180 | MCMASTER CARR | $ 8,592.09 | $ 416.42 |
| 181 | CUSHMAN & WAKEFIELD OF ILLINOIS INC. | $ 2,707.04 | $ 131.20 |
| 182 | FISHER SCIENTIFIC | $ 179.91 | $ 8.72 |
| 184 | WALTER CISOWSKI | $ 3,843.79 | $ 186.29 |
| 185 | PORTER PRECISION PRODUCTS CO | $ 19,573.82 | $ 948.66 |
| 186 | COFACT NORTH AMERICA INC. AS AGENT FOR ULBRICH STAINLESS ST | $ 20,970.07 | $ 1,016.34 |
| 188 | ALTSCHULER MELVOIN & GLASSER, LLP | $ 26,957.21 | $ 1,306.51 |
| 189 | MEADEN PRECISION MACHINED PRODUCTS CO | $ 53,748.96 | $ 2,605.00 |
| 190 | SEI ELECTRONIC INC. | $ 4,160.38 | $ 201.64 |
| 191 | STEEL STORE, C/O SISKIN STEEL & SUPPLY CO | $ 474.16 | $ 22.98 |
| 192 | OPTIMUM STAFFING INC. | $ 333,932.51 | $ 16,184.37 |
| 193 | FRONTEX INDUSTRIAL SUPPLY | $ 13,056.99 | $ 632.82 |
| 194 | ALL TEL | $ 297.76 | $ 14.43 |
| 195 | LAKES PRECISION INC. | $ 167.45 | $ 8.12 |
| 196 | TRI-STATE IND LUB INC. | $ 480.62 | $ 23.29 |

| | | | | | |
|---|---|---|---|---|---|
| 197 | MILAN EXPRESS | $ | 2,945.11 | $ | 142.74 |
| 198 | PARKVIEW METAL PRODUCTS | $ | 63,503.76 | $ | 3,077.77 |
| 199 | CENTURY CITY 1800 PARTNERSHIP LP | $ | 167,967.09 | $ | 8,140.69 |
| 200 | VERIZON NORTH INC | $ | 122.48 | $ | 5.94 |
| 201 | CNC MACHINING | $ | 12,703.60 | $ | 615.69 |
| 202 | SUNGARD | $ | 101,159.00 | $ | 4,902.77 |
| 203 | CHATT BUSINESS MACHINES INC. | $ | 782.69 | $ | 37.93 |
| 204 | CANYON CONTAINER CORPORATION | $ | 69,051.56 | $ | 3,346.65 |
| 205 | FLUID POWER ENGINEERING | $ | 1,082.94 | $ | 52.49 |
| 206 | COLE-PALMER INSTRUMENT COMPANY | $ | 26.63 | $ | 1.29 |
| 207 | NATHAN GANTCHER | $ | 167,967.00 | $ | 8,140.69 |
| 208 | NICOR GAS | $ | 997.07 | $ | 48.32 |
| 210 | ELAN INDUSTRIES | $ | 5,000.00 | $ | 242.33 |
| 211 | RCD COMPONENTS, INC. | $ | 35,820.17 | $ | 1,736.06 |
| 212 | A-1 GLOVE & TRUCKING CO | $ | 13,289.12 | $ | 644.07 |
| 213 | HENKEL LOCTITE CORP | $ | 622.60 | $ | 30.17 |
| 214 | LAB SAFETY SUPPLY | $ | 83.47 | $ | 4.05 |
| 216 | EXPERT DIE INC. | $ | 1,950.00 | $ | 94.51 |
| 217 | GARY ROERTS | $ | 1,168.30 | $ | 56.62 |
| 218 | DILLON IND TOOLS & ABRASIVE | $ | 1,971.34 | $ | 95.54 |
| 221 | HOUSE OF METALS INC. | $ | 56,320.00 | $ | 2,729.60 |
| 222 | CITICORP VENDOR FINANCE INC. | $ | 1,185.74 | $ | 57.47 |
| 223 | ARROW ELECTRONCIS | $ | 811.76 | $ | 39.34 |
| 224 | YELLOW TRANSPORTATION INC. | $ | 719.18 | $ | 34.86 |
| 225 | FLEXAN CORP | $ | 8,571.76 | $ | 415.44 |
| 226 | ULBRICH OF ILLINOIS | $ | 20,970.07 | $ | 1,016.34 |
| 227 | KEN-MAC METALS, INC. | $ | 113,721.78 | $ | 5,511.64 |
| 228 | USF HOLLAND | $ | 2,898.71 | $ | 140.49 |
| 229 | AMERICAN JEBCO CORP | $ | 7,215.71 | $ | 349.72 |
| 230 | BOC GASES | $ | 13,454.22 | $ | 652.07 |
| 231 | AMITY INTERNATIONAL | $ | 6,051.23 | $ | 293.28 |
| 232 | PARKER HANNIFIN CORPORATION | $ | 46,505.50 | $ | 2,253.94 |
| 233 | CITIBANK USA NA | $ | 3,093.64 | $ | 149.94 |
| 234 | AT&T WIRELESS | $ | 529.38 | $ | 25.66 |
| 236 | DILLON IND. TOOLS & ABRASIVE | $ | 3,617.79 | $ | 175.34 |
| 237 | MOTION INDUSTRIES - TENNESSEE | $ | 8,361.06 | $ | 405.23 |
| 238 | MOTION INDUSTRIES - TENNESSEE | $ | 4,115.38 | $ | 199.46 |
| 239 | HANDY & HARMAN | $ | 90,279.14 | $ | 4,375.47 |

