IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
    Appliance control Group, Inc. ) Bankruptcy No. 04B 14517
) Chapter 7
    Debtors ) Judge Squires
)

**TRUSTEE'S REPORT OF DEPOSIT OF SMALL DIVIDENDS**

David E. Grochocinski, Trustee, pursuant to 11 USC 347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of small dividends with the Clerk of the Bankruptcy Court:

1) David E. Grochocinski is the duly qualified and acting Chapter 7 Trustee of the above captioned debtor's estate;

2) Certain dividends to be issued by the Trustee to creditors are small dividends and the dividends should be turned over to Kenneth Gardner, Clerk of the U.S. Bankruptcy Court as follows

| NAME OF CREDITOR | CLAIM | AMOUNT |
|---|---|---|
| A) Southern Tool Steel Inc. | 17 | $3.59 |
| B) Carlson's Lock Service | 41 | 1.82 |
| C) Associated Bag | 82 | 1.04 |
| D) Electric Power Board of Chattanooga | 171 | 4.84 |
| E) Cole-Palmer Instrument Co. | 206 | 1.28 |
| F) Lab Safety Supply | 214 | 4.00 |

Total amount of funds deposited with Clerk $16.57.

    /s/David E. Grochocinski
    David E. Grochocinski, Trustee
    Estate of Appliance Control Group, Inc.

David E. Grochocinski
Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL 60462
(708) 226-2700