IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
|     Appliance Control Group et al | ) | Bankruptcy No. 04B 14517 |
| | ) | Chapter 7 |
|     Debtors | ) | Judge Squires |
| | ) | |

**TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to 11 USC 347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, the Trustee, David E. Grochocinski, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1) On 9/08/04, this Court entered an Order for Relief under Chapter 7 against the Debtor. Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

2) On 7/6/09, Trustee sent distribution checks via U.S. Mail to those creditors listed below.

3) The distribution checks for these creditors have been returned to Trustee marked "Return to Sender, No Forwarding Address." All reasonable attempts have been expended to locate these creditors with no success.

4) By reason of the foregoing, Trustee has stopped payment on the distribution checks and has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to 347 of the Bankruptcy Code.

| NAME OF CREDITOR | DISTRIBUTION AMOUNT |
|---|---|
| A) Executone of Chattanooga | $137.94 |
| B) Professional Drug Screening Services | 128.77 |
| C) Professional Drug Screening Services | 61.63 |
| D) Mapal, Inc. | 135.44 |
| E) CAD Xpress | 1,149.91 |
| F) John Amann Sons Co | 1,315.09 |
| G) Pyramid Packaging Co. | 32.41 |
| H) Express Shuttle | 6.81 |
| I) Advance Components | 92.66 |
| J) Dave Casolari | 51.88 |
| K) Tri-State Ind. Lub Inc. | 23.05 |
| L) CitiCorp Vendor Finance Inc. | 56.87 |
| M) Saxonburg Ceramics Inc. | 5,577.81 |
| N) Schiff Hardin LLP | 1,792.62 |

| | | |
|---|---|---:|
| O) | Rock River Fastener Corp | 1,419.29 |
| P) | The Tool Crib | 367.93 |
| Q) | Milan Express | 141.25 |
| R) | AT&T Wireless | 25.39 |
| S) | Sysix Technologies | 47.18 |
| T) | AT&T Wireless | 9.30 |
| U) | R&R Instrumentation | 23.99 |
| V) | Delram Transport Inc. | 437.45 |
| W) | Blow Pipe Sheet Metal, Inc. | 70.74 |
| X) | Maria RAvio | 150.49 |
| Y) | SBC Ameritech | 71.65 |
| Z) | Walter Cisowski | 184.35 |
| A2) | CNC Machining | 609.27 |
| B2) | Nathan Gantcher | 8,055.76 |
| C2) | Dillon Ind Tools & Abrasive | 94.55 |
| D2) | House of Metals, Inc. | 2,701.13 |
| E2) | BOC Gases | 645.27 |
| F2) | Dillon Ind. Tools & Abrasive | 173.51 |
| G2) | Handy & Harman | 4,329.82 |
| H2) | Linde Gas LLC | 66.71 |
| I2) | Utility Resource Mgmt Group, Inc. | 650.51 |
| J2) | Dennis Johnson | 1,015.79 |
| K2) | Amity International | 290.22 |
| L2) | IPSCOT, Inc. | 56.50 |
| M2) | Silvia Cocozza | 150.49 |
| N2) | Comtech North America LLC | 167.24 |
| O2) | Tim Whelan | 368.70 |
| P2) | Viking Rubber Products | 441.71 |
| Q2) | Harrison Horan | 4,055.68 |
| R2) | Sangler Sheet Metal Inc. | 674.26 |
| S2) | Graybar Electric | 43.05 |
| T2) | Professional Drug Screening Svcs | 190.40 |
| U2) | Danam Corp. | 7,223.88 |
| V2) | Novak Business Forms | 123.83 |
| W2) | Nat'l Packaging Solutions Group | 931.50 |
| X2) | R&C Products | 23.40 |
| Y2) | Athens Dispensary | 23.72 |
| Z2) | Electric Motor Sales | 19.38 |
| A3) | Aislantes & Empaques Del Norte | 63.64 |
| B3) | WW Granger Inc. | 76.74 |

Total amount of funds deposited with Clerk $46,778.56.

/s/David E. Grochocinski
David E. Grochocinski, Trustee
Estate of Appliance Control Group, et al.

David E. Grochocinski
Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462
(708) 226-2700