## United States Bankruptcy Court
### Northern District of Illinois
### Eastern Division

In Re:
Appliance Control Groups, Inc., et. al )
)
) Bankruptcy Case No.    04-14517
)
)
)
)
Debtor )

### ORDER

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $ 8,055.76 to Nathan Gantcher claimant in the above captioned case.

Last Four Digits of Claimant's Social Security Number or EIN ___1909___.

_____
Carol A. Doyle
United States Bankruptcy Judge

Dated: October 30, 2009

11/12/09

Payment to be mailed to:
86 Birchall Drive
Scarsdale, NY 10583

Rev. 09-19-08rj

ORIGINAL