UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 04-14517-ABG |
| | § | |
| APPLIANCE CONTROL GROUP INC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S AMENDED FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 1/31/2014, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   12/29/2013                By:   /s/ David E. Grochocinski
                                                Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 04-14517-ABG
§
APPLIANCE CONTROL GROUP INC §
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $1,830,739.17
*and approved disbursements of*     $1,783,314.89
*leaving a balance on hand of[1]:*     $47,424.28

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:     $0.00
Remaining balance:     $47,424.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| DAVID GROCHOCINSKI, TRUSTEE, Trustee Fees | $77,996.18 | $76,541.42 | $1,454.76 |
| CLERK OF THE US BANKRUPTCY COURT, Clerk of the Court Costs | $260.00 | $0.00 | $260.00 |

Total to be paid for chapter 7 administrative expenses:     $1,714.76
Remaining balance:     $45,709.52

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $45,709.52

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,303.35 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 0 | JP Morgan Chase | $734.88 | 35.25 | 699.63 |
| 0 | JP Morgan Chase | $171.87 | $8.24 | $163.63 |
| 0 | United States Treasury | $94.82 | $4.55 | $90.27 |
| 0 | Illinois Director of Employment Securities | $367.44 | $17.62 | $349.82 |

Total to be paid to priority claims:     $1,303.35
Remaining balance:     $44,406.17