| | | | | | |
|---|---|---|---|---|---|
| 240 | BELLSOUTH TELECOMMUNICATIONS INC. | $ | 1,464.51 | $ | 70.98 |
| 242 | GATEWAY 2000 | $ | 553.26 | $ | 26.81 |
| 243 | DAVENPORT MACHINE INC. | $ | 2,125.31 | $ | 103.01 |
| 244 | SYSIX TECHNOLOGIES | $ | 983.74 | $ | 47.68 |
| 245 | HYDROMAT, INC. | $ | 10,573.02 | $ | 512.43 |
| 246 | LINDE GAS LLC | $ | 1,390.90 | $ | 67.41 |
| 247 | FEDERAL EXPRESS CORPORATION | $ | 156,713.69 | $ | 7,595.29 |
| 248 | ALLIED ELECTRONICS INC. | $ | 894.29 | $ | 43.34 |
| 249 | ADP INC. | $ | 2,280.71 | $ | 110.54 |
| 252 | ELLSWORTH ADHESIVES | $ | 816.16 | $ | 39.56 |
| 253 | ELECTRIC POWER BOARD OF CHATTANOOGA | $ | 26,802.67 | $ | 1,299.02 |
| 255 | UTILITY RESOURCE MANAGEMENT GROUP INC | $ | 13,563.52 | $ | 657.37 |
| 256 | AMERICAN AIRLINES INC. | $ | 30,329.20 | $ | 1,469.93 |
| 261 | MARKEM CORPORATION | $ | 524.30 | $ | 25.41 |
| 263 | ZURICH NORTH AMERICA/ATTN: MARY PERLICK | $ | 8,701.00 | $ | 421.70 |
| 264 | ARCH SPECIALTY INS. CO | $ | 12,597.00 | $ | 610.53 |
| 265 | MILLER & MARTIN PLLC | $ | 3,950.00 | $ | 191.44 |
| 269 | CENTRAL STEEL & WIRE | $ | 568.55 | $ | 27.56 |
| 273 | SAXONBURG CERAMICS INC. | $ | 116,300.36 | $ | 5,636.61 |
| 274 | SANGLER SHEET METAL INC. | $ | 14,058.62 | $ | 681.37 |
| 276 | SHEFFIELD BRONZE PAINT CO | $ | 1,553.16 | $ | 75.28 |
| 277 | BEAVER OIL COMPANY | $ | 1,113.00 | $ | 53.94 |
| 279 | SMALL TUBE PRODUCTS | $ | 1,951.52 | $ | 94.58 |
| 283 | NATIONAL JET COMPANY | $ | 429.14 | $ | 20.80 |
| 286 | GUYSON CORPORATION | $ | 4,698.54 | $ | 227.72 |
| 287 | GRAYBAR ELECTRIC | $ | 897.60 | $ | 43.50 |
| 288 | LEINART'S INC. | $ | 710.60 | $ | 34.44 |
| 289 | ELECTRIC MOTOR SALES | $ | 404.00 | $ | 19.58 |
| 293 | BURR OAK TOOL & GUAGE COMPANY | $ | 10,955.30 | $ | 530.96 |
| 295 | NEW ENGLAND MINIATURE BALL GROUP | $ | 8,272.28 | $ | 400.92 |
| 297 | JAMES H. LAAS CO | $ | 1,190.18 | $ | 57.68 |
| 298 | PROFESSIONAL DRUG SCREENING SERVICES | $ | 3,970.00 | $ | 192.41 |
| 300 | SEASTROM MFG CO., INC. | $ | 468.67 | $ | 22.71 |
| 307 | CESAR-SCOTT, INC. | $ | 25,430.10 | $ | 1,232.50 |
| 308 | DAVID W. TROSCINSKI | $ | 18,154.00 | $ | 879.85 |
| 309 | THE BAILEY COMPANY | $ | 2,410.57 | $ | 116.83 |
| 313 | STEEL STORE | $ | 213.74 | $ | 10.36 |
| 315 | AEROVOX A DIV OF PARALLAX POWER COMPANY | $ | 11,748.00 | $ | 569.38 |