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $17,867,352.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 0 | ILLINOIS DEPARTMENT OF REVENUE | $355.59 | $17.05 | $0.89 |
| 0 | JP MORGAN CHASE | $171.87 | $8.24 | $0.43 |
| 0 | JP MORGAN CHASE | $734.88 | $35.25 | $1.82 |
| 0 | JP MORGAN CHASE | $2,963.21 | $142.13 | $7.35 |
| 1 | PC CONCEPTS LLC | $1,166.34 | $55.94 | $2.91 |
| 2 | INTERSTATE STEEL COMPANY | $30,353.48 | $1,455.76 | $75.45 |
| 3 | WAYNE WIRE CLOTH | $6,148.42 | $294.88 | $15.29 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 4 | ALLIED RIVET | $135.77 | $6.51 | $0.34 |
| 5 | FUTURE ELECTRONICS | $15,755.00 | $755.62 | $39.15 |
| 6 | LUCAS-MILHAUPT, INC. | $30,980.12 | $1,485.82 | $76.99 |
| 7 | DANAM CORPORATION | $150,621.85 | $7,223.88 | $374.35 |
| 8 | EXECUTONE OF CHATTANOOGA | $2,876.18 | $137.94 | $7.15 |
| 9 | PROFESSIONAL DRUG SCREENING SERVICES | $2,685.00 | $128.77 | $6.68 |
| 10 | PROFESSIONAL DRUG SCREENING SERVICES | $1,285.00 | $61.63 | $3.19 |
| 11 | CHANNEL PRODUCTS, INC. | $67,600.00 | $3,242.12 | $168.01 |
| 14 | MILES-LATTS | $42,066.00 | $2,017.50 | $104.55 |
| 15 | MILES-PLATTS | $30,307.89 | $1,453.58 | $75.32 |
| 17 | SOUTHERN TOOL STEEL, INC. | $74.84 | $3.59 | $0.19 |
| 18 | ARRK PRODUCT DEV. GROUP HEADQUARTERS | $520.53 | $24.96 | $1.30 |
| 19 | ATS STAFFING SERVICES | $5,716.26 | $274.15 | $14.21 |
| 20 | SHAKER RECRUITMENT ADVERTISING & COMMUNICATIONS | $12,528.34 | $600.86 | $31.14 |
| 21 | NOVAK BUSINESS FORMS | $2,581.89 | $123.83 | $6.42 |
| 22 | RINCHEM INC. | $10,375.00 | $497.59 | $25.78 |
| 23 | RC COIL SPRING MFG. | $104,796.48 | $5,026.08 | $260.45 |
| 24 | MSK EAST | $14,000.00 | $671.45 | $34.79 |
| 25 | LEASE CONSULTANTS | $18,284.50 | $876.93 | $45.44 |
| 26 | WEBER SCREWDRIVING SYSTEMS, INC. | $3,578.00 | $171.60 | $8.89 |
| 28 | AUTOMATED INDUSTRIAL SYSTEMS INC. | $1,436.28 | $68.88 | $3.57 |
| 29 | STEPHENSON & LAWYER, INC. | $931.85 | $44.69 | $2.32 |
| 32 | ELEMENTS | $51,646.61 | $2,476.99 | $128.36 |
| 33 | CIT TECHNOLOGY FINANCING | $22,224.31 | $1,065.89 | $55.23 |
| 34 | SPRINT COMMUNICATIONS COMPANY LP | $37,218.79 | $1,785.03 | $92.50 |
| 35 | CUSTOM SHEET METAL FABRICATORS, INC. | $4,670.44 | $224.00 | $11.60 |
| 36 U | GLENN DEYOUNG | $2,863.58 | $137.34 | $7.12 |
| 37 | COREY STEEL COMPANY | $6,216.36 | $298.14 | $15.45 |
| 38 | DYNACAST, INC. | $24,578.57 | $1,178.80 | $61.08 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 39 | WISCONSIN LABEL CORPORATION | $718.00 | $34.44 | $1.78 |
| 40 | STAPLES INC. | $1,333.96 | $63.98 | $3.31 |
| 41 | CARLSON'S LOCK SERVICE | $38.00 | $1.82 | $0.10 |
| 42 | ACTIVE GRINDING & MFG. CO | $589.79 | $28.29 | $1.46 |
| 43 | THE MCCALL COMPANY | $1,895.24 | $90.90 | $4.71 |
| 46 | ERNEST SCHAEFER, INC. | $214.53 | $10.29 | $0.53 |
| 47 | DIAMOND RIGGING CORPORATION | $18,497.65 | $887.15 | $45.98 |
| 48 | MANPOWER INTERNATIONAL INC. | $50,290.47 | $2,411.95 | $124.99 |
| 49 | ROCK RIVER FASTENER CORPORATION | $29,592.98 | $1,419.29 | $73.55 |
| 50 | KERNCO INSTRUMENTS | $126.12 | $6.05 | $0.31 |
| 51 | NATIONAL RIVET | $613.57 | $29.43 | $1.52 |
| 52 | C.L. NORTH | $1,058.82 | $50.78 | $2.63 |
| 53 | CAMBRIA SALES | $1,083.01 | $51.94 | $2.69 |
| 54 | MAPAL INC. | $2,824.06 | $135.44 | $7.02 |
| 55 | BEAD INDUSTRIES | $9,090.41 | $435.98 | $22.59 |
| 56 | ERA TOOL & MFG COMPANY, INC. | $28,524.11 | $1,368.03 | $70.89 |
| 57 | CRANE PRO SERVICES | $868.00 | $41.63 | $2.16 |
| 58 | NETWORKS INC. | $656.63 | $31.49 | $1.63 |
| 59 | CHATTANOOGA FIRE PROTECTION INC. | $505.27 | $24.23 | $1.26 |
| 60 | FRANTZ MFG | $1,733.42 | $83.14 | $4.30 |
| 61 | VAUGHAN | $9,821.36 | $471.04 | $24.41 |
| 62 | JAY CEE SALES & RIVET | $2,431.02 | $116.59 | $6.04 |
| 63 | GATES WASHER & MFG | $4,120.66 | $197.63 | $10.24 |
| 64 | RESORTES NEWCOMB | $30,084.96 | $1,442.89 | $74.77 |
| 65 | EYELET PRODUCTS & ENGINEERING CORP | $2,045.91 | $98.12 | $5.09 |
| 66 | KELSAN INC. | $2,185.55 | $104.82 | $5.43 |
| 67 | CAD XPRESS | $23,976.19 | $1,149.91 | $59.59 |
| 68 | CHASE FASTENERS | $463.60 | $22.23 | $1.16 |
| 69 | RADIX WIRE COMPANY | $89,351.88 | $4,285.35 | $222.07 |
| 70 | JOHN AMANN SONS CO | $27,420.29 | $1,315.09 | $68.15 |
| 71 | NATIONAL PACKAGING SOLUTIONS GROUP | $19,422.22 | $931.50 | $48.27 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 72 | FERNCO | $465.00 | $22.30 | $1.16 |
| 73 | WEST SUBURBAN TRAVELERS LIMOUSINE INC. | $634.50 | $30.43 | $1.58 |
| 75 | CANNON GASKET | $10,025.00 | $480.80 | $24.92 |
| 76 | SPANGLER SHEET METAL INC. | $14,058.62 | $674.26 | $34.94 |
| 77 | AMERICAN SPEEDY PRINTING | $538.30 | $25.82 | $1.33 |
| 78 | ALGER MFG CO., INC. | $221,332.18 | $10,615.18 | $550.08 |
| 79 | IPSCOT INC. | $1,178.00 | $56.50 | $2.93 |
| 80 | R&R INSTRUMENTATION | $500.27 | $23.99 | $1.25 |
| 81 | SILVIA COCOZZA | $3,137.81 | $150.49 | $7.80 |
| 82 | ASSOCIATED BAG | $21.61 | $1.04 | $0.05 |
| 83 | PYRAMID PACKAGING CO | $675.71 | $32.41 | $1.68 |
| 84 | FABRICATORS, INC. | $41,400.15 | $1,985.57 | $102.89 |
| 86 | WILLIAM DUDEK MFG | $2,958.21 | $141.88 | $7.35 |
| 87 | ABBATE SCREW PRODUCTS, INC. | $69,655.27 | $3,340.69 | $173.12 |
| 89 | BRADMARK INDUSTRIAL COATING | $30,725.38 | $1,473.60 | $76.36 |
| 90 | FORM PLASTICS | $3,451.29 | $165.53 | $8.57 |
| 92 | HB ROUSE & COMPANY | $730.86 | $35.05 | $1.82 |
| 93 | ROLL-AID CHEMICAL SUPPLY | $1,894.18 | $90.85 | $4.70 |
| 94 | R H BOELK TRUCK LINES INC. | $6,011.75 | $288.33 | $14.94 |
| 95 | DELRAM TRANSPORT INC. | $9,121.09 | $437.45 | $22.67 |
| 96 | YAMAZEN INC. | $5,825.00 | $279.37 | $14.48 |
| 97 | PRINCETON LAWN CARE | $1,176.00 | $56.40 | $2.92 |
| 99 | MIKRON CORPORATION - MONROE | $67,374.92 | $3,231.33 | $167.45 |
| 101 | VANGUARD TOOL & ENGINEERING | $14,054.71 | $674.07 | $34.93 |
| 102 | PRECISE STAMPING | $5,392.10 | $258.61 | $13.40 |
| 103 | DU-CO CERAMICS CO. | $8,149.71 | $390.86 | $20.26 |
| 104 | AMERICAN LAUBSCHER CORPORATION | $15,500.80 | $743.42 | $38.53 |
| 105 | BLOW PIPE SHEET METAL, INC. | $1,475.00 | $70.74 | $3.67 |
| 107 | GASKET ENGINEERING CO. | $901.44 | $43.23 | $2.24 |
| 109 | EXPRESS SHUTTLE | $142.00 | $6.81 | $0.35 |
| 110 | AUTOMATIC PRODUCTION EQUIPMENT, INC. | $4,377.05 | $209.93 | $10.87 |