| | | | |
|---|---|---:|---:|
| 316 | ELECTRO SWITCH INC. | $ 104,026.57 | $ 5,041.75 |
| 317 | ACCURATE FELT & GASKET MFG CO INC. | $ 29,774.59 | $ 1,443.06 |
| 321U | MARK R. BOLDUC | $ 4,763.72 | $ 230.88 |
| 323 | AIR & HYDRAULIC EQUIPMENT, INC. | $ 1,832.35 | $ 88.81 |
| 324 | METAL-MATIC | $ 485,627.59 | $ 23,536.42 |
| 326 | RAYMOND BARBRICK | $ 5,000.00 | $ 242.33 |
| 329 | HARRISON HORAN | $ 84,563.14 | $ 4,098.44 |
| 333 | EMPLOYMENT CONNECTION | $ 10,270.88 | $ 497.79 |
| 335 | ROCKFORD TOOLCRAFT | $ 248,248.20 | $ 12,031.60 |
| 336 | SMALL PARTS INC. | $ 377,677.55 | $ 18,304.52 |
| 337 | MAINSTAY SUITES | $ 29,085.33 | $ 1,409.65 |
| 339 | DIGI-KEY CORPORATION | $ 3,781.75 | $ 183.29 |
| 340 | JMS OF HOLLAND, INC. | $ 205,418.11 | $ 9,955.79 |
| 342 | BEARING DISTRIBUTORS | $ 3,465.18 | $ 167.94 |
| 343 | VIKING RUBBER PRODUCTS | $ 9,209.91 | $ 446.37 |
| 344 | IMAGE TECHNOLOGY | $ 825.00 | $ 39.98 |
| 345 | CITY OF CHATTANOOGA | $ 49,005.62 | $ 2,375.11 |
| 346 | MILL & MINE SUPPLY CO, INC. | $ 138.09 | $ 6.69 |
| 347 | AT&T WIRELESS | $ 193.83 | $ 9.39 |
| 348 | KONVEYOR SANAYI LTD | $ 107,600.00 | $ 5,214.94 |
| 352 | AMERICAN SINTERED TECHNOLOGIES | $ 11,742.95 | $ 569.13 |
| 353 | SHAN SACRANIE | $ 230,000.00 | $ 11,147.18 |
| 354 | AMCITO PARTNERS LP | $ 167,967.09 | $ 8,140.69 |
| 355 | G&M DIE CASTING COMPANY | $ 140,395.00 | $ 6,804.38 |
| 356 | ENGMAN-TAYLOR COMPANY, INC. | $ 215,646.94 | $ 10,451.54 |
| 359 | BNB INTERNATIONAL INC. | $ 1,394.28 | $ 67.58 |
| 360 | AISLANTES & EMPAQUES DEL NORTE SA D CV | $ 1,326.83 | $ 64.31 |
| 361 | WOLVERINE METAL STAMPING | $ 108,038.00 | $ 5,236.17 |
| 362 | SCHIFF HARDIN LLP | $ 37,377.04 | $ 1,811.52 |
| 363 | METALS USA CARBON FLAT ROLLED INC. | $ 14,954.28 | $ 724.77 |
| 364 | EVERSEAL GASKET | $ 18,185.40 | $ 881.37 |
| 365 | PARMAN LUBRICANTS | $ 39,328.99 | $ 1,906.12 |
| 366 | PETERSON TOOL COMPANY, INC. | $ 3,630.45 | $ 175.95 |
| 368 | LH &F DEVELOPMENT PARTNERSHIP | $ 68,932.57 | $ 3,340.89 |
| 369 | HFR PRECISION MACHINING, INC. | $ 85,111.62 | $ 4,125.02 |
| 370 | JOINING TECHNOLOGIES CORP | $ 7,843.36 | $ 380.14 |
| 371 | ADMAN ELECTRIC | $ 73,617.05 | $ 3,567.92 |
| 373 | TEXMEX SUPPLY | $ 7,638.00 | $ 370.18 |

| | | | | | |
|---|---|---|---|---|---|
| 375 | ALLSTAR FASTENERS, INC. | $ | 11,649.62 | $ | 0.00 |
| 377 | NEFF-PERKINS COMPANY | $ | 15,979.73 | $ | 0.00 |
| 380 | ULTRASEAL AMERICA INC. | $ | 13,182.44 | $ | 0.00 |
| 381 | FORM PLASTICS | $ | 4,662.29 | $ | 0.00 |
| 382 | ATLANTA GAS LIGHT | $ | 7,403.60 | $ | 358.82 |
| 383 | UNITED PARCEL SERVICE | $ | 4,706.00 | $ | 0.00 |
| 384 | WALTER A WOOD SUPPLY CO., INC. | $ | 19,559.14 | $ | 947.95 |
| 385 | MET-L-FLO INC. | $ | 2,273.00 | $ | 0.00 |
| 386 | WW GRANGER INC. | $ | 1,600.00 | $ | 0.00 |
| 387 | CAMBRIDGE LEE INDUSTRIES | $ | 11,884.00 | $ | 0.00 |
| 388 | WOLVERINE METAL STAMPING, ICN. | $ | 25,000.00 | $ | 0.00 |
| 389 | COMPONENT MACHINERY & ENGINEERING CO | $ | 24,493.07 | $ | 0.00 |
| 390 | JACOBSON PARTNERS | $ | 27,000.00 | $ | 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has/has not been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor


Dated: **May 27, 2009**     For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: DAVID GROCHOCINSKI, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700