UST Form 101-7-NFR (10/1/2010)

|     |     |     |     |     |
| --- | --- | --- | --- | --- |
|     | EQUIPMENT, INC. |     |     |     |
| 111 | STATE-ALLEN CHUCKS, INC. | $4,728.04 | $226.76 | $11.75 |
| 113 | METRIC TREST | $2,611.00 | $125.22 | $6.49 |
| 114 | RODEN ELECTRICAL SUPPLY CO INC. | $27,154.67 | $1,302.35 | $67.49 |
| 115 | MARIA RAVIO | $3,137.81 | $150.49 | $7.80 |
| 116 | THE TOOL CRIB | $7,671.59 | $367.93 | $19.07 |
| 117 | AVANTI ENGINEERING INC. | $13,726.64 | $658.34 | $34.11 |
| 118 | H&M LIMOUSINE SERVICE | $363.00 | $17.41 | $0.90 |
| 119 | MSC INDUSTRIAL SUPPLY INC. | $23,058.86 | $1,105.91 | $57.31 |
| 121 | STATE TOOL & MFG | $6,872.00 | $329.58 | $17.08 |
| 122 | DRIV-LOK, INC. | $370.00 | $17.75 | $0.91 |
| 123 | PRINCETON INN | $26,128.05 | $1,253.11 | $64.94 |
| 125 | HARWIN INC. | $11,993.00 | $575.19 | $29.81 |
| 126 | SAUNDERS ENTERPRISES, INC. | $5,400.00 | $258.99 | $13.42 |
| 127 | HART CORPORATION | $3,120.19 | $149.65 | $7.75 |
| 128 | ROSELAND METAL PRODUCTS | $69,772.85 | $3,346.33 | $173.41 |
| 129 | BUREAU VALLEY CHIEF | $888.35 | $42.61 | $2.20 |
| 130 | MD HUBBARD SPRING COMPANY | $4,568.54 | $219.11 | $11.35 |
| 131 | VIBRACRAFT INC. | $4,350.00 | $208.63 | $10.81 |
| 132 | RSH LOLC | $1,013.67 | $48.62 | $2.52 |
| 134 | PACE INDUSTRIES | $206,573.71 | $9,907.36 | $513.40 |
| 135 | R&C PRODUCTS | $487.90 | $23.40 | $1.21 |
| 136 | CYTEC INDUSTRIES | $328.26 | $15.74 | $0.82 |
| 137 | ALLEN-BAILEY TAG & LABEL, INC. | $16,935.54 | $812.24 | $42.09 |
| 139 | WORLDCOM INTERNATIONAL DATA SERVICES INC. | $7,260.10 | $348.20 | $18.04 |
| 140 | JAMES MORGAN | $38,437.81 | $1,843.49 | $95.53 |
| 142 | ADVANCED AUTOMATIC MACHINING INC. | $22,370.76 | $1,072.91 | $55.60 |
| 143 | PILOT AIR FREIGHT | $1,787.00 | $85.71 | $4.44 |
| 144 | DAFNIOTIS, GERLADINE CACHAT | $3,137.81 | $150.49 | $7.80 |
| 145 | ATLANTA GAS LIGHT | $3,415.80 | $163.82 | $8.49 |
| 147 | ADVANCE COMPONENTS | $1,932.00 | $92.66 | $4.80 |
| 148 | LANGE MANUFACTURING | $1,266.94 | $60.76 | $3.15 |

UST Form 101-7-NFR (10/1/2010)