**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 04-14517-ABG |
|---|---|---|
| | § | |
| APPLIANCE CONTROL GROUP INC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S AMENDED FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 1/31/2014, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/29/2013

By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 04-14517-ABG |
| | § | |
| APPLIANCE CONTROL GROUP INC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $1,830,739.17 |
| *and approved disbursements of* | $1,783,314.89 |
| *leaving a balance on hand of*[1]*:* | $47,424.28 |

Claims of secured creditors will be paid as follows:

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $47,424.28 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE, Trustee Fees | $77,996.18 | $76,541.42 | $1,454.76 |
| CLERK OF THE US BANKRUPTCY COURT, Clerk of the Court Costs | $260.00 | $0.00 | $260.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $1,714.76 |
| Remaining balance: | $45,709.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

| | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $45,709.52 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,303.35 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 0 | JP Morgan Chase | $734.88 | 35.25 | 699.63 |
| 0 | JP Morgan Chase | $171.87 | $8.24 | $163.63 |
| 0 | United States Treasury | $94.82 | $4.55 | $90.27 |
| 0 | Illinois Director of Employment Securities | $367.44 | $17.62 | $349.82 |

| | |
|---|---|
| Total to be paid to priority claims: | $1,303.35 |
| Remaining balance: | $44,406.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $17,867,352.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 0 | ILLINOIS DEPARTMENT OF REVENUE | $355.59 | $17.05 | $0.89 |
| 0 | JP MORGAN CHASE | $171.87 | $8.24 | $0.43 |
| 0 | JP MORGAN CHASE | $734.88 | $35.25 | $1.82 |
| 0 | JP MORGAN CHASE | $2,963.21 | $142.13 | $7.35 |
| 1 | PC CONCEPTS LLC | $1,166.34 | $55.94 | $2.91 |
| 2 | INTERSTATE STEEL COMPANY | $30,353.48 | $1,455.76 | $75.45 |
| 3 | WAYNE WIRE CLOTH | $6,148.42 | $294.88 | $15.29 |

| | | | | |
|---|---|---|---|---|
| 4 | ALLIED RIVET | $135.77 | $6.51 | $0.34 |
| 5 | FUTURE ELECTRONICS | $15,755.00 | $755.62 | $39.15 |
| 6 | LUCAS-MILHAUPT, INC. | $30,980.12 | $1,485.82 | $76.99 |
| 7 | DANAM CORPORATION | $150,621.85 | $7,223.88 | $374.35 |
| 8 | EXECUTONE OF CHATTANOOGA | $2,876.18 | $137.94 | $7.15 |
| 9 | PROFESSIONAL DRUG SCREENING SERVICES | $2,685.00 | $128.77 | $6.68 |
| 10 | PROFESSIONAL DRUG SCREENING SERVICES | $1,285.00 | $61.63 | $3.19 |
| 11 | CHANNEL PRODUCTS, INC. | $67,600.00 | $3,242.12 | $168.01 |
| 14 | MILES-LATTS | $42,066.00 | $2,017.50 | $104.55 |
| 15 | MILES-PLATTS | $30,307.89 | $1,453.58 | $75.32 |
| 17 | SOUTHERN TOOL STEEL, INC. | $74.84 | $3.59 | $0.19 |
| 18 | ARRK PRODUCT DEV. GROUP HEADQUARTERS | $520.53 | $24.96 | $1.30 |
| 19 | ATS STAFFING SERVICES | $5,716.26 | $274.15 | $14.21 |
| 20 | SHAKER RECRUITMENT ADVERTISING & COMMUNICATIONS | $12,528.34 | $600.86 | $31.14 |
| 21 | NOVAK BUSINESS FORMS | $2,581.89 | $123.83 | $6.42 |
| 22 | RINCHEM INC. | $10,375.00 | $497.59 | $25.78 |
| 23 | RC COIL SPRING MFG. | $104,796.48 | $5,026.08 | $260.45 |
| 24 | MSK EAST | $14,000.00 | $671.45 | $34.79 |
| 25 | LEASE CONSULTANTS | $18,284.50 | $876.93 | $45.44 |
| 26 | WEBER SCREWDRIVING SYSTEMS, INC. | $3,578.00 | $171.60 | $8.89 |
| 28 | AUTOMATED INDUSTRIAL SYSTEMS INC. | $1,436.28 | $68.88 | $3.57 |
| 29 | STEPHENSON & LAWYER, INC. | $931.85 | $44.69 | $2.32 |
| 32 | ELEMENTS | $51,646.61 | $2,476.99 | $128.36 |
| 33 | CIT TECHNOLOGY FINANCING | $22,224.31 | $1,065.89 | $55.23 |
| 34 | SPRINT COMMUNICATIONS COMPANY LP | $37,218.79 | $1,785.03 | $92.50 |
| 35 | CUSTOM SHEET METAL FABRICATORS, INC. | $4,670.44 | $224.00 | $11.60 |
| 36 U | GLENN DEYOUNG | $2,863.58 | $137.34 | $7.12 |
| 37 | COREY STEEL COMPANY | $6,216.36 | $298.14 | $15.45 |
| 38 | DYNACAST, INC. | $24,578.57 | $1,178.80 | $61.08 |

| | | | | |
|---|---|---|---|---|
| 39 | WISCONSIN LABEL CORPORATION | $718.00 | $34.44 | $1.78 |
| 40 | STAPLES INC. | $1,333.96 | $63.98 | $3.31 |
| 41 | CARLSON'S LOCK SERVICE | $38.00 | $1.82 | $0.10 |
| 42 | ACTIVE GRINDING & MFG. CO | $589.79 | $28.29 | $1.46 |
| 43 | THE MCCALL COMPANY | $1,895.24 | $90.90 | $4.71 |
| 46 | ERNEST SCHAEFER, INC. | $214.53 | $10.29 | $0.53 |
| 47 | DIAMOND RIGGING CORPORATION | $18,497.65 | $887.15 | $45.98 |
| 48 | MANPOWER INTERNATIONAL INC. | $50,290.47 | $2,411.95 | $124.99 |
| 49 | ROCK RIVER FASTENER CORPORATION | $29,592.98 | $1,419.29 | $73.55 |
| 50 | KERNCO INSTRUMENTS | $126.12 | $6.05 | $0.31 |
| 51 | NATIONAL RIVET | $613.57 | $29.43 | $1.52 |
| 52 | C.L. NORTH | $1,058.82 | $50.78 | $2.63 |
| 53 | CAMBRIA SALES | $1,083.01 | $51.94 | $2.69 |
| 54 | MAPAL INC. | $2,824.06 | $135.44 | $7.02 |
| 55 | BEAD INDUSTRIES | $9,090.41 | $435.98 | $22.59 |
| 56 | ERA TOOL & MFG COMPANY, INC. | $28,524.11 | $1,368.03 | $70.89 |
| 57 | CRANE PRO SERVICES | $868.00 | $41.63 | $2.16 |
| 58 | NETWORKS INC. | $656.63 | $31.49 | $1.63 |
| 59 | CHATTANOOGA FIRE PROTECTION INC. | $505.27 | $24.23 | $1.26 |
| 60 | FRANTZ MFG | $1,733.42 | $83.14 | $4.30 |
| 61 | VAUGHAN | $9,821.36 | $471.04 | $24.41 |
| 62 | JAY CEE SALES & RIVET | $2,431.02 | $116.59 | $6.04 |
| 63 | GATES WASHER & MFG | $4,120.66 | $197.63 | $10.24 |
| 64 | RESORTES NEWCOMB | $30,084.96 | $1,442.89 | $74.77 |
| 65 | EYELET PRODUCTS & ENGINEERING CORP | $2,045.91 | $98.12 | $5.09 |
| 66 | KELSAN INC. | $2,185.55 | $104.82 | $5.43 |
| 67 | CAD XPRESS | $23,976.19 | $1,149.91 | $59.59 |
| 68 | CHASE FASTENERS | $463.60 | $22.23 | $1.16 |
| 69 | RADIX WIRE COMPANY | $89,351.88 | $4,285.35 | $222.07 |
| 70 | JOHN AMANN SONS CO | $27,420.29 | $1,315.09 | $68.15 |
| 71 | NATIONAL PACKAGING SOLUTIONS GROUP | $19,422.22 | $931.50 | $48.27 |

| | | | | |
|---|---|---|---|---|
| 72 | FERNCO | $465.00 | $22.30 | $1.16 |
| 73 | WEST SUBURBAN TRAVELERS LIMOUSINE INC. | $634.50 | $30.43 | $1.58 |
| 75 | CANNON GASKET | $10,025.00 | $480.80 | $24.92 |
| 76 | SPANGLER SHEET METAL INC. | $14,058.62 | $674.26 | $34.94 |
| 77 | AMERICAN SPEEDY PRINTING | $538.30 | $25.82 | $1.33 |
| 78 | ALGER MFG CO., INC. | $221,332.18 | $10,615.18 | $550.08 |
| 79 | IPSCOT INC. | $1,178.00 | $56.50 | $2.93 |
| 80 | R&R INSTRUMENTATION | $500.27 | $23.99 | $1.25 |
| 81 | SILVIA COCOZZA | $3,137.81 | $150.49 | $7.80 |
| 82 | ASSOCIATED BAG | $21.61 | $1.04 | $0.05 |
| 83 | PYRAMID PACKAGING CO | $675.71 | $32.41 | $1.68 |
| 84 | FABRICATORS, INC. | $41,400.15 | $1,985.57 | $102.89 |
| 86 | WILLIAM DUDEK MFG | $2,958.21 | $141.88 | $7.35 |
| 87 | ABBATE SCREW PRODUCTS, INC. | $69,655.27 | $3,340.69 | $173.12 |
| 89 | BRADMARK INDUSTRIAL COATING | $30,725.38 | $1,473.60 | $76.36 |
| 90 | FORM PLASTICS | $3,451.29 | $165.53 | $8.57 |
| 92 | HB ROUSE & COMPANY | $730.86 | $35.05 | $1.82 |
| 93 | ROLL-AID CHEMICAL SUPPLY | $1,894.18 | $90.85 | $4.70 |
| 94 | R H BOELK TRUCK LINES INC. | $6,011.75 | $288.33 | $14.94 |
| 95 | DELRAM TRANSPORT INC. | $9,121.09 | $437.45 | $22.67 |
| 96 | YAMAZEN INC. | $5,825.00 | $279.37 | $14.48 |
| 97 | PRINCETON LAWN CARE | $1,176.00 | $56.40 | $2.92 |
| 99 | MIKRON CORPORATION - MONROE | $67,374.92 | $3,231.33 | $167.45 |
| 101 | VANGUARD TOOL & ENGINEERING | $14,054.71 | $674.07 | $34.93 |
| 102 | PRECISE STAMPING | $5,392.10 | $258.61 | $13.40 |
| 103 | DU-CO CERAMICS CO. | $8,149.71 | $390.86 | $20.26 |
| 104 | AMERICAN LAUBSCHER CORPORATION | $15,500.80 | $743.42 | $38.53 |
| 105 | BLOW PIPE SHEET METAL, INC. | $1,475.00 | $70.74 | $3.67 |
| 107 | GASKET ENGINEERING CO. | $901.44 | $43.23 | $2.24 |
| 109 | EXPRESS SHUTTLE | $142.00 | $6.81 | $0.35 |
| 110 | AUTOMATIC PRODUCTION EQUIPMENT, INC. | $4,377.05 | $209.93 | $10.87 |

| | | | | |
|---|---|---|---|---|
| | EQUIPMENT, INC. | | | |
| 111 | STATE-ALLEN CHUCKS, INC. | $4,728.04 | $226.76 | $11.75 |
| 113 | METRIC TREST | $2,611.00 | $125.22 | $6.49 |
| 114 | RODEN ELECTRICAL SUPPLY CO INC. | $27,154.67 | $1,302.35 | $67.49 |
| 115 | MARIA RAVIO | $3,137.81 | $150.49 | $7.80 |
| 116 | THE TOOL CRIB | $7,671.59 | $367.93 | $19.07 |
| 117 | AVANTI ENGINEERING INC. | $13,726.64 | $658.34 | $34.11 |
| 118 | H&M LIMOUSINE SERVICE | $363.00 | $17.41 | $0.90 |
| 119 | MSC INDUSTRIAL SUPPLY INC. | $23,058.86 | $1,105.91 | $57.31 |
| 121 | STATE TOOL & MFG | $6,872.00 | $329.58 | $17.08 |
| 122 | DRIV-LOK, INC. | $370.00 | $17.75 | $0.91 |
| 123 | PRINCETON INN | $26,128.05 | $1,253.11 | $64.94 |
| 125 | HARWIN INC. | $11,993.00 | $575.19 | $29.81 |
| 126 | SAUNDERS ENTERPRISES, INC. | $5,400.00 | $258.99 | $13.42 |
| 127 | HART CORPORATION | $3,120.19 | $149.65 | $7.75 |
| 128 | ROSELAND METAL PRODUCTS | $69,772.85 | $3,346.33 | $173.41 |
| 129 | BUREAU VALLEY CHIEF | $888.35 | $42.61 | $2.20 |
| 130 | MD HUBBARD SPRING COMPANY | $4,568.54 | $219.11 | $11.35 |
| 131 | VIBRACRAFT INC. | $4,350.00 | $208.63 | $10.81 |
| 132 | RSH LOLC | $1,013.67 | $48.62 | $2.52 |
| 134 | PACE INDUSTRIES | $206,573.71 | $9,907.36 | $513.40 |
| 135 | R&C PRODUCTS | $487.90 | $23.40 | $1.21 |
| 136 | CYTEC INDUSTRIES | $328.26 | $15.74 | $0.82 |
| 137 | ALLEN-BAILEY TAG & LABEL, INC. | $16,935.54 | $812.24 | $42.09 |
| 139 | WORLDCOM INTERNATIONAL DATA SERVICES INC. | $7,260.10 | $348.20 | $18.04 |
| 140 | JAMES MORGAN | $38,437.81 | $1,843.49 | $95.53 |
| 142 | ADVANCED AUTOMATIC MACHINING INC. | $22,370.76 | $1,072.91 | $55.60 |
| 143 | PILOT AIR FREIGHT | $1,787.00 | $85.71 | $4.44 |
| 144 | DAFNIOTIS, GERLADINE CACHAT | $3,137.81 | $150.49 | $7.80 |
| 145 | ATLANTA GAS LIGHT | $3,415.80 | $163.82 | $8.49 |
| 147 | ADVANCE COMPONENTS | $1,932.00 | $92.66 | $4.80 |
| 148 | LANGE MANUFACTURING | $1,266.94 | $60.76 | $3.15 |

United States Bankruptcy Court
Northern District of Illinois

In re:
Appliance Control Group Inc et al
Debtor

Case No. 04-14517-ABG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: wepps Page 1 of 27 Date Rcvd: Dec 31, 2013
Form ID: pdf006 Total Noticed: 1175

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2014.

db +Appliance Control Group Inc et al, Harrison R. Horan, c/o Dilks & Knopik LLC, PO Box 2728, Issaquah, WA 98027-0125
aty Kathleen S Allen, Citicorp NA, 3800 Citigroup Center Dr G3-4, Tampa, FL 33610
aty +Robert W Glantz, Shaw Gussis Fishman Glantz Wolfson, 321 N Clark Street, Suite 800, Chicago, IL 60654-4766
7982214 +1000 Park Drive, Lawrence, PA 15055-1018
7982920 +1900 STUART ST., PO BOX 5069, CHATTANOOGA, TN 37406-0069
7982093 +4 Star Electronics, Inc., Attention: Jeff Storhoff, 930 Calle Negocio, Suite B, San Clemente, CA 92673-6209
7982454 +9828 Franklin Avenue, Franklin Park, IL 60131-1913
7982094 +A&B Freight Line, Inc., Attention: Chief Financial Officer, P.O. Box 6026, Rockford, IL 61125-1026
7982095 +A-1 Glove & Trucking Co., A-1 Glove & Supply Co, P.O. Box 869, Ooltewah, TN 37363-0869
7982099 ABF Freight System, Inc., Attention: Chief Financial Officer, 1321 Gail Borden Place, El Paso, TX 79935-5301
7982100 ABLEST Staffing Services, Attention: Chief Financial Officer, PO Box 116295, Atlanta, GA 30368-6295
7982107 ADP, Attention: Chief Financial Officer, 100 Northwest Point Blvd., Elk Grove Village, IL 60007-1018
7982108 ADP Benefit Services, Attention: Chief Financial Officer, P.O. Box 78328, Phoenix, AZ 85062-8328
8578948 +ADP Inc, c/o D&B/RMS Bankruptcy Services, PO Box 5126, Timonium, Maryland 21094-5126
7982109 +ADT Alarm Systems, Attention: Chief Financial Officer, P.O. Box 371967, Pittsburgh, PA 15250-7967
7982111 +ADT Security Systems, Attention: Chief Financial Officer, P.O. Box 371967, Pittsburgh, PA 15250-7967
7982120 AETNA - Dental, Attention: Chief Financial Officer, P.O. Box 100616, Pasadena, CA 91189-0616
7982121 AETNA Inc.-Middletown, Attention: Chief Financial Officer, P.O. Box 8860, Chicago, IL 60695-1860
7982122 AETNA U.S. HEALTHCARE, Attention: Chief Financial Officer, P.O. Box 70945, Chicago, IL 60673-0945
7982123 AFLAC, Attention: Chief Financial Officer, 1932 Wynnton Road, Columbus, GA 31999-0797
7982124 +AGA Gas, Inc. n/k/a Linde Gas, Attention: Chief Financial Officer, 810 E. Cass Street, Joliet, IL 60432-3039
7982125 +AHAM, Attention: Chief Financial Officer, 1111 19th Street, N.W., Suite 402, Washington, DC 20036-3627
7982146 +ALLTEL, Bankruptcy Department -1269 B5F03B, 1 Allied Drive, Little Rock, AR 72202-2065
7982163 +ANSI, Attention: Chief Financial Officer, 11 W. 42nd Street, New York, NY 10036-8002
7982164 +AON Consulting, Attention: Chief Financial Officer, 55 E. 52nd Street, New York, NY 10055-0002
7982170 +ARRK Product Development Group, 2800 River Road, Suite 100, Des Plaines, IL 60018-6087
7982176 AT & T, Attention: Chief Financial Officer, P.O. Box 100635, Atlanta, GA 30384-0635
7982177 AT & T, Attention: Chief Financial Officer, P. O. Box 27-680, Kansas City, MO 64180-0680
7982178 AT & T, Attention: Chief Financial Officer, P.O. Box 78314, Phoenix, AZ 85062-8314
7982183 +ATS Staffing Services, Attention: Chief Financial Officer, P.O. Box 22207, Chattanooga, TN 37422-2207
7982096 +Abbate Screw Products, Inc., Attention: Herman Levine, 50 Presidential Drive, Roselle, IL 60172-3913
7982953 +Abrams, Charles P., 2105 Hillview Drive, Princeton, IL 61356-8709
8130402 +Accountemps, Div of Robert Half International, 5720 Stoneridge Dr Suite 3, Pleasanton, CA 94588-4521, Attn Michele Cabral
7982101 +Accountemps, Attention: Chief Financial Officer, 4320 Winfield Road, Suite 250, Warrenville, IL 60555-4014
7982102 Accurate Felt and Gasket Mfg. Co., Inc., Attention: William Gurney, 3239 S. 51st Avenue, Cicero, IL 60804-4063
7982103 +Ace Hardware, Attention: Grif Glenn, 4921 Highway 58, Chattanooga, TN 37416-1895
7982104 +Active Grinding & Mfg. Company, Attention: Carl Santucci, 1800 Parkes Drive, Broadview, IL 60155-3956
7982954 +Adams, Catheryn R., 5214 Slayton Ave, Chattanooga, TN 37410-2227
7982955 +Adams, Scharletta E., 3204 Redding Road, Apt. 1-B, Chattanooga, TN 37415-4739
7982105 +Addison Precision Products, Attention: Chief Financial Officer, 200 E. Kellen, Amboy, IL 61310-1831
7982106 #+Adman Electric, Attention: Chief Financial Officer, P.O. Box 72655, Chattanooga, TN 37407-0655
7982113 +Advance Components, Attention: Chief Financial Officer, 3310 Wiley Post Road, Carrollton, TX 75006-5114
7982114 +Advanced Automatic Machining Inc., Attention: Perry Sullivan, P.O. Box 769, Pikeville, TN 37367-0769
7982116 +Advanced Engineering & Design, Attention: Chief Financial Officer, 100 E 10th Street, Chattanooga, TN 37402-4230
7982117 +Advantage Engineering, Inc., Attention: Susie Schaub, 525 E. Stop 18 Road, Greenwood, IN 46143-9808

7982118 Aerovox, a div. of Parallax Power Comp., Attention: Gary Berman, PO Box 18191, Bridgeport, CT 06601
7982119 +Aerovox, a div. of Parallax Power Comp., Attn M Lavallee, 167 John Vertente Blvd, New Bedford, MA 02745-1221
7982126 +Aimen's Stamp & Sign, Attention: Ruth Powell, 222 N.E. Monroe Street, Suite 102, Peoria, IL 61602-1014
7982127 +Air & Hydraulic Equipment, Inc., Attention: Jack Head, 821 E. 11th Street, Chattanooga, TN 37403-3202
7982128 +Airco Gas & Gear c/o BOC Gases, Attention: Chief Financial Officer, 100 Corporate Drive, P.O. Box 700, Lebanon, NJ 08833-2200
7982129 +Airgas, Attention: Chief Financial Officer, 3025 Overlook Drive, Cleveland, TN 37312-5566
7982130 +Airgas North Central, Attention: Mindy Steege-Giesler, 1250 W. Washington Street, West Chicago, IL 60185-2653
8408592 +Aislantes & Empaques Del Norte SA D CV, 9004 Turrentine, El Paso, TX 79925-5932
7982956 +Akins, Betty, 7822 Old Lee Highway, P.O. Box 353, Ooltewah, TN 37363-0353
7982131 Alamo Iron Works, Attention: Chief Financial Officer, P.O. Box 231, San Antonio, TX 78291-0231
7982132 +Alcatel Vacuum Products, Inc., Attention: John Higgins, 67 Sharp Street, Hingham, MA 02043-4348
7982133 +Alcoa (Reynolds) Metal, Attention: Gisela Hewitt, 8550 W. Bryn Mawr Avenue, 10th Floor, Chicago, IL 60631-3223
7982134 +Alcoa Engineered Products, Attention: Gisela Hewitt, 8550 W. Bryn Mawr Avenue, 10th Floor, Chicago, IL 60631-3223
7982135 +Alger Manufacturing Company, Inc., Attention: Duane Femrite, 724 S. Bon View Avenue, Ontario, CA 91761-1913
7982137 +All Size Pallets, Attention: Chief Financial Officer, 205 Rocky Ford Road, Rossville, GA 30741-6711
7982139 +Allen Bradley (Rockwell Automation), Attention: Kristin Quartana, 1201 S. Second Street, Milwaukee, WI 53204-2410
7982140 +Allen Construction, Attention: Chief Financial Officer, 139 Isbill Road, Chattanooga, TN 37419-1630
7982141 +Allen Lumber Co., Attention: Donna Purl, P.O. Box 368, Princeton, IL 61356-0368
7982142 +Allen-Bailey Tag & Label, Inc., Attention: K.C. Shaughnessy, 3177 Lehigh Street, Caledonia, NY 14423-1053
8553848 +Allied Electronics Inc, c/o D&B /RMS Bankruptcy Services, PO Box 5126, Timonium, Maryland 21094-5126
7982143 +Allied Package Systems & Supply, Attention: Tom Pabich, 133 N. 25th Avenue, Melrose Park, IL 60160-3028
7982144 +Allied Rivet, Attention: Jacquelyn Hindi, 1172 Commerce Drive, Geneva, IL 60134-2484
7982145 +Allstar Fasteners, Inc., Attention: Renard Schacht, 1550 Arthur Avenue, Elk Grove Village, IL 60007-5733
7982147 Almake Appliance, Attention: Chief Financial Officer, 750 Oakdale Road, Unit 3, Donsview, Ontario M3N 224, Canada
7982149 Altschuler, Melvoin & Glasser, LLP, Attention: Chief Financial Officer, One South Wacker Drive, Chicago, IL 60606-3392
7983211 +Amcito Partners, L.P., Richard Carlson, 7234 Lancaster Pike, Suite 300, Hockessin, DE 19707-9295
7982150 American Airlines, Attention: Joel Alexander, Dept. 05187-1, P.O. Box 70536, Chicago, IL 60673-0536
7982151 +American Laubscher Corporation, Attention: Richard Fox, ALC Building, 80 Finn Court, Farmingdale, NY 11735-1107
7982152 +American Payroll Assocation, Attention: Chief Financial Officer, New York Education Division, 30 E. 33rd Street, 5th Floor, New York, NY 10016-5337
7982153 +American Sintered Technologies, Attention: Dan Buerk, P.O. Box 149, Emporium, PA 15834-0149
7982154 +American Speedy Printing, Attention: Wayne Muhs, 1163 Ogden Avenue, Suite 505, Naperville, IL 60563-8589
7982155 American Water Co., Attention: Chief Financial Officer, PO Box 580487, Charlotte, NC 28258-0487
7982156 +American Wire Tech, Inc., Attention: Terry Klinch, P.O. Box 256, Buchanan, MI 49107-0256
7982157 +American-Jebco Corporation, Attention: Jack Drinan, 11330 W. Melrose Street, Franklin Park, IL 60131-1323
7982159 +Ameritech (SBC), Attention: Jim Scapardine, 331 Hankes Avenue, Aurora, IL 60505-1714
7982957 +Ames, Randal, 261 Hillview Dr. N.W, Cleveland, TN 37312-6228
7982160 +Amity International, Attention: Tom Coulton, 30285 Bruce Industrial Parkway, Suite B, Solon, OH 44139-3900
7982958 +Amyx, Charles, 1407 Sunnyfield Lane, East Ridge, TN 37412-3643
7982161 +Analytical Indus. Research Laboratories, Attention: Patricia Patterson, 1550 37th Street NE, Cleveland, TN 37312-5600
7982162 +Anderson Pest Control, Attention: Chief Financial Officer, 219 W. Diversey, Elmhurst, IL 60126-1103
7982959 +Andies, James R., 1224 Brymer Creek Rd., McDonald, TN 37353-5220
7982960 +Angle, Jonathan M., 208 Abney Drive, Lafayette, GA 30728-5003
7982165 Apex Supply Company, (n/k/a The Home Depot Store), Attention: Harold Downs, 4162B S. Creek Road, Chattanooga, TN 37406
7982166 Applied Thermal Systems, Attention: Betty Littlejohn, P.O. Box 23055, Chattanooga, TN 37422-3055
9479481 +Arch Specialty Insurance Company, The Continental Group, PO Box 5614, Manchester, NH 03108-5614

7982168 +Arcon Ring & Specialty Co., Attention: Mary DeBello, 123 Easy Street, Carol Stream, IL 60188-2314
7982169 +Arizona Instrument, Attention: Linda Shepherd, 1912 W. Fourth Street, Tempe, AZ 85281-2491
8315418 +Arrow Electronics Inc, Douglass P Christensen, 7459 South Lima Street, Englewood, CO 80112-3879
7982172 +Arrow Electronics, Inc., Attention: Nancy Villarreal, 4731 A Ripley Drive, El Paso, TX 79922-1026
7982173 +Arrow Engineering Co., Inc., Attention: Bernie Simonson, 5191 27th Avenue, Rockford, IL 61109-1712
7982175 +Associated Bag, Attention: Chief Financial Officer, 400 W. Boden Street, P.O. Box 07120, Milwaukee, WI 53207-0120
7982180 Athens Dispensary, Attention: Gail Finley, P.O. Box 1245, Athens, TN 37371-1245
8122466 +Atlanta Gas Light, PO Box 4569, Atlanta, GA 30302-4569
7982181 +Atlantic Alloys, Attention: Chief Financial Officer, PO BOX 1110, BRISTOL, RI 02809-0903
7982182 Atlas Van Lines, Attention: Chief Financial Officer, P.O. Box 75004, Charlotte, NC 28275
7982445 +Attention: Chief Financial Officer, PO Box 640384, Pittsburgh, PA 15264
7982602 +Attention: Chief Financial Officer, 1530 W. Broadway, Tempe, AZ 85282-1131
7982184 +Automated Industrial Systems Inc, Attn Carol Blakeslee, 4238 W. 12th Street, Erie, PA 16505-3001
7982185 Automatic Production Equipment, Inc., Attention: Don Schmucker, 815 Touhy Avenue, Elk Grove Village, IL 60007-4917
7982186 +Automation Insights, Attention: Bonnie Serfass, 115 Nowlin Lane, Suite 5000, Chattanooga, TN 37421-3593
7982187 +Avanti Engineering, Inc., Attention: Robert Bumber, 200 W. Lake Drive, Glendale Heights, IL 60139-4825
7982188 +Averitt Express, Attention: Chief Financial Officer, 1415 Neal Street, P.O. Box 3166, Cookeville, TN 38502-3166
7982189 +Avis, Attention: Chief Financial Officer, P.O. Box 62800, Virginia Beach, VA 23466-2800
7982191 +B&G Filters, Attention: Joe Green, 2930 Mountain Trace, Roswell, GA 30075-4027
7982190 B&H Industries, Inc., Attention: Chief Financial Officer, 14020 US 20-A, Montpelier, OH 43543-9347
7982961 ++++BAILEY, OTTIE MAE, 4842 PAWNEE TRL, CHATTANOOGA TN 37411-2430
(address filed with court: Bailey, Ottie Mae, 4810 Pawnee Tr., Chattanooga, TN 37411)
7982971 ++++BERRY, KIMBERLY G, 1883 COYOTE TRL, OOLTEWAH TN 37363-9544
(address filed with court: Berry, Kimberly G, 10121 E Brainerd Rd, Ooltewah, TN 37363)
7982212 +BFI Waste Services, Attention: Chief Financial Officer, 1018 E. 38th Street, Chattanooga, TN 37407-2436
7982218 BNB International, Inc., Attention: Chief Financial Officer, P O Box 437, Mendota, IL 61342-0437
8273456 +BOC Gases, Attn Joan Markussen, 100 Corporate Drive, Lebanon, NJ 08833-2200
7982220 +BOC Gases, Attention: Joan Markussen, 700 Manufacturers Road, Chattanooga, TN 37405-3704
7982962 +Baldwin, Donald E., 670 Kendridge Ct., Aurora, IL 60502-9029
7982963 +Ball, Terry K., 6502 Rolling River Road, Harrison, TN 37341-6978
7982192 +Bancroft Corporation, Attention: Kavern MaGee, 21550 Doral Road, Waukesha, WI 53186-1888
7982964 Bandy, Jason. L., 1424 Fair Oaks Ln., Cleveland, TN 37312
7982193 +Banner Service Corporation, Attention: Linda Ferro, 494 E. Lies Road, Carol Stream, IL 60188-9425
7982965 +Barber, Sharon, 7713 Basswood Dr., Chattanooga, TN 37416-2402
7982966 +Barclay, Marquitta, 5322 Hunter Village Drive, Ooltewah, TN 37363-9047
7982967 +Barclay, William H., 2280 Robin Hood Dr., Cleveland, TN 37323-6103
7982194 Barnes & Thornburg, Attention: John W. Boyd, 11 South Meridian Street, Indianapolis, IN 46204-3535
7982195 +Barnhart Crane & Rigging Co., Attention: Chief Financial Officer, 3500 Michael Ann Avenue, Gadsden, AL 35904-1805
7982196 +Barnhart Crane and Rigging, Attention: Lori Zeedyk, 1202 Columbus Street, Ottawa, IL 61350-2146
7982968 +Baxter, Charles T., 7922 Harper Road, Hixson, TN 37343-2116
7982197 +Baymont Inn & Suites, Attention: Chief Financial Officer, 308 S. Lincolnway, North Aurora, IL 60542-1706
7982198 +Bead Industries, Attention: Dan Twerion, 11 Cascade Boulevard, Milford, CT 06460-2849
7982199 +Bearing Distributors, Attention: Andrea Moeller, PO Box 936, Waterloo, IA 50704-0936
7982200 +Beaver Oil Company, Attention: Chief Financial Officer, 6037 Lenzi Avenue, Hodgkins, IL 60525-4202
7982201 +Beck Oil Company, Attention: Chief Financial Officer, 850 E. Thompson Street, Princeton, IL 61356-7800
7982202 +Behr Metals, Inc., Attention: Janie Thompson, P.O. Box 740, 1100 Seminary Street, Rockford, IL 61104-4644
8403687 BellSouth Telecommunications Inc, Regional Bankruptcy Center, 29EF1-301 W Bay Street, Jacksonville, FL 32202
7982203 +Bellwood Plating, Attn: Joe Pawlik, 4351-59 W. Roosevelt Road, Chicago, IL 60624-3839
7982205 Bennett Tool and Die, Inc., Attention: Eli Bennett, 910 Cherokee Avenue, Nashville, TN 37207-5221
7982969 +Bennett, Sheila R., 510 Central Dr., Apt. 203, Chattanooga, TN 37421-5809
7982206 Berendsen Fluid Power, Inc., Attention: Chief Financial Officer, 1200 Mid-Continent Tower, 401 S. Boston, Tulsa, OK 74103-4013
7982970 +Berry, Annie M., 112 S. Lovell Ave., Chattanooga, TN 37411-4850
7982207 +Berryman, Attention: Chief Financial Officer, 2000 Moen Avenue, Joliet, IL 60436-9002
7982208 Bertelkamp Automation, Attention: Bill Brinson, P.O. Box 11488, Knoxville, TN 37939-1488
7982972 +Betancourt, Nicholas A., 1297 Robin Hood Dr., Cleveland, TN 37312-3343

7982210 +Bethelehem Appartus, Attention: Bruce Lawrence, 890 Front Street, P.O. Box Y, Hellertown, PA 18055-0221
7982211 +Beverly McConnell, 113 Northhampton Drive, Oswego, IL 60543-8860
7982973 +Bezanilla, Juan M., 1901 Suntide, El Paso, TX 79938-4606
7982974 +Biba, Gregory J., 710 72nd Street, Darien, IL 60561-4140
7982975 +Bieritz, John H., 4809 Saratoga, Downers Grove, IL 60515-3532
7982215 Blackhawk Energy Services, Attention: Chief Financial Officer, U.S. Bank Lock Box, Department 00530, Milwaukee, WI 53259-0530
7982976 +Blaylock, Kristopher L., 2507 Bromley Dr., Cleveland, TN 37323-4822
7982977 +Blaylock, Michael L., 9060 Daisy Dallas Rd, Soddy Daisy, TN 37379-4105
7982216 +Bliss Clearing & Niagara Parts, Attention: Barb Jones, 1004 East State Street, Hastings, MI 49058-9166
7982217 +Blow Pipe Sheet Metal, Inc., Attention: Chief Financial Officer, 1516 East Main Street, Chattanooga, TN 37404-5034
7982219 +Bob Ditto, Inc., Attention: Vicki Hawkins, 312 Hamill Road, Chattanooga, TN 37410-2182
7982221 +Bodine Corporation, Attention: Rose Ross, 317 Mountain Grove Street, Bridgeport, CT 06605-2139
7982222 +Bodycote Taussig, Inc., Attention: Cathy Auslander, 7530 Frontage Road, Skokie, IL 60077-3213
7983203 +Bolduc, Mark R., 5410 Nastase Place, El Paso, TX 79932-3026
7982978 +Boston, Shauntae S., 1217 Michael Lane, Chattanooga, TN 37411-1699
7982979 Bouaravong, Phetsamone, 10119 Woodmont Rd., Collegedale, TN 37315
7982980 +Bradley, Frankie E., 2604 Dodson Ave., Chattanooga, TN 37406-2446
7982224 +Bradmark Industrial Coating, Attention: Brad Wood, 2101 Denton Avenue, Cookeville, TN 38501-1465
7982225 +Brian Buchberger, 1998 Fays Lane, Sugar Grove, IL 60554-9771
7982981 +Broset, Gustave, 1610 Sunset Dr., Peru, IL 61354-1219
7982226 +Brown & Sharpe, Inc., Attention: Kevin McBride, 5010 Linbar Drive, Nashville, TN 37211-5081
7982227 +Brown Stove Company, Attention: Gary Smith, 1422 Carolina Avenue NE, Cleveland, TN 37311-2159
7982229 +Brown’s Vibratory Feeder, Attention: Chief Financial Officer, 646 S. 600 West, New Palatine, IN 46163-9789
7982228 +Browning-Ferris Ind. - Chattanooga Dist., Attention: Chief Financial Officer, 1018 E. 38th Street, Chattanooga, TN 37407-2436
7982982 +Buell, Carol J., P. O. Box 110, Charleston, TN 37310-0110
7982231 +Builders Hardware Company, Attention: Chief Financial Officer, 2904 Dodds Avenue, Chattanooga, TN 37407-1628
7982232 +Bureau County Collector, Attention: Chief Financial Officer, 700 S. Main, Princeton, IL 61356-2039
7982233 +Bureau County Metro Center, Attention: Chief Financial Officer, 837 Park Avenue West, Princeton, IL 61356-2333
7982235 +Bureau Valley Chief, Attention: John Murphy, 108 W. Main Street, Tiskilwa, IL 61368-9652
7982234 +Bureau of Customs & Border, Attention: Chief Financial Officer, 322 Knapp Blvd., Nashville, TN 37217-2532
7982983 Burgess, Matthew G., Hcr 65 Box 452, Dunlap, TN 37327
7982984 +Burkett, Gary K., 1001 W. 2nd St., Spring Valley, IL 61362-1112
7982236 +Burr Oak Tool & Gauge Company, Attention: David Franks, P.O. Box 338, Sturgis, MI 49091-0338
7982985 +Butterworth, Brad D., 6905 Escondido Dr., El Paso, TX 79912-3107
7982986 +Byrd, Sheila, 2710 Citico Ave., Chattanooga, TN 37406-3401
7982239 C Leasing Company, Attention: Chief Financial Officer, P.O. Box 9872, El Paso, TX 79995-2872
7982240 +C&C Electric, Inc., Attention: Chief Financial Officer, 507 N. Pleasant Street, PO Box 250, Princeton, IL 61356-0250
7982241 C&H Distributors, Inc., Attention: Debbie Rake, 430-1 S. Fifth Street, Milwaukee, WI 53204
7982242 +C.L. North, Attention: Chief Financial Officer, P.O. Box 9701, El Paso, TX 79995-9701
7982762 +CAD Xpress, PO Box 71690, Chattanooga, TN 37407-6690
7982989 ++++CAL, WENCHELLA Y., 4836 BONNY LAKE LN, CHATTANOOGA TN 37416-3124
(address filed with court: Cal, Wenchella Y., 4808 Bonnylake Lane, Apt A, Chattanooga, TN 37416)
7982258 +CBT Companies, Inc., Attention: Sandra Gavin, 325 W. RB Garrett Avenue, Peoria, IL 61605-2504
7982259 +CDW Computer Centers Inc, c/o D&B/RMS Bankruptcy Services, PO Box 5126, Timonium, Maryland 21094-5126
7982287 +CIBERNET, Attention: Mary Macias, 6767 Viscount Blvd., Suite 102, El Paso, TX 79925-3615
7982291 CINTAS FIRST AID & SAFETY, ATTENTION: CHIEF FINANCIAL OFFICER, 1072 Judson Street, Bensenville, IL 60106
7982293 CIPHER LTD, ATTENTION: CHIEF FINANCIAL OFFICER, 110 W. SECOND STREET, AURORA, IL 60506-5572
7982296 +CIT Technology, Attention: Chief Financial Officer, 800 S.W. Jefferson Avenue, Peoria, IL 61605-3943
8377766 ++CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034
(address filed with court: Citibank USA NA, DBA Staples, PO Box 9025, Des Moines, IA 50368)
7982297 +CITICORP, Attn: JAY GILE, 1445 WOODSON ROAD, ST. LOUIS, MO 63132-2506
7982298 +CITICORP DEL-LEASE, INC, ATTENTION: CHIEF FINANCIAL OFFICER, 450 MARNARONECK AVENUE, HARRISON, NY 10528-2400
7982299 CITICORP VENDOR FINANCE INC, Attn: JEAN HUMMEL, P.O. BOX 41647, PHILADELPHIA, PA 19101-1647
7982303 +CLS Consulting, Inc., Attention: Cherie White, P.O. Box 1013, Springfield, TN 37172-1013

7982304 +CMM Services, Inc., Attn: Lawrence Van Ryn, 332 Detroit Avenue, P.O. Box 332, Morton, IL 61550-0332
7982305 +CNC Machining, Attention: Chief Financial Officer, 85 Carver Mill Road, Talking Rock, GA 30175-3684
7982317 CON-WAY TRANSPORTATION, Attention: Chief Financial Officer, 135 LASALLE DEPT. 2493, CHICAGO, IL 60674-2493
7982321 +CORNELL-DUBILIER, Attn: TOM THOMPSON, % EAGLE TECHNICAL SALES, INC, 4300 LINCOLN AVE. UNIT I, ROLLING MEADOWS, IL 60008-1157
7982324 +CROWN UNLIMITED MACHINE, Attention: Chief Financial Officer, P.O. BOX 335, 1336 W. WILEY AVE., BLUFFTON, IN 46714-2244
10501760 +CT Corporation, c/o Alan D Budman Esquire, 1150 Old York road, Abington, PA 19001-3712
7982987 +Cagkler, Dorothy J., 6417 Edgmon Dr., Chattanooga, TN 37421-2307
7982988 +Cahill, Shirley, 407 Camden Circle, Oswego, IL 60543-8042
7982243 Calfirst Leasing, Attention: Chief Financial Officer, PO Box 2506, Santa Ana, CA 92707-0506
7982244 +Callahan Mechanical, Attention: Rod Callahan, 2811 8th Avenue, Chattanooga, TN 37407-1542
7982245 +Cambria Sales, Attention: Chief Financial Officer, 51 Oak Creek Drive, Yorkville, IL 60560-9779
7982246 +Cambridge Lee Industries, c/o RMS Bankruptcy Recovery Services, PO Box 5126, Timonium, Maryland 21094-5126
7982247 +Camco, Attention: Donna Stricker, 1444 S. Wolf Road, Wheeling, IL 60090-6514
7982248 Canadian Stndrds. Assn. (CSA Grp Canada), Attention: Mike Wilhelm, 178 Rexdale Blvd., Toronto, Ontario M9W1R3, CANADA
7982249 Cananwill, Attention: Chief Financial Officer, PO Box 8470, Philadephia, PA 19101-8470
8025763 +Cananwill Inc, 1234 Market St Ste 340, Philadelphia, PA 19107-3707
7982990 +Cannon, Patrick V., 113 Myers Street, Chickamauga, GA 30707-1753
7982251 +Canyon Container Corporation, Attention: Ronald W Riley, 696 Bluff Canyon Circle, El Paso, TX 79912-5174
7982252 +Capital City Paper Co., Attention: Doug Meyer, 1212 Stevenson Drive, Springfield, IL 62703-4289
7982253 Carl E. Levi, Trustee, Attention: Chief Financial Officer, Hamilton County Courthouse, 210 Courthouse, Chattanooga, TN 37402
7982254 Carlson’s Lock Service, Attention: Chief Financial Officer, P.O. Box 48, Dover, IL 61323-0048
7982991 +Carney, Richard B, 728 Frawley Rd., Apt. #217, Chattanooga, TN 37412-4064
7982255 +Carson Engineering & Mfg. Inc., Attention: Sandy Minter, 4707 Mission Blvd., Fayetteville, AR 72703-9281
7982992 +Carter, Janie D., 4612 Plaza Hill Ln., Hixson, TN 37343-4739
7982256 +Castlerock Leasing, Attention: Marsha, P.O. Box 427, Ooltewah, TN 37363-0427
7982993 +Cauthen, Linda C., 4635 Cary Lane, Hixson, TN 37343-4724
7982257 +Cazador Transport, Inc., Attention: Chief Financial Officer, P.O. Box 26814, El Paso, TX 79926-6814
7982260 +Central Steel & Wire, Attention: Jim Rinn, 3000 W. 51st Street, Chicago, IL 60632-2122
7983212 +Century City 1800 Partnership, L.P., Gerald Parsky, 10877 Wilshire Blvd., Suite 2100, Los Angeles, CA 90024-4378
7982262 +Century Spring Corp., Attention: Chief Financial Officer, 222 E. 16th Street, PO Box 15287, Los Angeles, CA 90015-0287
7982264 +Cesar-Scott, Inc., Attention: C. Gustavo Farell, 4731 Ripley Drive, Suite B, El Paso, TX 79922-1026
7982265 +Chambers Gasket and Manufacturing, Attention: G. Michael Kenny, 4701 W. Rice Street, Chicago, IL 60651-3330
7982266 +Champion Plastics, Attention: Sally Danny, 220 Clifton Blvd., Clifton, NJ 07011-3645
7983228 +Chan, Allan, 110-20 71st Avenue, Apt. 425, Forest Hills, NY 11375-4572
7982267 +Channel Products, Inc., Attention: A.J. Romanak, 7100 Wilson Mills Road, Chesterland, OH 44026-1735
7983204 +Chapetta, Jeffrey E., 562 Fairmadows Dr., Romeoville, IL 60446-4952
7982994 +Chapman, Mark E., 24675 Angling Road, Princeton, IL 61356-9582
7982268 Charbroil, Attention: Chief Financial Officer, P.O. Box 1240, Columbus, GA 31902-1240
7982269 +Chartwell Advisory, Attention: Chief Financial Officer, 550 American Avenue, Suite 300, King of Prussia, PA 19406-4055
7982270 +Chase Brass & Copper, Attention: Earl Creighton, PO Box 152, Montpelier, OH 43543-0152
7982271 +Chase Corporation, Attention: Mitch Karpman, Humiseal Division, 26-60 Bklyn-Qns Expressway, West, Woodside, NY 11377-7822
7982272 +Chase Fasteners, Attention: President, 1539-45 N. 25th Avenue, Melrose Park, IL 60160-1821
7982273 +Chatt Business Machines, Inc., Attention: Wendy Sheppard, 6220 Airpark Drive, Chattanooga, TN 37421-2988
7982274 +Chattanooga Armature, Attention: John Steffner, Jr., 1209 E. 23rd Street, Chattanooga, TN 37408-2304
7982275 +Chattanooga Box Company, Attention: Gary P. Westcott, 2515 Cannon Avenue, Chattanooga, TN 37404-5620
7982276 +Chattanooga Coca-Cola Bottling, Attention: Joy Schmitt, P.O. Box 11128, Chattanooga, TN 37401-2128
7982277 +Chattanooga Fire Protection Inc, Attention: Chief Financial Officer, 1818 Broad Street, Chattanooga, TN 37408-1713
7982278 Chattanooga Gas Company, Attention: Chief Financial Officer, P.O. Box 11227, Chattanooga, TN 37401-2227
7982279 +Chem Central Chicago, Attention: Chief Financial Officer, 7050 W. 71st Street, Chicago, IL 60638-5902
7982995 +Cherian, Elsy T., 328 Branchwood Circle, Hixson, TN 37343-2857
7982996 +Cherian, Tomy, 328 Branchwood Circle, Hixson, TN 37343-2857

7982280 Chicago Extruded Metals Company, Attention: Dick Jenkins, 1601 South 54th Avenue, Cicero, IL 60804-1898
7982281 +Chicago Hi-Speed Tool, Attention: Myrna Rosen, 5480 N. Elston, Chicago, IL 60630-1454
7982282 Chicago Miniature Lamps, Attention: Chief Financial Officer, Highway 77 South, Wynnewood, OK 73098
7982283 +Chicago Rivet, Attention: Jodi Bukovsky, 901 Frontenac Road, Naperville, IL 60563-1744
7982284 +Chicago Suburban Newspapers, Attention: Chief Financial Officer, 210 W. 22nd Street, Suite 11, Chicago, IL 60523-1544
7982285 Chin-Poon Industrial Co., Attention: Chief Financial Officer, 11-10, 3rd Lin,, Nei-Tsuoh Vill. Lu-Chu, Tao-Yuan, Taiwan, R.O.C.
7982286 +Choo Choo Pack, Inc., Attention: Juanita Barbee, 2307 Napier Road, Suite 110, Chattanooga, TN 37421-1826
7982997 +Chubb, Cedric, 6219 Wimberly Dr., Chattanooga, TN 37416-3210
7982290 +Cintas Corporation #214, Attention: Chief Financial Officer, 5959 Shallowford Road, Suite 321, Chattanooga, TN 37421-2227
7982294 Circle Delivery Service, Attention: Chief Financial Officer, P.O. Box 100595, Nashville, TN 37224-0595
7982295 +Circom, Inc., Attention: Roger L. Rosenberg, 505 W. Main Street, Bensenville, IL 60106-2137
7983224 +Cisowski, Walter, 36W755 Whispering Trail, St. Charles, IL 60175-5803
8057335 +Cit Technology Financing, Weltman Weinberg and Reis Co, 175 S Third St Suite 900, Columbus, Ohio 43215-5177
8315333 +Citicorp Vendor Finance Inc, fka Copelco Capital, 1800 Overcenter Drive, Moberly, MO 65270-9466
10018336 +City of Chattanooga, 100 East 11th Street, Ste 104, Chattanooga, TN 37402-4287
10482038 +Clara and Robert Ellei, c/o Allen D Bucknell Esq, Goldberg & Osborne, 4423 E Thomas Rd Ste 3, Phoenix, AZ 85018-7615
7982998 +Clark, Nancy B., 4601 Fairwood Lane, Chattanooga, TN 37416-3712
7982300 +Clarkson Co., Attention: Chief Financial Officer, 2400 W. Hassell Road, Suite 330, Hoffman Estates, IL 60169-2041
7982301 +Clean Harbors Environmental Services, Attention: Chief Financial Officer, 1501 Washington Street, Braintree, MA 02184-7599
7982302 +Cleveland Family YMCA, Attention: Chief Financial Officer, 220 Urbane Road NE, Cleveland, TN 37312-4757
7982999 +Cline, Daniel J., 505 Old Tasso Pl. Ne, Cleveland, TN 37312-4628
7983000 +Cockrell, Vernon S., 6220 Shallowford Rd., #509, Chattanooga, TN 37421-6904
7983229 +Cocozza, Silvia, 167 Lawrence Avenue, Eastchester, NY 10709-5417
8163873 +Coface North America Inc, as agent for Ulbrich Stainless Steels, PO Box 2102, Cranbury, NJ 08512-0952, Attn David Miller
7983001 +Colbaugh, Charles T., 1035 Holland Johnson, Hixson, TN 37343-2021
8250679 +Cole-Palmer Instrument Company, 625 E Bunker Court, Vernon Hills, IL 60061-1844
7982307 +Complete Industrial Enterprises, Attention: David Baker, 1220 Wenzel Road, Peru, IL 61354-1136
7982308 +Complete Tool Grinding, Inc., Attention: Linda Boelter, 7760 Elm Street NE, Fridley, MN 55432-2514
7982309 +Component Machinery & Engineering Company, Thomas M. Blumenthal, Paulie, Camazine &, 165 North Meramec Ave., 6th Floor, St. Louis, MO 63105-3909
7982310 +Components Importers Inc., Attention: Louis Vallo, 1261-F Wiley Road, Schaumburg, IL 60173-4353
7982311 +Computer Components Corporation, Attention: Kim Churchwell, Universal Battery Corporation, 4300 Wiley Post Road, Addison, TX 75001-4267
7982312 +Computer Gate, Attention: Chief Financial Officer, 2968 Corvin Drive, Santa Clara, CA 95051-0706
7982313 +Comtech North America, L.L.C., Attention: Jeffrey Given, P.O. Box 581165, Salt Lake City, UT 84158-1165
7982314 +Connor Manufacturing Services, Attention: Chief Financial Officer, 12304 McCann Drive, Santa Fe Springs, CA 90670-3333
7982315 +Continental Traffic Service, Attention: Chief Financial Officer, 5100 Poplar Avenue - 15th Floor, Memphis, TN 38137-5015
7982316 +Contractor Rentals, Attention: Chief Financial Officer, 1301 E. 12th Street, Chattanooga, TN 37404-4230
7982318 +Copper and Brass Sales, Attention: Chief Financial Officer, P.O. Box 77040, Detroit, MI 48277-0001
7982319 +Copreci de Mexico SA de CV, Attention: Chief Financial Officer, 7198 Merchant Drive, Suite A2, El Paso, TX 79915-1221
7982320 +Corey Steel Company, Attention: Robert Vassar, 2800 S. 61st Court, Chicago, IL 60804-3051
7983002 +Cox, Kathy L., 7537 Hydrus Dr., Harrison, TN 37341-9325
7983003 +Craig, Kermitt, 4905 Hwy 58, Chattanooga, TN 37416-1876
7982322 +Crane Pro Services, Attention: Brian Griffith, 3903 Volunteer Drive, Chattanooga, TN 37416-3860
7983004 +Crawford, Marcus L., 1414 Wheeler Ave., Chattanooga, TN 37406-3315
7982323 +Crescent Gage & Tool, Attention: Bill Ruppert, P.O. Box 609, Rowlett, TX 75030-0609
7983005 +Cross, Carl Thurman, 5717 Cherry St., Ooltewah, TN 37363-8151
7983006 +Cross, Jennifer P., 9489 Homewood Circle, Ooltewah, TN 37363-5105
7982325 +Culligan, Attention: Steve Barringer, 2022 Polymer Drive, Chattanooga, TN 37421-2275
7982326 +Cumberland Die Supply, Attention: Jim Vaughn, 747 Douglas Avenue, Nashville, TN 37207-5508
7982327 +Custom Sheet Metal Fabricators, Inc., Attention: Ora Citty, 4017 Bennett Road, P.O. Box 9911, Chattanooga, TN 37412-0911
7982328 +Cutco Industrial Supply, Attention: Chief Financial Officer, 601-C Country Club Drive, Bensenville, IL 60106-1328

7982329 Cutting Tool Engineers, Inc., Attention: J.H. Anderson, 209 Commerce Parkway, Pelham, AL 35124
7982330 +Cyberlogotec, Attention: Ernst Piasko, 12415 Rojas Drive, El Paso, TX 79928-5285
7982331 +Cytec Industries, Attention: Chief Financial Officer, 5 Garrett Mountain Plaza, West Patterson, NJ 07424-3317
7982332 D&B, Attention: Chief Financial Officer, P.O.BOX 75434, CHICAGO, IL 60675-5434
7982339 #+DBI Computer Service, Attention: Robert Drake, 822 Southwestern, Suite B, El Paso, TX 79912-1228
7982340 +DEANS TRANSFER SERVICE, Attention: Chief Financial Officer, 1922 PARK AVE WEST, PRINCETON, IL 61356-8411
7982342 +DEKALB IRON AND METAL, Attention: Chief Financial Officer, 900 OAK STREET, BOX 645, DEKALB, IL 60115-3471
7982345 +DELL CORPORATION, Attention: Nancy Mims, One Dell Way, Round Rock, TX 78682-7000
7982352 DEVCO CORPORATION, ATTENTION: CHIEF FINANCIAL OFFICER, 650 LAWLINS ROAD, WYCKOFF, NJ 07481
7982354 +DHL AIRWAYS, INC., Attention: Chief Financial Officer, P.O. BOX 78016, PHOENIX, AZ 85062-8016
7982371 +DSI Corporation, Attention: Chief Financial Officer, Suite G, 1471 Pomona Road, Corona, CA 92882-1713
7983227 +Dafniotis, Geraldine Cachat, 80 Maplewood Street, West Hempstead, NY 11552-2005
7982333 Daley Sales, Attention: Jerry Daley, 4205 Powerhorn Cres., Mississauga, Ontario L5L3B8, CANADA
7982334 +Danam Corporation, Attention: Helen Kang, 3003 N. First Street, Suite 304, San Jose, CA 95134-2004
7982335 +Danko Precision Tool, Attention: John Danko, 601 N. Farnsworth Avenue, Aurora, IL 60505-3014
7982336 +Dave Casolari, 18491 IL Highway 89, Arlington, IL 61312-9114
9770810 +Dave Casolari, 16127 Cutters Court, Fort Myers FL 33908-3089
7982337 +Davenport Machine Inc., Attention: Patti Vogel, 167 Ames Street, Rochester, NY 14611-1701
7982338 David Chale Canadian General Filters Ltd., 39 Crockford Blvd., Scarborough, ONT M1R 3B7, CANADA
8141000 +David E Mack, c/o Gould & Ratner, 222 North LaSalle Street, Suite 800, Chicago, Illinois 60601-1011
7983007 +Davidson, Lakesha M., 6305 Hansley Dr., Chattanooga, TN 37416-2732
7983008 +Davis, Joseph H, 414 N. High, Lacon, IL 61540-1125
7983009 +Davis, Reginald M., 803 Talley Road, Chattanooga, TN 37411-2209
7983010 +Davis, Regis P., 9903 Runyan Hill Ln., Ooltewah, TN 37363-9683
7983011 +Davis, Ronnie T., 2350 Blackburn Rd, #512, Cleveland, TN 37311-7776
7983012 +Davis, Stephen R., 4991 Meade Ct., N.E., Cleveland, TN 37312-4626
7982341 +Dcor Porcelain, Attention: Doug Townsend, P.O. Box 825, Marinette, WI 54143-0825
7982343 +DeKalb Plating Company, Inc., Attention: Bruce Miller, 221 Grove, DeKalb, IL 60115-3701
7982344 DeLeon-Thompson, Inc., Attention: John Thompson, P.O. Box 14, Moline, IL 61266-0014
7982347 +DeLong Equipment Company, Attention: Mariquita Johnson, 1216 Zonolite Road, Atlanta, GA 30306-2006
7982350 +DeMag Cranes & Components Corp., Attention: Rosmarie, 29201 Aurora Road, Cleveland, OH 44139-1846
7982351 +DePrag, Inc., Attention: J. Aijkens, P.O. Box 1554, Lewisville, TX 75067-1554
7983013 +Dean, Jo D., 402-C Donaldson Rd, Chattanooga, TN 37411-5061
7982346 +Deloitte & Touche LLP, Attention: Andrew Rosencrans, 200 E. Randolph Street, Chicago, IL 60601-6436
7982348 +Delram Transport, Inc., Attention: James Garcia, 1121 Diesel, El Paso, TX 79907-1850
7982349 +Delta International, Attn: Lynda Xu, 14687 Nestled Cove, Draper, UT 84020-7619
7983205 +Deyoung, Glenn A., 39w160 E. Mallory Dr, Geneva, IL 60134-6126
7982355 Diagraph MSP, Attention: Jeff Cain, 3401 Rider Trail South, St. Louis, MO 63045-1110
7982356 +Diamond Rigging Corporation, Attention: R. Max Mayer, 680 Kingsland, Batavia, IL 60510-2298
7983014 +Diaz, Fernando, 6020 Los Pueblos, El Paso, TX 79912-7515
7983216 +Dickerson, John and Beverly, 1028 Quaker Ridgeway, Duluth, GA 30097-2048
7982357 +Digi-Key Corporation, Attention: Deb Jablinski, 701 Brooks Avenue South, Thief River Falls, MN 56701-2757
7982358 +Dillard Construction, Inc., Attention: Steve Dillard, 7540 Bonnyshire Drive, Suite A, Chattanooga, TN 37416-3558
7982359 +Dillard Partnership, Attention: Steve Dillard, 2631 Rhea County Highway, Dayton, TN 37321-5816
7982360 +Dillon Ind. Tools & Abrasive, Attn Ed Todd, Po Box 2979, Raleigh, NC 27602-2979
7983015 +Dinges, Terry L., 201 West Franklin St, P.O. Box 165, LaMoille, IL 61330-0165
7982361 +Direct Integration Specialists, Attention: Mike Asbury, 2906 Tazewell Pike, Knoxville, TN 37918-1876
7982362 +Directech Solutions, Inc., Attention: Elizabeth Evensen, 2760 Beverly Drive, Suite 5, Aurora, IL 60502-8604
7983016 +Dirks, Carl J., 3818 Georgetown Rd., Cleveland, TN 37312-1830
7982363 +Discover Recycling, Attention: Chief Financial Officer, 3845 Duranzo, El Paso, TX 79905-1303
7982364 +Diversified Companies, LLC, Attention: John Dawson, P.O. Box 21961, Chattanooga, TN 37424-0961
7982365 +Dixie Labels and Systems, Inc., Attention: John Davidson, P.O. Box 69, Ooltewah, TN 37363-0069
7983017 +Douanglathay, Julie, 1024 Hurst St., East Ridge, TN 37412-3942
7982366 +Double D Express, Inc., Attention: Chief Financial Officer, 2930 May Road, P.O. Box 606, Peru, IL 61354-0606
7982367 +Doug Campbell, 3460 17th Street, Rock Island, IL 61201-6250

7982368 +Dovebid Valuation Svcs. - Provident Bank, Attention: Chief Financial Officer, 2201 W. Royal Lane, Suite 220, Irving, TX 75063-3212
7982369 +Driv-Lok, Inc., Attention: Kim Schneider, 1140 Park Avenue, Sycamore, IL 60178-2927
7982370 +Drum Service, Inc., Attention: Chief Financial Officer, 1501 E. 37th Street, Chattanooga, TN 37407-2434
7982372 +Du-Co Ceramics Co., Attention: J. Franke, P.O. Box 568, Saxonburg, PA 16056-0568
7982373 DuPont Company, Attention: Chief Financial Officer, Building 603 Mail Code E, Deepwater, NJ 08023
7983018 +Dugay, Richard M., 2000 W. Illinois Ave, Apt. 428, Aurora, IL 60506-1878
7982374 +Dynacast, Inc., Attention: C. Geick, 195 Corporate Drive, Elgin, IL 60123-9355
7982375 +Dynamic Wire, Attention: Chief Financial Officer, 10846 Stanford Avenue, Lynwood, CA 90262-1838
7982378 +EHS, Attention: Michelle Manonski, 1600 E. 28th Street, P.O. Box 4931, Chattanooga, TN 37405-0931
7982390 +ELREHA PRINTED CIRCUIT BDS., Attn: VELIA JARAMILLO, C/O CESAR-SCOTT, 2510 TERMINAL DR. SOUTH, ST. PETERSBURG, FL 33712-1669
7982391 +EMERY FORWARDING, Attention: Chief Financial Officer, BOX 371232, PITTSBURGH, PA 15250
7982399 +ERA Tool & Mfg. Company, Inc., Attention: Robert Lonze, 946 North Avenue, Des Plaines, IL 60016-3220
7982402 ESTES EXPRESS LINES, Attention: Chief Financial Officer, P O BOX 25612, RICHMOND, VA 23260-5612
7982403 +ETCO, Attn: JEFF SCHEID, P.O. BOX 5639, 2500 N. MAIN ST, PEORIA, IL 61611-1788
7982405 +EVERETT CHARLES, Attn: DEBBIE GRACE, 700 E. HARRISON AVE., POMONA, CA 91767-1920
7982408 +EXECUTONE OF CHATTANOOGA, ATTENTION: CHIEF FINANCIAL OFFICER, 3720 AMNICOLA HWY, SUITE 103, CHATTANOOGA, TN 37406-1792
7982411 +EXPEDITORS INTL, ATTENTION: CHIEF FINANCIAL OFFICER, PO BOX 45257, ATLANTA, GA 30320-0257
8297121 ++++EXPERT DIE INC, 257 EXPERT WAY, DALTON GA 30721-5192
(address filed with court: Expert Die Inc, 885 Cavender Rd SE, Dalton, GA 30721)
7983019 +Edmond, Terrence L., 3400 Taylor Street, Chattanooga, TN 37406-3939
7983020 +Edmonds, Rozell, 5414 Hancock Terr, Chattanooga, TN 37416-2414
7982377 +Edmunds Gages, Attention: K. Swanson, P.O. Box 385, Farmington, CT 06034-0385
7982379 +El Paso Heater & Supply, Attention: Robert Cordero, 9440 Viscount Suite N, El Paso, TX 79925-7049
7982380 +El Paso Triad, Attention: Chief Financial Officer, 14397 Amargosa Road, Victorville, CA 92392-2316
7982381 +Elan Industries, Attention: Todd Thomas, 401 Remington Boulevard, Unit B, Bolingbrook, IL 60440-4101
7982382 Elburn Metal Stamping, Attention: Chief Financial Officer, 44W210 Kesslinger Road, Elburn, IL 60119
7982383 +Electric Motor Sales, Attention: Joe Rich, P.O. Box 22548, Chattanooga, TN 37422-2548
7982385 +Electro Switch Inc., Attention: Willie Roberson, P.O. Box 41129, Raleigh, NC 27629-1129
7982386 +Electroswitch, Attention: Willie Roberson, P.O. Box 41129, Raleigh, NC 27629-1129
7982387 Elektrisola S.A. de C.V., Attention: Mercedes Gonzalez, Periferico Manuel Gomez, Morin # 1800, Cd.Cuauhtemoc, Chih. 31500 Mexico
8057301 +Elementis, Carole Muth, 2051 Lynch Avenue, East St Louis, IL 62204-1717
7983021 +Ellis, Brenda G., 63 Krista Circle, Ringgold, GA 30736-5532
7983022 +Ellis, Danis, 6445 Millstream Dr., Harrison, TN 37341-9505
7983023 +Ellison, Timothy C., 141 Lynn Dr. S.E., Cleveland, TN 37323-0126
7982389 +Ellsworth Adhesives, W129 N 10825 Washington Dr, Germantown, WI 53022-4446
7982392 +Emery Worldwide, Attention: Joseph Rankosky, P.O. Box 371232 M, Pittsburgh, PA 15250
7983024 +Emmett, Larry E., 6911 Gwinnett Ct., Ooltewah, TN 37363-8877
8057300 +Employement Connection Inc, c/o Jeffrey A Miller Atty, PO Box 44, Cleveland, TN 37364-0044
7982394 +Engman-Taylor Company, Inc., Attention: Tom Hoyum/Credit, W142 N9351 Fountain Blvd., Menomonee Falls, WI 53051-1624
7982395 +Enriquez Gonzalez Aguirre Y Ochoa, S.C., Attention: Cesar Ochoa, P O Box 9291, El Paso, TX 79995-9291
7982396 +Enviro-Tech, Attention: Chief Financial Officer, 2525 W. Lemoyne, Melrose Park, IL 60160-1830
7982398 +Epos Inc., Attention: Sophia McGauchie, 186 Wood Avenue South, Iselin, NJ 08830-2725
7983025 +Ericson, Frederick A., 2990 Trawood Dr., 8E, El Paso, TX 79936-4232
8069462 Ernest Schaefer Inc, 731 Lehigh Avenue, Union, NJ 07083-7626
7982400 Ernest Schaefer, Inc., Attention: Chief Financial Officer, 731 Lehigh Avenue, Union, NJ 07083-7626
7982401 +Espo Engineering, Attention: Chief Financial Officer, 855 Midway Drive, Willowbrook, IL 60527-5549
7982406 +Everett Sarver, 301 E. Brewer Circle, Walnut, IL 61376-9546
7982407 +Everseal Gasket, Attention: Chief Financial Officer, 8309 Cole Parkway, Shawnee, KS 66227-3128
7982410 +Expeditors International, Attention: Lydia Granado, PO Box 960699, El Paso, TX 79996-0699
7982412 +Express Shuttle, Attention: Chief Financial Officer, 5084 South Terrace, Suite 2, CHATTANOOGA, TN 37412-2973
7982413 +Eyelet Products & Engineering Corp., Attention: Jack Coleman, 1709 Eyelet Road, Dixon, IL 61021-9181
7982417 +FAIR-RITE PRODUCTS CORP, ATTENTION: CHIEF FINANCIAL OFFICER, PO BOX J, 1 COMMERCIAL ROW, WALLKILL, NY 12589-4438
7982416 +FAIRFIELD INN & SUITES, ATTENTION: CHIEF FINANCIAL OFFICER, 2096 BRICHER ROAD, ST. CHARLES, IL 60174-3506
7982419 +FED EX, Attention: Sharon Butter, 1000 Fed Ex Drive, Coraopolis, PA 15108-9373
7982424 +FERRELLGAS (THERMOGAS), ATTENTION: CHIEF FINANCIAL OFFICER, 322 RACCUGLIA DRIVE, PO BOX 1113, LASALLE, IL 61301-3113

7982425 +FERROXCUBE, Attention: Esperanza Yee, 11831 Miriam Drive, Suite A-8, El Paso, TX 79936-7475
7982434 FOX VALLEY PAYROLL ASSOC, ATTENTION: CHIEF FINANCIAL OFFICER, Moose International, Inc., Route 31, Mooseheart, IL 60539-1175
7982435 +FRANK GAYNOR COMPANY, Attn: FRANK GAYNOR, P.O. BOX 732, BETTENDORF, IA 52722-0013
7982438 +FURNESS CONTROLS, INC., Attention: Chief Financial Officer, 3801-A Beam Road, Charlotte, NC 28217-2849
7982414 Faber Motors, Inc., Attention: Chief Financial Officer, Route 26 North-Rural Route 1, Princeton, IL 61356
7982415 +Fabricators, Inc., Attention: Chief Financial Officer, 1125 E. 13th Street, Chattanooga, TN 37408-1602
7982418 Falcon Industrial Supply, Attention: Raul Lopez, P.O. Box 26248, El Paso, TX 79926-6248
7982421 FedEx Custom Critical, Attention: Sharon Butter, P O Box 371627, Pittsburgh, PA 15251-7627
7982422 +FedEx Freight East, Attention: Angela Visger, Delivery Code 2222, 2200 Forward Drive,, Harrison, AR 72601-2004
7982420 Federal Express, Attention: Sharon Butter, P.O. Box 1140, Memphis, TN 38101-1140
8526754 +Federal Express Corporation, Attn: Revenue Recovery/Bankruptcy, 2005 Corporate AVenue 2nd Floor, Memphis, TN 38132-1796
7982423 +Fernco, Attention: Helen Carpenter, 300 S. Dayton Street, Davison, MI 48423-1502
7982426 Fidelity Invest. Instit. Operations Co., Attention: Chief Financial Officer, P.O. Box 73307, Chicago, IL 60673-7307
7982427 +Finishing Equipment, Attention: Jerry Prosser, 3640 Kennebec Drive, St. Paul, MN 55122-1003
7982428 +Flexan Corporation, Attention: Scott Severson, 6626 W. Dakin Street, Chicago, IL 60634-2413
8249826 +Fluid Power Engineering, 110 Gordon St, Elk Grove Village, IL 60007-1120
7982429 +Fluid Process Systems, Attention: Chief Financial Officer, 998-A Peyton Road, El Paso, TX 79928-5352
7982430 +Focus Logistics, Attention: Pat, 330 COUNTY LINE ROAD, BENSENVILLE, IL 60106-2535
7983026 +Ford, Valorie, 625 Northview Dr, Cleveland, TN 37312-4168
7983027 +Forge, Brenda J., 1013 Overlook Ave., Chattanooga, TN 37411-1530
7982431 +Form Plastics, Attention: D. Vitale, 3825 Stern Avenue, St. Charles, IL 60174-5401
7982432 +Fox Meter, Attention: Chief Financial Officer, 333 B Dietz Avenue, DeKalb, IL 60115-2678
7982433 +Fox Meter, Inc., Attention: John Grant, 333 B Dietz Avenue, DeKalb, IL 60115-2678
7983028 +Franklin, Angela M., 7812 Holiday Hill Cr, Chattanooga, TN 37416-2709
7982436 +Frantz Mfg., Attention: C C Musgrove, PO Box 497, Sterling, IL 61081-0497
7983029 +Frederick, Max, 1257 Amber Morgan Dr, El Paso, TX 79936-7858
7982437 +Frontex Industrial Supply, Attention: Loures Ontiveros, 6400 Airport Road, Building B, El Paso, TX 79925-1049
7983030 +Fryklund, Nora J., 708 Campbell St, Geneva, IL 60134-2075
7982439 +Future Electronics, Attention: Charles Dinovo, 41 Main Street, Bolton, MA 01740-1107
7982440 +G & G STAMPING & FABRICATION, ATTENTION: CHIEF FINANCIAL OFFICER, 282 BARNES ROAD, COOKEVILLE, TN 38506-8200
7982441 +G & J STEEL & TUBING, INC, Attention: Chief Financial Officer, 406 Roycefield Road, Hillsbrough, NJ 08844-4023
7982442 G & M Die Casting Company, Attention: Markus J. Hirsch, 284 Richert Road, Wood Dale, IL 60191-1206
7982447 +G3SecurlT, Attn: George Garay, 5120 Belmont, Suite E, Downers Grove, IL 60515-4333
7982455 +GCI Technologies, Attention: Chief Financial Officer, 1301 Precision Drive, Plano, TX 75074-8636
7982457 GE CAPITAL, ATTENTION: CHIEF FINANCIAL OFFICER, PO BOX 802585, CHICAGO, IL 60680-2585
7982443 +GE Corporate Financial Services, Attention: Shani Novak, 500 W. Monroe Street, Chicago, IL 60661-3679
7982458 GE INFORMATION SERVICES, ATTENTION: CHIEF FINANCIAL OFFICER, DEPARTMENT L371 P, PITTSBURGH, PA 15264-0371
7982460 GEO S.THOMPSON, ATTENTION: CHIEF FINANCIAL OFFICER, P.O. Box 17, El Paso, TX 79999-0017
7982461 #+GERALD LEADLEY, P O BOX 145, PRINCETON, IL 61356-0145
7982464 +GIL GROSS, 540 REBECCA’s WAY, PEMBROKE, NH 03275-3602
7982465 GLOBALCOM, ATTENTION: CHIEF FINANCIAL OFFICER, P.O. Box 809123, Chicago, IL 60680-9123
7982471 +GRASSERS PLUMBING & HEATING, Attn: Angela/Invoicing, 404 W. MAIN STREET, McNABB, IL 61335-9663
7982474 +GREENEBAUM DOLL & MCDONALD, ATTENTION: CHIEF FINANCIAL OFFICER, P.O. Box 73239, Cleveland, OH 44193-0002
7982476 +GRINDAL COMPANY, ATTENTION: CHIEF FINANCIAL OFFICER, 1551 E. INDUSTRIAL DRIVE, ITASCA, IL 60143-1849
7983031 +Galliano, Kellie J., 5950 Chandler Hill Rd., Ooltewah, TN 37363-5871
7983209 +Gantcher, Nathan, c/o Alpha Investment Management LLC, 110 E. 59th Street, Floor 33, New York, NY 10022-1315
7983032 +Garcia-Bracho, Omar, 12216 Riane Chantee, El Paso, TX 79936-7866
7982448 +Gardner Spring Div., Attention: Chief Financial Officer, 1115 N. Utica, Tulsa, OK 74110-4632
7983033 +Garry, William J., 315 High Crest Road, Signal Mountain, TN 37377-1939
7982449 +Gary Roberts, 2112 Quail Ridge, Nashville, TN 37207-1058
7982450 Gasket Engineering Company, Attention: Michael Rose, P.O. Box 5007, Kansas City, MO 64132
7982451 +Gates Washer & Mfg., Attention: Susan Wojdyla, 5211-13 North Otto Street, Chicago, IL 60656-1010
7983034 +Gates, Collette, 6245 Harrison Ooltewah Rd., Harrison, TN 37341-4955
7982452 +Gateway 2000, Attention: Bonnie Fiscus, 610 Gateway Drive, P.O. Box 2000, North Sioux City, SD 57049-2000

7982459 +Gene May, Inc., Attention: Chief Financial Officer, P.O. Box 749, Sugar Grove, IL 60554-0749
7983035 +Gholston, McHenry, 3505 Wauchula Street, Chattanooga, TN 37406-1657
7982463 +Giddings & Lewis, Attention: Chief Financial Officer, P.O. Box 1658, Fond du Lac, WI 54936-1658
7983036 +Gladden, Lonnie, 3328 Pinewood Ave., #A, Chattanooga, TN 37411-2656
7982466 +Godfrey & Kahn, S.C., Attention: Robert Risch, Esq., N21 W23350 Ridgeview Parkway, Waukesha, WI 53188-1015
7983230 +Goldberg, Jamie, 45 Rockridge Drive, Rye Brook, NY 10573-1219
7983037 +Gonzalez, Roman, 606 S. Campbell St., El Paso, TX 79901-2834
7983038 +Goodman, Gregory V., 193 Mowery Circle NW, Charleston, TN 37310-7118
7982467 +Graftec Electronic Sales, Inc., Attention: Kathy Miller, 2255 Glades Road, Suite 305, Boca Raton, FL 33431-7382
7982469 +Grainger Industrial Supply, Attention: Chief Financial Officer, 902 Creekside Road, Chattanooga, TN 37406-1026
7982472 Graybar Electric, Attention: Steve Beckmann, Caller Box 7300, Norcross, GA 30091
7982473 Great Southwest Tool Inc., Attention: Chief Financial Officer, 1220 Barranca 1 C, El Paso, TX 79936-4606
7983039 +Greenwalt, Kevin D., 500 Brookhaven Dr., Hixson, TN 37343-6220
7982475 +Greer, Burns & Crain, Ltd., Attention: Lawrence Crain, 300 S. Wacker Drive., Suite 2500, Chicago, IL 60606-6771
7983040 +Griffin, Gary L., 7150 Crestfield Cr., Hixson, TN 37343-2967
7983041 +Griffis, Audrey F., 884 New Hope Rd., Cleveland, TN 37323-8182
7982477 +Groov-Pin Corporation, Attention: Sharon Deble, 39 Herring Road, Newnan, GA 30265-1005
7983042 +Grush, John E., 285 Hillview Dr., Cleveland, TN 37312-6228
7983043 +Guffey, Erica R, 1159 Harrison Pk, #2808, Cleveland, TN 37311-5762
7982478 +Guyson Corporation, Attention: Joseph Codacovi, 13 Grande Blvd., Saratoga Springs, NY 12866-9063
7982479 +H & M LIMOUSINE SERVICE, ATTENTION: CHIEF FINANCIAL OFFICER, P O BOX 410, WEST DUNDEE, IL 60118-0410
7982480 +H&H Tooling, Attention: Chief Financial Officer, 30505 Clemens Road, Westlake, OH 44145-1000
7982481 +H.B. Rouse & Company, Attention: John Knoll, 1101 W. Diggins Street, Harvard, IL 60033-2367
7982482 +H.J. Walker Oil Company, Inc, Attention: Rochelle, 494 E. Lies Road, Carol Stream, IL 60188-9425
7982487 +HARBOR FREIGHT, ATTENTION: CHIEF FINANCIAL OFFICER, 3491 MISSION OAKS BLVD, CAMARILLO, CA 93012-5034
7982489 +HARRISON HORAN, 8523 Country Club Drive, Franklin, WI 53132-2710
7982490 +HART CORPORATION, ATTENTION: CHIEF FINANCIAL OFFICER, 900 JAMOR ROAD, SOUTHHAMPTON, PA 18966-3820
7982491 HARTFORD SPECIALTY COMPANY, ATTENTION: CHIEF FINANCIAL OFFICER, P.O. Box 30000, Dept. 5454, Hartford, CT 0615-5454
10436990 +HB Plastics, Attention CD Heidorn, 107 N Henderson Avenue, Freeport, IL 61032-3335
7982493 +HB Plastics, Attention: C.D. Heidorn, 107 N. Henderson Avenue, Freeport, IL 61032-3335
7982496 +HEWLETT-PACKARD COMPANY, ATTENTION: CHIEF FINANCIAL OFFICER, 3482 VENTURE DRIVE, LINCOLN, CA 95648-9309
7982497 +HFR Precision Machining, Inc., Attention: Richard Tazbaz, 1020 Airpark Drive, Sugar Grove, IL 60554-9585
7982498 +HILCO Capital, LP, Michael M Eidelman, Vedder Price Kaufman & Kammholz, PC, 222 N LaSalle Ste 2600, Chicago, IL 60601-1100
7982501 +HITECH SOFTWARE LLC, ATTENTION: CHIEF FINANCIAL OFFICER, 6600 SILACCI WAY, GILROY, CA 95020-7005
7982504 +HOMEWOOD SUITES, ATTENTION: CHIEF FINANCIAL OFFICER, 2250 CENTER STREET, CHATTANOOGA, TN 37421-2501
7982506 +HVAC PATENT DIGEST, ATTENTION: CHIEF FINANCIAL OFFICER, P.O. BOX 1334, DERBY, KS 67037-5334
7983208 +HVS Boxers, LLC, Michael Fuchs, 9 West 57th Street, Suite 4220, New York, NY 10019-2701
7982483 Hagemeyer North America, Attention: Chief Financial Officer, P.O. Box 932297, Atlanta, GA 31193-2297
7983044 +Hale, Rex, 8309 Wexford Lane, Chattanoga, TN 37421-4368
7983045 +Hall, Daniel K., 9607 Barbee Rd., Lot 46, Soddy Daisy, TN 37379-3960
7982484 +Hamilton Chase Apartments, Attention: Genevieve Crate, 1920 Gunbarrel Road, Chattanooga, TN 37421-3100
12301224 +Hamilton County, Delinquent Tax Office, 625 Georgia Avenue, Rm 210, Chattanooga, TN 37402-1494
10430388 Hamilton County, Delinquent Tax Office, 107 Courthouse, Chattanooga, TN 37402
7983046 +Hamler, Albert, 7729 Basswood Dr., Chattanooga, TN 37416-2402
7982485 +Hampton Inn, Attention: Carol Fincher, 7013 Shallowford Road, Chattanooga, TN 37421-6726
7982486 Handy & Harman, Attention: John Freed, 701 W. Township Line Road, Norristown, PA 19403
7983047 +Hanner, Armond, 4002 -B Arbor Pl. Ln, Chattanooga, TN 37416-1833
7982488 +Hardinge Inc., Attention: Chief Financial Officer, 441 N. Third Avenue, Des Plaines, IL 60016-1160
7983221 +Harlan, Jr., D.M.,, 1321 Leighton Circle, Louisville, KY 40222-5666
7982930 +Harper Wyman, Weber Marking Systems, Attention Linda Lortz, 711 W algonquin Road, Arlington Heights, IL 60005-4415
7982492 +Harwin, Inc., Attention: Chief Financial Officer, 7A Raymond Avenue, Unit 7, Salem, NH 03079-2949
7983048 +Harwood, Gary M., 129 Ben Wood Rd., Johnson City, TN 37601-7039
7983049 +Hegel, Scott W., 199 Lancaster Ln. SE, Cleveland, TN 37323-0269

7983219 +Heinz, Christopher, 169 Hudson Street, Apt. 4S, New York, NY 10013-2154
7982494 +Henkel Loctite Corporation, Attention: Scott Miller, 1001 Trout Brook Crossing, Rocky Hill, CT 06067-3582
7982495 +Heritage Crystal Clean, LLC, Attention: Chief Financial Officer, PO Box 68123, Indianapolis, IN 46268-0123
7983050 +Hernandez, Hector M., 11446 Molly Marie Ct, El Paso, TX 79936-4933
7983051 +Higgins, Timothy J., 4715 Bonny Oaks Dr., Apt. 220, Chattanooga, TN 37416-3821
7982499 Hinckley Springs, Attention: Chief Financial Officer, P.O. Box 1888, Bedford Park, IL 60499-1888
7983052 +Hinton, Catherine L., 3307 Navajo Drive, Chattanooga, TN 37411-5059
7982500 +Hisco, Attention: Lynn Gingery, 11455 Pellicano Drive, El Paso, TX 79936-5906
7982502 +Holt Supply Co., Attention: Chief Financial Officer, 101 Progress Drive, Princeton, IL 61356-9723
7983053 +Holt, Karen P., 104 Pinehurst Ave., Chattanooga, TN 37415-2747
7983214 +Horan, Harrison, 8523 Country Club Drive, Franklin, WI 53132-2710
7983054 +Horton, Kimberly K., 2110 Robbins St., Chattanooga, TN 37404-1115
7982505 +House of Metals Inc., Attention: Steven Peritzman, 5301 N. Federal Highway, #200, Boca Raton, FL 33487-4915
7983055 +Howard, Sharon R., 4409 Kemp Dr., Chattanooga, TN 37411-3019
7983056 +Howell, Reginald D., 1912 Sunhill Road, Cleveland, TN 37311-6772
7983057 +Hromi, Mark E., 3104-B Anderson Pike, Signal Mountain, TN 37377-1422
7983058 +Huey, Robert A., 158 Stanley Parkway, Ringgold, GA 30736-6533
7983059 +Huff, Eileen, 985 Camelot Drive, Crystal Lake, IL 60014-8326
7983060 +Hughes, Kelvin, 312 S. Moore Road, Chattanooga, TN 37411-4809
7983061 Humphreys, Richard E., 102 Elliott Street, Soddy-Daisy, TN 37379
7983062 +Hunt, Wesley D., P.O. Box 162, 309 E. Pine St., Manlius, IL 61338-0162
7983063 +Hunter, Kimberly N., 5323 Meadowbrook Ln., Chattanooga, TN 37411-5323
7983064 +Hunter, Oscar N., P.O. Box 1233, Lafayette, GA 30728-1233
7982507 +Hydromat, Inc., Attention: Sherrie Vohs, 11600 Adie Road, St. Louis, MO 63043-3510
7983065 +Hynds, William H., 6220 Shallowford Rd, Apt. 484, Chattanooga, TN 37421-5498
7982508 +I.E.SALES @ SERVICE (WTC), Attn: JOSE LUIS DAVILA, 1463 APPLEWOOD DR., KELLER, TX 76248-8253
7982511 +IMAGE TECHNOLOGY, Attn: RAY CHAUDHARI, 937 DAVIS ROAD, ELGIN, IL 60123-1311
7982512 +IMPERIAL MANUFACTURING, Attn: DAVID A. NEAL, 9825 BELL RANCH DRIVE, SANTA FE SPRINGS, CA 90670-2953
7982519 +INNOVATIONS INDUSTRIES, Attn: JULIO, 10359 FRANKLIN AVENUE, FRANKLIN PARK, IL 60131-1542
7982521 +INSULATION PRODUCTS CORP, ATTN: CHIEF FINANCIAL OFFICER, 650 S. SCHMIDT RD., BOLINGBROOK, IL 60440-9403
7982523 IPSCOT, Inc., Attention: Mary LeFebre, 720 Avenue F, Suite 105, Plano, TX 75074
7982524 +ISC SALES INC, Attn: JASON COHEN, 4016 W. PLANO PKWY #120, PLANO, TX 75093-5694
7982525 +ISCO, Inc., Attention: Chief Financial Officer, 4700 Superior Street, Lincoln, NE 68504-1328
7982526 +ITRADE, INC., Attn: HUGO RODRIGUEZ, 410 E. HILLSIDE - 293, LAREDO, TX 78041-3208
7983235 Illinois Department of Revenue Bankruptcy Section, P.O. Box 64338, Chicago, IL 60664-0338
7982509 +Illinois Environmental Protection Agency, Attention: Chief Financial Officer, 1021 N. Grand Avenue East, Springfield, IL 62702-4059
7982510 Illinois Valley Container, Attention: Chief Financial Officer, Terminal Road, Peru, IL 61354
7982513 +Ind.-Commercial Filtration Systems, Inc., Attention: Chief Financial Officer, 7386 Bermuda Drive, Rockford, IL 61108-4484
7982514 +Industrial Electric, Attention: Chief Financial Officer, 5001 S Towne Road, New Berlin, WI 53151-7956
7982515 +Industrial Refuse Service, Attn: Steve Fraker, 136 Norvell Drive, Signal Mountain, TN 37377-3043
7982516 +Industrial Scales & Service, Attention: Chief Financial Officer, 4295 Cromwell Road, Chattanooga, TN 37421-2177
7982517 Ingersoll-Rand Company, Attention: Chief Financial Officer, P.O. Box 75817, Charlotte, NC 28275
7982518 Initial Security, Attention: Chief Financial Officer, P.O. Box 94372, Palatine, IL 60094-4372
7982520 +Insight Direct, Attention: Stanley Laybourne, 6820 S. Harl Avenue, Tempe, AZ 85283-4318
7982522 +Interstate Steel Company, Attention: John North, 401 E. Touhy Avenue, Des Plaines, IL 60018-2607
8007312 +Interstate Steel Company, John North, 1965 Pratt Blvd, Elk Grove Village, IL 60007-5905
7982527 +J & P HALL EXPRESS, ATTENTION: CHIEF FINANCIAL OFFICER, 225 FIRST STREET, FT. OLGETHORPE, GA 30742-3618
7982528 +J & S CHEMICAL, Attention: GARY KLOCKOWSKI, 170 NORTH INDUSTRIAL WAY, CANTON, GA 30115-8217
7982529 +J.J. Glenn & Company, Attention: Peggy Hogan, 396 Wegner, West Chicago, IL 60185-2672
7983207 +J.P. Acquisiton Fund III, L.P., Benjamin R. Jacobson, c/o Jacobson Partners, 595 Madison Avenue, 31st Floor, New York, NY 10022-1646
7982530 +J.P. Ruklic Screw Corporation, Attention: Glenn Ruklic, 17200 Palmer Blvd., Homewood, IL 60430-4601
7982531 +JACK DOWNEY, 1201 CREVE COEUR, LASALLE, IL 61301-1512
7982532 +JACOBSON PARTNERS, Attention: Mr. Benjamin Jacobson, 595 Madison Avenue, Suite 3100, New York, NY 10022-1941
7982534 +JAMES BROWN TRUCKING COMPANY, ATTENTION: CHIEF FINANCIAL OFFICER, 6908 CHAPMAN ROAD, LITHONIA, GA 30058-5246
7982535 +JAMES H. LAAS CO., ATTENTION: CHIEF FINANCIAL OFFICER, 6185 Valley Drive, P.O. BOX 1287, BETTENDORF, IA 52722-0022

7982537 +JANCO INDUSTRIAL, ATTENTION: CHIEF FINANCIAL OFFICER, P.O. BOX 1132,
723 N. HIGHLAND AVENUE, AURORA, IL 60506-2941
7982538 +JARNAGIN FENCE CO., ATTENTION: CHIEF FINANCIAL OFFICER, 1550 MISSION RIDGE ROAD,
ROSSVILLE, GA 30741-6413
7982540 +JMS of Holland, Inc., Attention: Harold Jordan, 101 E. Roosevelt Avenue,
Zeeland, MI 49464-1237
7982550 +JPM Enterprises, Attention: John McCabe, 2448 Shasta Drive, Lisle, IL 60532-2065
7983218 +Jacobson Trust, Sara K., Michael Fuchs, Trustee, 595 Madison Avenue, Suite 3100,
New York, NY 10022-1941
7983213 +Jacobson, Benjamin R., c/o Jacobson Partners, 595 Madison Avenue, 31st Floor,
New York, NY 10022-1646
7982539 +Jay Cee Sales & Rivet, Attention: Cary Weitzman, 32861 Chesley Drive,
Farmington, MI 48336-5117
7983066 +Jensen, Wayne A., 9430 Misty Mountain Trail, Chattanooga, TN 37421-2052
7983067 +Jerabek, Clarence E., 2270 Massachusetts, Naperville, IL 60565-3111
7982543 John Amann Sons Co., Attention: Dave Amann, 10435 Argonne Drive, Woodridge, IL 60517
7982545 +John S. James Company, Attention: Chief Financial Officer, P.O. Box 23885,
Chattanooga, TN 37422-3885
7983068 +Johnson, Brenda J., 4918 Northwind Dr., Chattanooga, TN 37416-1452
7983069 +Johnson, Dennis, 18297 Tristram Way, Eden Prairie, MN 55346-1135
7983217 +Johnson, Dennis, 22 Crestview Drive, Oswego, IL 60543-9512
7983070 +Johnson, James E., 210 S. St. Marks Ave, Chattanooga, TN 37411-4861
7983071 +Johnson, Leslie D., 4814 Tomahawk Tr., Chattanooga, TN 37411-2434
7982546 +Joining Technologies Corporation, Attention: Mark Gwozdz, P.O. Box 1995,
Bridgeview, IL 60455-0995
7982547 Jonco Tool Inc., Attention: Chief Financial Officer, P.O. Box 2047,
Rockford, IL 61130-0047
7983072 +Jones, Cassandra Y., 813 Snow Street, Chattanooga, TN 37405-3532
7983073 +Jones, Deborah C., 1700 Kirby Ave, Chattanooga, TN 37404-3523
7982548 +Jordan Electrical Services, Attention: William B. Cole, III, P.O. Box 28479,
Chattanooga, TN 37424-8479
7982549 +Joyce Engraving Company, Attention: Ricky Joyce, 1262 Round Table Drive,
Dallas, TX 75247-3504
7983231 +Juliano, Virginia, 2050 80th Street, Brooklyn, NY 11214-1805
7982551 +K & K Screw Products, LLC, Attention: Mark Oilinger, 795 Kimberly Drive,
Carol Stream, IL 60188-9407
7982552 +K.B. DUPLICATING CO, Attention: Chief Financial Officer, 30 W. 260 Butterfield Road,
Warrenville, IL 60555-1569
7983076 ++++KELLOGG, JASON L., 188 FRAWLEY RD, EAST RIDGE TN 37412-4016
(address filed with court: Kellogg, Jason L., 204 Frawley Rd., Apt A, East Ridge, TN 37412)
7982556 +KELSAN INC., Attention: Chief Financial Officer, 5109 National Drive,
Knoxville, TN 37914-6512
7982559 KENNEDY RIORDAN & ASSSOC., ATTENTION: CHIEF FINANCIAL OFFICER, 32900 FIVE MILE, SUITE 220,
LIVONIA, MI 48154-3059
7982560 +KERNCO INSTRUMENTS, 420 KENAZO, EL PASO, TX 79928-7338
7982565 KNOX COMPANY, ATTENTION: CHIEF FINANCIAL OFFICER, 17672 ARMSTRONG AVENUE,
IRVINE, CA 92614-5728
7982567 +KONECRANES, INC., Attn: W.E. SHEPPARD, 1350 BUCKHEAD DRIVE, GREENSBORO, GA 30642-7053
7983074 +Karadimas, Margaret, 4927 Clearwater Lane, Naperville, IL 60564-4359
7983220 +Karlson Trust, Nicolas, Michael Fuchs, Trustee, 595 Madison Avenue, Suite 3100,
New York, NY 10022-1941
7983075 +Keck, Timothy A., 38 Poole Street, Fyffe, AL 35971-4901
7982554 +Keithley Instruments, Attention: Ronald Moeller, 28775 Aurora Road,
Cleveland, OH 44139-1837
7982555 Kel-San Equipment, ATTENTION: CHIEF FINANCIAL OFFICER, 4113 S. Crest Rd,
Chattanooga, Tn 37406
7983210 +Kellner, George, c/o Kellner, DiLeo & Company, 900 Third Avenue, 10th Floor,
New York, NY 10022-3326
7983077 +Kelly, Delores A., 900 Pryor Cove Road, Apt. #B, Jasper, TN 37347-2522
7983078 +Kelly, W. Kevin, 10123 College Hill Road, Ooltewah, TN 37363-8492
7982557 +Ken-Mac Metals, Inc., Attention: Denise Long, 17901 Englewood Drive,
Middleburg Heights, OH 44130-3454
7982558 +Kennametal, Inc., Attention: Jackie Steele, 2150 Western Court, Suite 3000,
Lisle, IL 60532-1500
7983079 +Kerrigan, Christine M., 1920 Gunbarrel Road, Apt. 412, Chatanooga, TN 37421-3153
7983080 +Kessler, Daniel R., 169 A, S. Main St., Oswego, IL 60543-8793
7982561 +Kinetic Technologies of TN, Attention: Dan McCardle, 2334 Southpark Dr. Suite 200,
Murfreesboro, TN 37128-5512
7982562 +Kinetic Tools, Inc., Attention: Chief Financial Officer, 1702 Berkley Street,
Elgin, IL 60123-7030
7982563 +Kingsley, Attention: Jack Schreiber, 2538 Wisconsin Avenue, Downers Grove, Il 60515-4230
7983081 +Kirby, Johnny R., 114 Haynes Street, Rossville, GA 30741-2426
7982564 +Klingelhofer Corporation, Attention: Chief Financial Officer, PO Box 1098,
Mountainside, NJ 07092-0098
7983082 +Knight, Arthur L., 3510 Lillian Court, Chattanooga, TN 37411-1567
7982566 +Kocour Company, Attention: Chief Financial Officer, 4800 S. St. Louis Avenue,
Chicago, IL 60632-3068
7983083 +Kolling, Christopher B., 5026 Hunter Village Dr., Ooltewah, TN 37363-9053
7982568 Konveyor Sanayi LTD, Attention: Chief Financial Officer, Organize Deri Sanayi Bolg,
YA-2 Parsel, PK 11, Tuzla, Istanbul, Turkey 81700

7983084 +Kunkel, Sandra J., 47 Pasadena Drive, Oswego, IL 60543-6003
7982569 +L De Witt McCarter, Attention: Chief Financial Officer, 318 E. Nakoma, San Antonio, TX 78216-2795
7982570 L H & F DEVELOPMENT, P.O. BOX 265, BIG ROCK, IL 60511-0265
7982571 +L&M Products, Attention: Tom Makris, P.O. Box 316, Bensenville, IL 60106-0316
7982572 +L.V. Cole and Associates, Attention: Sherry Cole, 5220 Belding Road, Rockford, MI 49341-9645
10481819 LH&F Development Partnership, c/o Linda M. Holzrichter, 16 S. Locust Street, Aurora, IL 60506-4034
7982592 +LJB Sales, Attention: Skip Baraldi, 808 Forest Lane, Malvern, PA 19355-2806
7982573 +Lab Safety Supply, Attention: Chief Financial Officer, P.O. Box 1368, Janesville, WI 53547-1368
7982574 +Labelmaster, Attention: Latimore Bruns, 5724 N. Pulaski, Chicago, IL 60646-6797
7982575 +Labels Plus, Attention: Michael Keller, 8125 Holton Drive, Florence, KY 41042-3009
7982576 +Laganowski & Associates, Attention: Chief Financial Officer, 784 St. Mary’s Parkway, Buffalo Grove, IL 60089-2025
7982577 Lakes Precision, Attention: Chief Financial Officer, 1036 Highway 32, Three Lakes, WI 54562
8187234 +Lakes Precision Inc, PO Box 630, Three Lakes, WI 54562-0630
7983085 Land, Terry W., Hc 71 Box 114 A12, Graysville, TN 37338
7982578 +Landis Gardner-Citco, Attn: Stu Roberts, 357 Washington Street, P.O. Box 84, Chardon, OH 44024-0084
7982579 Landstar Ranger, Inc., Attention: Chief Financial Officer, P O Box 8500-54293, Philadelphia, PA 19178-4293
7982580 +Laner, Muchin, Deombrow, Becker,, Levin, Tominberg Ltd, Attention: Chief Financial Officer, 515 North State Street, Chicago, IL 60654-4854
7982581 +Lange Manufacturing, Attention: Chief Financial Officer, 514 Pasedena Avenue, Joliet, IL 60403-2406
7983086 +Lathrop, Scott L., P.O. Box 20, New Bedford, IL 61346-0020
7983087 +Lawery, Don J., 4622 Paw Trail, Chattanooga, TN 37416-3413
7982582 +Lawrence Screw Products, Attention: Phil Lorno, 7230 W. Wilson Avenue, Harwood Height, IL 60706-4706
7983088 +Lawrence, David L., 112 Liberty Street, Arlington, IL 61312-9320
7983089 +Lawson, Phyllis A., 111 Lazy Acres Rd., Cleveland, TN 37323-5452
7983090 +Lay, Anita, 10021 W. Hwy 136, Chickamauga, GA 30707-2226
7982583 Lease Administration Center, Attention: Chief Financial Officer, PO Box 7023, Troy, MI 48007-7023
8048817 +Lease Consultants, PO Box 4972, Des Moines, IA 50305-4972
12814354 +Lease Consultants, P.O. Box 71397, Des Moines, IA 50325-0397
7982584 +Lee Rand Associates, Inc., Attention: Lynne Seiler, 20064 Ocean Key Drvie, Boca Raton, FL 33498-4526
7982585 +Lee Spring Company, Attention: Veronica Santangelo, 1334 Charlestown Ind. Drive, St. Charles, MO 63303-5157
7983091 +Lee, Charles A., 330 Kinsey St, Rosseville, GA 30741-2749
7982586 +Lehigh Safety Shoes, Attention: Chief Financial Officer, 12545 S. Laramie Avenue, Alsip, IL 60803-3223
7982587 +Leinart’s Inc., Attention: Chief Financial Officer, P.O. Box 508, Knoxville, TN 37901-0508
7983092 +Lewis, Brian K., 6366 Georgetown Rd. NW, Cleveland, TN 37312-1349
7983093 +Lewis, William A., P. O. Box 152, Cleveland, TN 37364-0152
7982588 +Liberty Steel Products, Attention: Chief Financial Officer, 11650 Mahoning Avenue, North Jackson, OH 44451-9688
7982589 +Libra High-Tech, Inc., Attention: Chief Financial Officer, 1163 E. Ogden, Suite 701, Naperville, IL 60563-8535
7982590 +Libra Industries, Inc, Attention: Diane Gorro, 1823 - 55 W. Webster Avenue, Chicago, IL 60614-2915
7982591 +Lindberg, Attention: James Lotz, 304 Hart Street, Watertown, WI 53094-6616
8515670 +Linde Gas LLC, PO Box 94737, Cleveland, OH 44101-4737
7983094 +Lingerfelt, Curmit W., 1706 C Jenkins Road, Chattanooga, TN 37421-3232
7983225 +Lloyd, Cassandra, c/o David Lloyd, Custodian for Cassandra Lloyd, 3312 Amherst, Dallas, TX 75225-7622
7983226 +Lloyd, Emily, c/o David Lloyd, Custodian for Emily Sage Lloyd, 3312 Amherst, Dallas, TX 75225-7622
7983095 +Lollis, Lafretta R., 2508 O’Rear St., Chattanooga, TN 37406-2534
7982593 +Lookout Valley Tool & Machine, Inc., Attention: Earl Montieth, 2923 Gordon Road, Chattanooga, TN 37419-2415
7983096 +Lowe, Catherine, 7704 Holiday Hills Circle, Chattanooga, TN 37416-2733
7982595 +Lucas-Milhaupt, Inc., Attention: Pamela King, 5656 S. Pennsylvania Avenue, Cudahy, WI 53110-2453
7982596 +Lutz Sales, Attention: Chief Financial Officer, 4675 Turnberry Drive, Hanover Park, IL 60133-5463
7983097 Lyons, Teresa M., 1405 A-Wheeler Ave., Chattanooga, TN 37406
7982597 +M.D. Hubbard Spring Company, Attention: Charles Hubbard, P.O. Box 425, Oxford, MI 48371-0425
7982598 +M.D.C.C.I., ATTENTION: CHIEF FINANCIAL OFFICER, 9403 BILL REED ROAD, OOLTEWAH, TN 37363-6904
7982609 ++++MANPOWER INC., ATTENTION: JOE KOENIGS, 600 A B DATA DR, MILWAUKEE WI 53217-4931 (address filed with court: Manpower Inc., Attention: Joe Koenigs, 5301 N. Ironwood Road, Milwaukee, WI 53217)
7982620 +MATHESON TRI-GAS, ATTENTION: CHIEF FINANCIAL OFFICER, 166 KEYSTONE DRIVE, MONTGOMERYVILLE, PA 18936-9637

7982621 +MAUREEN RACLAWSKI, 11335 S MARATHON LANE, PLAINFIELD, IL 60585-6133
7982622 MAYTAG, Attn: RON JONES PLANT 3, P.O. BOX 2790, CLEVELAND, TN 37320-2790
7982623 +MBA Management Inc., Attention: James Mugnalo, 14900 Conference Center Dr., Suite 300, Chantilly, VA 20151-3835
7982624 MCI International-WUI Inc., Attention: Chief Financial Officer, P.O. BOX 60000, File 42144, San Francisco, CA 94160-2144
7982625 MCI Telecommunications, Attention: Chief Financial Officer, P.O. Box 73677, Chicago, IL 60673-7677
7982626 +MCKENNEY'S MECHANICAL, ATTENTION: CHIEF FINANCIAL OFFICER, 1058 MORELAND IND. BLVD., ATLANTA, GA 30316
7982627 +MCM ELECTRONICS, Attn: JUDY, P.O. BOX 517, 707-B EXECUTIVE BLVD., VALLEY COTTAGE, NY 10989-2025
7982648 +MILES-PLATTS, Attention: Jack Colgan, 2098 Swan Lane, Safety Harbor, FL 34695-5326
7982651 +MINARIK CORPORATION, ATTENTION: CHIEF FINANCIAL OFFICER, 801 KLEIN.SUITE 100, PLANO, TX 75074-3703
7982652 MINOLTA BUSINESS SOLUTIONS, ATTENTION: CHIEF FINANCIAL OFFICER, PO BOX 910679, DALLAS, TX 75391-0679
7982653 +MKS, Attn: LISA FRAZIER, 789 GROVE ROAD, SUITE #111, RICHARDSON, TX 75081-2750
7982654 +MODERN PLATING CORP., ATTENTION: CHIEF FINANCIAL OFFICER, 705-751 S. HANCOCK AVE., P.O. BOX 838, FREEPORT, IL 61032-0838
7982655 +MOTION DYNAMICS, INC, c/o Minarik, Attention: Chief Financial Officer, 1207 N. Glenville Drive, Richardson, TX 75081-2412
7982656 +MOTION INDUSTRIES, 1451 AUCUTT ROAD, MONTGOMERY, IL 60538-1184
7982658 +MOTION INDUSTRIES - TEXAS, Attn: RICHARD TRUJILLO, 901 TONY LAMA, SUITE 4, EL PASO, TX 79915-1357
7982659 +MOTION INDUSTRIES, INC., Attn: JACK HUFFAKER, (BERRY BEARING -PERU BRANCH), 2017 FOURTH STREET, PERU, IL 61354-3208
7982661 +MSK East, Attention: Chief Financial Officer, 2745 Steigler Road, Valley City, OH 44280-9585
7982662 +MTN, INC., ATTENTION: CHIEF FINANCIAL OFFICER, 3453 CHEROKEE DRIVE, COOKEVILLE, TN 38506-7426
7982663 MTS SAWS, INC., Attn: MARTHA BRANDT, 47226-258-TH STREET, CROOKS, SD 57020
7982599 +Mac Converting, Attention: Chief Financial Officer, 10901 Pelicano Drive, El Paso, TX 79935-4607
7982600 +Mac Dermid, Attention: Chief Financial Officer, 245 Freight Street, Waterbury, CT 06702-1818
7982603 Macke Water Systems, Attention: Chief Financial Officer, PO Box 545, Wheeling, IL 60090-0545
7982604 +Maersk Logistics, Attention: Chief Financial Officer, 6000 Carnegie Blvd., Charlotte, NC 28209-4637
7982605 +Mainstay Suites, Attention: Darik Dawes, 7030 Amin Drive, Chattanooga, TN 37421-7013
7982606 +Mair Petroleum, Inc., Attention: Chief Financial Officer, P.O. Box 328, Princeton, IL 61356-0328
8073004 +Manpower International Inc, 5301 N Ironwood Road, PO Box 2053, Milwaukee, WI 53201-2053
7983100 +Mansapha, Moukda, 1024 Hurst Street, Chattanooga, TN 37412-3942
7982610 +Mapal Inc., Attention: Roxanne Day, 81 Suttons Lane, Piscataway, NJ 08854-5723
7982611 +Mapes & Sprowl, Attention: Chief Financial Officer, 1100 East Devon Avenue, Elk Grove Village, IL 60007-5225
7982612 +Maquinaria S.A. de C.V. Inc., Attention: Chief Financial Officer, 7505 Alameda, El Paso, TX 79915-3713
7982613 +Mark Eyelet & Stamping, Attn: Mark, 63 Wakelee Rd., Wolcott, CT 06716-2609
7982614 +Mark Hromi Co., 3104-B Anderson Pike, Signal Mountain, TN 37377-1422
7982615 Markem Corp., c/o General Industries, 878 Presidential Drive, Richardson, TX 75081
8940113 +Markem Corporation, 150 Congress St, Keene, NH 03431-4377
7983101 +Maroon, Ralph E., 3515 Hedge Dr. N.E., Cleveland, TN 37312-5166
7983102 +Marshall, Countess M., 4827 Jersey Pike, Apt. #302, Chattanooga, TN 37416-2335
7983103 +Marshall, Karen S., 1528 Orwell Road, Naperville, IL 60564-6114
7982616 +Marsilli North America, Inc., Attention: Jerry Murphy, 11445 Cronridge Drive, Suite A, Owens Mill, MD 21117-2229
7982617 Martinez, Rodriguez Y Asociados, S.C., Attention: Eduardo Martinez Rodriguez, Insurgentes Sur 800, 15th Floor, Colonia del Valle, Mexico, D.F., Mexico 03100
7982618 +Mason And Dixon Lines, Inc., Attention: Chief Financial Officer, P O Box 33298, Detroit, MI 48232-5298
7982619 +Masson & Company, LLC, Attention: Chief Financial Officer, 200 E. 84th Street, 8th Floor, New York, NY 10028-2906
7983104 +Maynard, Rick D., 4124 1925 East St., Tsikilwa, IL 61368-9335
7983105 +Maynard, Sue Ellen, 4124 1925 East St., Tiskilwa, IL 61368-9335
7983106 +McCormick, Vicky A., 126 Goodson Ave, Chattanooga, TN 37405-4704
7983107 +McCoy, Ana M., 377 Ann Street, Dayton, TN 37321-2314
7983108 +McEachern, Gid L., P. O. Box 821, Spring City, TN 37381-0821
7983109 +McGhee, Carlos, 7710 E. Brainerd Rd., Apt #305, Chattanooga, TN 37421-5911
7982628 McMaster Carr, Attention: Andrea Streight, P.O. Box 54960, Los Angeles, CA 90054-0960
7982629 McMaster-Carr Supply Company, Attention: Chief Financial Officer, P.O. Box 4355, Chicago, IL 60680-4355
7982630 Meaden Precision Machined Products Co., Attention: Thomas Meaden, 210 W. 83rd Street, Burr Ridge, IL 60527
7983110 +Mellor, Rebecca A., 4731 St. Joseph Creek, Unit 5-I, Lisle, IL 60532-1823
7982631 +Memorial North Park, Attention: Marty Bronson, 2525 Desales Avenue, Chattanooga, TN 37404-1161
7983111 +Mercer, Kelly, 210 Maplewood Ave., Chattanooga, TN 37411-3411

7982632 +Meredith Air Controls, Attention: Helen Klieger, 2607 Grandview Avenue, Nashville, TN 37211-2202
7983112 +Merkley, Marie A., 1011 Lora Avenue, Princeton, IL 61356-1020
7983113 +Merkley, Norman, 1011 Lora Ave, Princeton, IL 61356-1020
7983114 +Merrell, Daniel W.K., 521 Cedar Glenn Circle, Chattanooga, TN 37412-4044
7983115 +Merriwether, Linzie D., 1834 Pearl Street, Chattanooga, TN 37406-2900
7983116 +Messick, Gerard M., 6410 Thornapple Valley Dr, Hastings, MI 49058-8286
7982636 +Met-Fab of Chattanooga, Inc., Attn: Stuart Ellis, 1415 Stuart Street, Chattanooga, TN 37406-4040
7982637 +Met-L-Flo, Attention: Amber Distler, 419A Stevens Street, Geneva, IL 60134-1392
10722692 +Met-L-Flo Inc, c/o Elizabeth a Bates of Huck Bouma PC, 1755 S Naperville Road Suite 200, Wheaton, IL 60189-5844
7982634 +Metal-Matic, Attention: Tom Jackson, 629 Second Street, S.E., Minneapolis, MN 55414-2106
7982633 Metallurgical Enterprises, Attention: Chief Financial Officer, 1614 Lakeview Drive, Rossville, GA 30741
7982638 Metric Test, Attention: Deborah Hart-Hugill, 5486 Investment Blvd., Hayward, CA 94545
7982639 +Metrology Solutions, Inc., Attention: Chief Financial Officer, 1335 Lakeside Drive, Unit 6, Romeoville, IL 60446-1459
7982640 +Mfg/Pro Midwest User Group, Attention: Chief Financial Officer, 1601 Belmont Ave, San Carlos, CA 94070-4813
7982641 #+Micro Circuits, Inc., Attention: Mike Sangham, 222 Fay Avenue, Addison, IL 60101-5006
7982642 +Micro City, Attention: Chief Financial Officer, 2040 Corporate Lane, Naperville, IL 60563-9691
7982643 +Micro Punch & Die, Attention: Chief Financial Officer, 5536 International Drive, Rockford, IL 61109-2784
7982644 Midwestern Industries, Inc., Attn: Tim Carey, P.O. Box 810, Massillon, OH 44648-0810
7982645 Miguela.Melendez Ponce, Attention: Chief Financial Officer, Transportista, C.Dominico Veneciano #296, CD. JUAREZ, CHIH., CHIH C.P.32320 Mexico
7982646 +Mikron Corporation - Monroe, Attention: Allen J. Strang, 600 Pepper Street, Monroe, CT 06468-2671
7982647 Milan Express, Attention: Chief Financial Officer, P O Box 440235, Nashville, TN 37244-0235
7982650 Miller & Martin PLLC, Attention: Stacy P Eiselstein, 832 Georgia Avenue, Suite 1000, Chattanooga, TN 37402-2289
7983117 +Monzon, Miguel A., 4007 Berwick Lane, Ooltewah, TN 37363-8595
7983215 +Morgan, James, 27 Cambridge Court, Middlebury, CT 06762-3339
7983118 +Morgan, Tiara Y., 2808 5th Ave., Chattanooga, TN 37407-1523
7983119 +Morton, Shanda L. R., 220 Shady Brook Ln., Ringgold, GA 30736-5515
7983120 +Mosley, Serena D., 910 Bellevista Ctre., Chattanooga, TN 37411-2105
7982657 +Motion Industries - Tennessee, Attention: H. Steven Brown, 1605 Alton Road, Birmingham, AL 35210-3770
7982670 +NELSON & STORM TOOL SUPP., ATTENTION: CHIEF FINANCIAL OFFICER, P.O. BOX 5447, 2303 11TH STREET, ROCKFORD, IL 61104-7258
7982671 +NETWORKS INC., ATTENTION: CHIEF FINANCIAL OFFICER, 611 CHESTNUT STREET, SUITE 320, CHATTANOOGA, TN 37450-0007
7982675 +NEWARK ELECTRONICS, ATTENTION: CHIEF FINANCIAL OFFICER, P.O. BOX 974, 600 S. VERMONT ST., PALATINE, IL 60067-6950
7982677 +NEXTEL COMMUNICATIONS, Attn: JANET VILLALOBOS, 10737 GATEWAY, EL PASO, TX 79935-4920
8130258 +NNT Corporation, 1320 Norwood Avenue, Itasca, IL 60143-1154
7982680 NORTH AMERICAN VAN LINES, Attention: Joyce Witmer, P. O. BOX 75641, Charlotte, NC 28275
7982683 +NOWAK PRODUCTS INC, ATTENTION: CHIEF FINANCIAL OFFICER, 101 ROCKWELL ROAD, NEWINGTON, CT 06111-5535
7983121 +Nash, Karen L., 1142 Birchdale Ln., Aurora, IL 60504-6551
7982664 +National Bronze & Metals, Inc., Attention: Michael Greathead, P.O. Box 800818, Houston, TX 77280-0818
7982665 +National Distribution, Attention: Joseph Chernushka, 130 Schmitt Blvd., Farmingdale, NY 11735-1424
7982666 +National Jet Company, Attention: R. Samuel Griffith, 10 Cupler Drive, LaVale, MD 21502-7441
7982667 +National Packaging Solutions Group, Attention: Donald Leaman, 2840 Plaza Place, Suite 103, Raleigh, NC 27612-6342
7982668 +National Rivet, Attention: Ronald Zweifel, 21 East Jefferson, Waupun, WI 53963-1942
7982669 +Neff-Perkins Company, Attention: Andrew Budd, P.O. Box 219, Austinburg, OH 44010-0219
7983122 +Nelson, Darlene M., 25613 Hwy 157, Cloudland, GA 30731-2640
7983123 +Nelson, David B., 805 Potts Road, Ringgold, GA 30736-5929
7983124 +Neverson, Doris J., 503 Sharondale Road, East Ridge, TN 37412-2981
7983125 +Neverson, James H., 503 Sharondale Rd., East Ridge, TN 37412-2981
7982672 +New England Miniature Ball Group, Attention: Les Henry, P.O. Box 585, Norfolk, CT 06058-0585
7982673 +New Pig Corporation, Attention: Chief Financial Officer, One Pork Avenue, Tipton, PA 16684-9001
7982674 +Newark Electronics, Attention: Chief Financial Officer, 2550 Middle Road # 601, Bettendorf, IA 52722-3289
7982676 +Newko Tool & Engineering, Attention: Chief Financial Officer, 720 S. Vermont Avenue, Palatine, IL 60067-7139
7982679 +Norstan Inc., Attention: Jessica Weishaar, 10333 82nd Avenue, Pleasant Prairie, WI 53158-5810
7982681 +Notary Public Association, Attention: Chief Financial Officer, P.O. Box 1110, Crystal Lake, IL 60039-1110

7982682 +Novak Business Forms, Attention: Frank McGovern, 1409 Centre Circle Drive, Downers Grove, IL 60515-1022
7983126 +O'Rear, David A., 183 McDonald Dr., Rossville, GA 30741-3535
7982694 +O-Rings, Inc., Attention: Daniel Lee, P.O. Box 65675, Los Angeles, CA 90065-0675
7982684 ++++O.E.M. PRODUCTS, ATTENTION: NANCY SOWATZKE, 520 E IL ROUTE 22, LAKE ZURICH IL 60047-2592 (address filed with court: O.E.M. Products, Attention: Nancy Sowatzke, 520 E. Main Street, Lake Zurich, IL 60047)
7982686 +OBERLANDER ALARM SYSTEMS, Attn: JOHN APPLEBY, 2216 W. ALTORFER, PEORIA,, IL 61615-1875
7982689 OFFICEMAX CREDIT PLAN, ATTENTION: CHIEF FINANCIAL OFFICER, DEPT.58-3601503245, P.O. BOX 30292, SALT LAKE CITY, UT 84130-0292
7982690 +OIL WIZARD, ATTENTION: CHIEF FINANCIAL OFFICER, 1227 N. MAIN STREET, PRINCETON, IL 61356-1338
7982691 +OLSON'S JANITORIAL SERVICES, ATTENTION: CHIEF FINANCIAL OFFICER, 325 E VAN EMMON, YORKVILLE, IL 60560-1556
7982695 +ORKIN EXTERMINATING CO., ATTENTION: CHIEF FINANCIAL OFFICER, P.O. BOX 535, LA SALLE, IL 61301-0535
7982687 +Oberlin Filter Company, Attention: Michael Ignatowski, 404 Pilot Court, Waukesha, WI 53188-2439
7982688 +Occupational Health Service, Attention: Goldia McCloud, 2337 McCallie Avenue, Suite 102, Chattanooga, TN 37404-3257
7982692 +Omega Engineering, Inc., Attention: Chief Financial Officer, One Omega Drive, Stamford, CT 06907-2336
7982693 +Optimum Staffing Inc., Attention: Jerry Scheib, P.O. Box 3387, Cleveland, TN 37320-3387
7983127 +Osborne, Oliver E., 11 Virginia Avenue, Rossville, GA 30741-5014
7982238 P. O. Box 1513, Madison, CT 06443-1513
7982897 +P.O. Box 825, Binghamton, NY 13902-0825
7982698 +PALLET RECOVERY, Attn: AL PETERSEN, 17725 CHASE ROAD, FULTON, IL 61252-9639
7983128 ++++PANAPLACKAL, ANIL B., 1609 DUKE LN, CHATTANOOGA TN 37421-3447 (address filed with court: Panaplackal, Anil B., 1627 A Duke Lane, Chattanooga, TN 37421)
7982702 +PARKER KALON DIVISION, ATTENTION: CHIEF FINANCIAL OFFICER, 510 RIVER ROAD, SHELTON, CT 06484-4517
7982707 +PC CONCEPTS, LLC, ATTENTION: CHIEF FINANCIAL OFFICER, 712 PARKVIEW DRIVE, CHATTANOOGA, TN 37411-3318
7982708 PDQ SUPPLY INC., ATTENTION: CHIEF FINANCIAL OFFICER, P.O. BOX 95109, PALATINE, IL 60095-0109
7982712 PHIL GOLBECK & ASSOCIATES, Attn: GLENN SCHILKE, P.O. BOX 2246, CRYSTAL LAKE, IL 60039-2246
7982715 +PILOT AIR FREIGHT, ATTENTION: CHIEF FINANCIAL OFFICER, 135 S. LASALLE, DEPT 1573, CHICAGO, IL 60674-1098
7982718 +PITNEY BOWES CREDIT CORP., ATTENTION: CHIEF FINANCIAL OFFICER, 201 MERRITT SEVEN, NORWALK, CT 06851-1056
7982719 +PLAINFIELD STAMPING TEXAS, Attn: HELEN ROSAS, 11530 PELLICANO DRIVE, EL PASO, TX 79936-6019
7982720 +PLASTIC PROCESS EQUIP., Attn: PAUL,TIM, 8303 CORPORATE PARK DRIVE, MACEDONIA, OH 44056-2179
7982722 +PRECISE CASTING INC, Attention: Chief Financial Officer, PO Box 458, St. Charles, IL 60174-0458
7982730 PRINCO INSTRUMENTS, INC, ATTENTION: CHIEF FINANCIAL OFFICER, 1020 INDUSTRIAL BLVD., SOUTHAMPTON, PA 18966-4095
7982731 +PRINTING SOLUTIONS, Attn: MIKE SWANGER, 7011 GREENWAY DRIVE, CHATTANOOGA, TN 37421-3859
7982733 +PROFESSIONAL COMPUTER CENTER, ATTENTION: CHIEF FINANCIAL OFFICER, 1433 HAMILTON PARKWAY, ITASCA, IL 60143-1188
7982735 +PROTOTECH ENGINEERING, Attn: JAMES HOCKEY, 7233 ADAMS STREET, WILLOWBROOK, IL 60527-5570
7982737 +PURVIS BEARING SERVICE INC., ATTENTION: CHIEF FINANCIAL OFFICER, 805 TONY LAMA ST., EL PASO, TX 79915-1345
7982697 +Pace Industries, L&P Financial Services Co, Attn: Kevin Hensley, No 1 Leggett Road, Carthage MO 64836-9649
7982699 +Pargreen Sales Eng., Attention: Chief Financial Officer, 1224 Capital Drive, Addison, IL 60101-3117
7982700 Parker, Attention: Chief Financial Officer, PO Box 15009, Spartanburg, SC 29302
7982704 +Parman Lubricants, c/o David Krause, 7101 Cockrill Bend Blvd, Nashville, TN 37209-1005
7983129 +Parton, Diane S., 227 School Street, Soddy Daisy, TN 37379-6612
7982705 +Parts Cleaning Technologies, Attention: Chief Financial Officer, 2263 Distributors Drive, Indianapolis, IN 46241-5004
7983130 +Patterson, Paul E., 2325 Rollingbrook Dr, Cleveland, TN 37323-5919
7983131 +Penrod, Andrew J., 5750 Lake Resort Dr, Apt. D128, Chattanooga, TN 37415-7056
7982710 +Peter Nelson, 1110 S. Main Street, Princeton, IL 61356-2437
7982711 +Peterson Tool Company, Inc., Attention: John L. Peterson, 739 Fessler Lane, P.O. Box 100830, Nashville, TN 37224-0830
7982713 +Phillips Flowers, Attention: Chief Financial Officer, 5 E. Ogden Avenue, Westmont, IL 60559-1339
7982714 +Physicians Care, Attention: Chief Financial Officer, 4747 Highway 58, Chattanooga, TN 37416-2231
8122391 +Pilot Air Freight, Pilot Air Freight D Rutkowski, 314 N Middletown Rd, PO Box 97, Lima, PA 19037-0097
7982716 +Pines Manufacturing, Attention: Chief Financial Officer, 30505 Clemens Road, Westlake, OH 44145-1000
7982721 Porter Precision Products Co., Attention: Dale Warlaumont, 2734 Banning Road, Cincinnati, OH 45239-5504
7983132 +Prayther, Lisa, 10123 College Hill Dr., Ooltewah, TN 37363-8492
11433033 +Precise Castings, Inc., c/o Atty. Thomas Laughlin, 728 N. Court St., Rockford, IL 61103-6922


7982723 +Precise Stamping, Attention: Suzette Sanford, 202 Poplar Place,
North Aurora, IL 60542-1407
7982724 +Precision Industries, Attention: Chief Financial Officer, 11129 Pelicano Rd.,
El Paso, TX 79935-5306
7982725 Precision Measurement Calibration, Attention: Frank Saucedo, 29100 Lakeland Blvd.,
Wickliffe, OH 44092-2388
7982726 +Prestige Sales Company, Inc., Attention: Chief Financial Officer, P.O. Box 5002,
Chattanooga, TN 37406-0002
7982727 +Princeton Inn, Attention: Mr. Patel, 15774 S. LaGrange Road, Unit 123,
Orland Park, IL 60462-4766
8101875 +Princeton Inn, 2200 N Main Street, Princeton, IL 61356-9790
7982728 +Princeton Lawn Care, Attention: Chief Financial Officer, 13577 IL Hwy 26,
Princeton, IL 61356-8643
7982729 Princeton Municipal, Attention: Chief Financial Officer, Utilities, Princeton, IL 61356
7982732 +Pro Tech Metal Finishing, Attention: Mary A. Scott, P.O. Box 340, Vonore, TN 37885-0340
7982734 Professional Drug Screening Services, Attention: Steve Adkins, P.O. Box 25167,
Chattanooga, TN 37422-5167
7983133 +Przybylski, Wojciech L., 4n609 Fenimore Lane, Elburn, IL 60119-8837
7982738 +Pyramid Packaging Company, Attention: George Schultz, 6069 N. Milwaukee Avenue,
Chicago, IL 60646-4725
7982739 +QAD INC., Attn: THORN FELDER, 10000 MIDATLANTIC DRIVE, SUITE 200 EAST,
MT. LAUREL, NJ 08054-1542
7982740 +QPI MULTIPRESS, INC., ATTENTION: CHIEF FINANCIAL OFFICER, 2222 SOUTH THIRD STREET,
COLUMBUS, OH 43207-2402
7982741 +QUADRANT DESIGN, ATTENTION: CHIEF FINANCIAL OFFICER, 2101 N. PITCHER STREET,
KALAMAZOO, MI 49007-1866
7982744 +QUALITY SCREW & NUT, Attn: GREG SAUERMAN, 1205 HAYES INDUSTRIAL DR, MARIETTA, GA 30062-2430
7982745 +QUARLES & BRADY, Attention: Faye Feinstein, 500 W. Madison, Suite 3700,
Chicago, IL 60661-4591
7982742 Quadruple Industries, Attention: Jack Horng, No. 7 Da-an Road, Hsin Chuang City,
Taipei Hsien, TAIWAN R.O.C.
7982743 +Quality Industrial Solutions, Attn: Arturo Cardenas Ventur, 3402 Santa Laura,
Mission, TX 78572-7603
7982746 +Quick Logistics LLC, Attention: Bob Maloney, PO Box 100886, Nashville, TN 37224-0886
7982747 +R & C Products, Attention: Cecilio Olivares, 8470 Gran Vista, El Paso, TX 79907-1628
7982748 +R & R Instrumentation, Attn: Bob Underwood, 144 Volunteer Drive,
Hendersonville, TN 37075-3225
8085244 +R&R Instrumentation, 15701 E 1st Ave #106, Aurora, Co 80011-9037
7982749 +R.C. Coil Spring Manufacturing, Attention: Chester Sawko, 490 Mitchell Road,
Glendale Heights, IL 60139-2580
7982750 R.H.Boelk Truck Lines, Inc., Attention: Chief Financial Officer, P O Box 437,
Mendota, IL 61342-0437
7982751 +R.R. FLOODY CO., INC., Attn: LYNN, EAST ROCK INDUSTRIAL PARK, 5065 27TH AVE.,
ROCKFORD, IL 61109-1710
7982753 +RACO INDUSTRIAL CORP., Attn: STEVE B., 2100 S. WOLF ROAD, DES PLAINES, IL 60018-1996
7982755 RAND WORLDWIDE, Attn: MEGHAN FOSTER, 5285 SOLAR DRIVE, MISSISSAUGA, ON, CANADA
7982756 #+RATHJEN MACHINE & TOOL CO, Attn: ED RATHJEN, 105 E. EXCHANGE ST., CAMBRIDGE, IL 61238-1102
8273511 +RCD Components Inc, 520 E Industrial Park Dr, Manchester, NH 03109-5316
7982758 RCD Components, Inc., Attention: Maria Grisanzo, 2590 E. Devon Avenue, Suite 112,
Des Plaines, IL 60018
7982760 +RELIABLE HEATING & A/C CO., Attn: ROGER SHOFFNER, 404 SPEARS AVENUE,
CHATTANOOGA, TN 37405-3845
7982767 +RIVERSIDE MACHINE CO., INC., Attn: Steve Scealf, 3306 NORTH HAWTHORNE STREET, PO Box 5301,
CHATTANOOGA, TN 37406-0301
7982768 RMT TECHNOLOGY, Attention: Maxie, 20330N. 17th Avenue, Melrose Park, IL 60160
7982769 ROADRUNNER FREIGHT SYSTEMS, ATTENTION: CHIEF FINANCIAL OFFICER, P O BOX 8903,
CUDAHY, WI 53110-8903
7982771 ROADWAY EXPRESS, Attention: Maggie Garcia, PO BOX 471, Akron, OH 44309-0471
7982772 ROADWAY EXPRESS INC., ATTENTION: CHIEF FINANCIAL OFFICER, P O BOX 905587,
CHARLOTTE, NC 28290-5587
7982779 +RON-VIK, INC, Attn: Donna Besserud, 800 COLORADO AVENUE SOUTH, MINNEAPOLIS, MN 55416-1088
7982781 +ROTO-ROOTER, ATTENTION: CHIEF FINANCIAL OFFICER, P.O. BOX 9121, CHATTANOOGA, TN 37412-0121
7982782 +RSA Incorporated, Attention: President, 525 S. Tyler Road, Unit H,
St. Charles, IL 60174-3363
8113159 +RSH LLC, d/b/a Kinetic Technologies, PO Box 852, Murfreesboro TN 37133-0852
7982784 +RYDER TRUCK RENTAL, ATTN: CHIEF FINANCIAL OFFICER, PO BOX 1207, BLOOMINGTON, IL 61702-1207
7982785 +RZ LEASING INC., ATTENTION: CHIEF FINANCIAL OFFICER, 585 US HWY 6, LA SALLE, IL 61301-9629
7982754 +Radix Wire Company, Attention: Dennis Kleinhenz, 26000 Lakeland Blvd.,
Cleveland, OH 44132-2638
7983134 +Ramsey, Timothy T., 5311 Christopher Rd., Chattanooga, TN 37416-1908
7982757 +Ray H. Morris, Attention: Chief Financial Officer, 30 Precision Court,
New Britain, CT 06051-2911
7983223 +Raymond Barbrick, 1121 Hammond Creek Tr, Boqart, GA 30622-3125
7982759 +Reid Tool Supply, Attention: Chief Financial Officer, 2265 Black Creek Road,
Muskegon, MI 49444-2673
7982761 +Resortes Newcomb, Attention: David Dubrow, 5408 Panola Industrial Blvd.,
Decatur, GA 30035-4016
7982763 #+Richardson Electric, Inc., Attention: Lane Ford, P.O. Box 5995, Chattanooga, TN 37406-0995
7983135 +Richardson, Beverly J., 1003 Woodmore Ter., Chattanooga, TN 37411-2230
7983136 +Richardson, Brenda G., 3912 Peach Street, Chattanooga, TN 37406-1225

7982764 +Rick’s Lock and Key, Inc., Attention: Chief Financial Officer, P.O. Box 21631, Chattanooga, TN 37424-0631
7983137 +Ricks, Thelma, 1212 Wheeler Ave, Chattanooga, TN 37406-3262
7982765 +Ridge Propane Service, Attention: Paula Ridge, P.O. Box 1120, Soddy Daisy, TN 37384-1120
7982766 +Rinchem Inc., Attention: Lena Burpo, 6133 Edith Blvd, NE, Albuquerque, NM 87107-5069
7983138 +Rivera, Edith F., 118 Nicola Cr. S.E., Cleveland, TN 37323-0467
8156924 +Roadway Express, c/o D&B/RMS Bankruptcy Services, PO Box 5126, Timonium, Maryland 21094-5126
7982770 Roadway Express, Attention: Maggie Garcia, P O BOX 730375, DALLAS, TX 75373-0375
7983139 +Roberts, Carl, 140 Roberts Drive, Wildwood, GA 30757-4040
7982773 Rock River Fastener Corporation, Attention: Chief Financial Officer, P.O. Box 5201, ROCKFORD, IL 61125-0201
7982774 +Rockford Toolcraft, Attention: Gerald Busse, 766 Research Parkway, Rockford, IL 61109-2938
7982775 +Roden Electrical Supply Company, Inc., Attention: LaDonna Keirsey, 170 Mabry Hood Road, Knoxville, TN 37922-2211
8157653 +Roesch Inc, PO Box 328, Belleville, IL 62222-0328
7982776 +Rogers Metal Services, Inc., Attention: Jonathan Zimmerman, 7300 N. Monticello, Skokie, IL 60076-4025
7982777 +Roll-Aid Chemical Supply, Attention: Carla Clendaren, 1905 Long Street, Chattanooga, TN 37408-1743
7983140 +Rollins, John C., 298 Cave Road, Jasper, TN 37347-7022
7983141 +Rollins, Wanda F., 7654 Boriss Drive, Chattanooga, TN 37416-3518
7982778 +Romeros Electronics, Attention: David Romero, 2920 N. Piedras Street, Suite E, El Paso, TX 79930-3600
7983206 +Roof, Beatrice, 517 Dayton Avenue, West Chicago, IL 60185-3915
7982780 +Roseland Metal Products, Attention: Denise Donnelly, 14753 S. Greenwood Road, Dolton, IL 60419-2223
7983142 +Routh, John, 1303 Pendall Lane, Soddy Daisy, TN 37379-7867
7982783 +Rubber Stamps Unlimited, ATTENTION: CHIEF FINANCIAL OFFICER, 334 S. Harvey, Plymouth, MI 48170-2270
7983143 +Rudat, Nancy M., 985 Camelot Drive, Crystal Lake, IL 60014-8326
7983144 +Ruiz, Aureliano, 2709 Fir Street, El Paso, TX 79925-4619
7983145 +Rutledge, Donquan Q., 2001 Lyndon Ave., Chattanooga, TN 37415-6515
7983232 +Ruvio, Maria, 3-12 127 Street, College Point, NY 11356-1238
7982786 SAFE TEE CHEMICAL PRODUCTS, Attn: JOE VALLEJO, 6629 DAWN C, EL PASO, TX 79912
7982787 +SAFETY-KLEEN, Attn: MARILEA FISHER, 1672 EAST HIGHLAND ROAD, TWINSBURG, OH 44087-2219
7982788 +SAFETY-KLEEN CORP., ATTN: GAYLE/ROXANNE, 1000 N. RANDALL ROAD, ELGIN, IL 60123-7895
7982789 SAIA MOTOR FREIGHT LINE,INC., ATTENTION: CHIEF FINANCIAL OFFICER, P O BOX 730532, DALLAS, TX 75373-0532
7982791 +SANDWICH OFFICE SUPPLY, Attn: WENDY, 48 EAST RAILROAD STREET, SANDWICH, IL 60548-2129
7982793 SANTANA ENERGY SERVICE, ATTENTION: CHIEF FINANCIAL OFFICER, P.O. BOX 200094, HOUSTON, TX 77216-0094
7982792 SANTANA ENERGY SERVICE, ATTENTION: CHIEF FINANCIAL OFFICER, P.O. BOX 200024, HOUSTON, TX 77216-0024
7982795 SAVIN CORPORATION, ATTENTION: CHIEF FINANCIAL OFFICER, P.O. Box 73213, Chicago, IL 60673-7213
8149710 +SBC Ameritech, Ameritech Corporation, PO Box 981268, West Sacramento, CA 95798-1268
7982799 SCHNEIDER NATIONAL, INC., ATTENTION: CHIEF FINANCIAL OFFICER, 135 S. LASALLE, DEPT. 2567, CHICAGO, IL 60674-2567
7982800 SCHWAAB, INC., Attn: LINDSAY SHERON, 11415 WEST BURLEIGH STREET, P.O. BOX 26069, MILWAUKEE, WI 53226-0069
7982801 +SEALANT EQUIPMENT & ENGINEERING,INC., ATTN: CHIEF FINANCIAL OFFICER, 45677 HELM STREET, PLYMOUTH, MI 48170-6025
7982803 +SEATON ENTERPRISES, LLC, Attn: RAY SEATON, 4844 HWY. 11 S, CALHOUN, TN 37309-5058
7982804 SEI Electronics Inc., Attention: Chief Financial Officer, P.O. Box 58789, Raleigh, NC 27658-8789
7982806 +SETRA SYSTEMS INC, ATTENTION: CHIEF FINANCIAL OFFICER, 150 SWANSON ROAD, BOXBOROUGH, MA 01719
7982807 SGL CARBON COMPOS. (HITCO), ATTENTION: CHIEF FINANCIAL OFFICER, P.O.BOX 75434, CHICAGO, IL 60675-5434
7982808 +SHAN SACRANIE, 2312 Fawn Lake Circle, Naperville, IL 60564-4658
7982818 +SONG CHAUN ELECTRONICS, ATTENTION: CHIEF FINANCIAL OFFICER, 2841 CENTER PORT CIRCLE, POMPANO BEACH, FL 33064-2135
7982819 SOUTH DAKOTA DEPT OF REVENUE & REG., ATTENTION: CHIEF FINANCIAL OFFICER, REMITANCE CENTER, SIOUX FALLS, SD 57117-5055
7982822 +SOUTHWICK MEISTER, ATTENTION: CHIEF FINANCIAL OFFICER, P.O. BOX 725, 1455 NORTH COLONY ROAD, MERIDEN, CT 06450-1979
7982824 +SPECK INDUSTRIAL CONTROLS, Attn: BRIAN K, 1503 GLEN AVENUE, MORRESTOWN, NJ 08057-1175
7982827 +STAPLES, ATTENTION: CHIEF FINANCIAL OFFICER, 45 EAST WESLEY STREET, SOUTH HACKENSACK, NJ 07606-1423
7982828 STAPLES CREDIT PLAN, ATTENTION: CHIEF FINANCIAL OFFICER, PO BOX 30292, SALT LAKE CITY, UT 84130-0292
7982833 +STEEL STORE, ATTENTION: WANDA NEWMAN, 2340 CHESTNUT STREET, CHATTANOOGA, TN 37408-2811
7982835 +STEWART LUBRICANTS & SERVICE, Attn: JIM, 144 CITATION COURT, BIRMINGHAM, AL 35209-6307
7982836 +STROOCK & STROOCK & LAVAN, ATTENTION: CHIEF FINANCIAL OFFICER, 180 Maiden Lane, New York, NY 10038-4925
7982837 +SUMIDA AMERICA SALES CORP., Attn: TONY WAIGHT, 1701 GOLF RD, TOWER 3, SUITE 400, ROLLING MEADOWS, IL 60008-4227
7982839 SUNSOURCE, ATTENTION: CHIEF FINANCIAL OFFICER, NW 7809, MINNEAPOLIS, MN 55485-7809
7982790 +Samson Industrial, Attention: Controller, 1600 E. 27th Street, Chattanooga, TN 37404-5721

7982796 +Saxonburg Ceramics, Inc., c/o Dilks & Knopik LLC, PO Box 2728, 28431 SE Preston Way, Issaquah, WA 98027-8857
7983146 +Schalhamer, Brent, 462 Norway Circle, Yorkville, IL 60560-9813
7982797 +Scherer Schneider & Paulick, Attention: Frank Poremski, One N. Franklin, Suite 1100, Chicago, IL 60606-5089
7982798 Schiff Hardin, LLP, Attention: Kavita M Patel, 6600 Sears Tower, Chicago, IL 60606-6473
7983233 +Schnaubelt, Kurt, 34 Feltonville Road, Hudson, MA 01749-2535
7983147 +Scott, George L., 701 N. Germantown Rd, Apt 310, Chattanooga, TN 37411-2832
7983148 +Scott, Sandra Jo, 7719 Vista Hills Dr., Chattanooga, TN 37416-2611
7982802 +Seastrom Mfg. Co., Inc., Attention: Danette Hutchins, 456 Seastrom Street, Twin Falls, ID 83301-8526
8069398 +Sestrom Mfg Co Inc, Attention Danette Hutchins, 456 Seatrom Street, Twin Falls, ID 83301-8526
7982805 +Set Screw & Mfg. Company, Attention: James Brown, 1320 Gateway Drive, Elgin, IL 60124-7825
8035911 +Shaker Recruitment Advertising & Communications, Jennifer Shaw, 1100 Lake Street 3rd Floor, Oak Park, IL 60301-1035
7982809 +ShawGussis, Attention: Robert Fishman, Esq., 321 N. Clark Street, Chicago, IL 60654-4714
7982810 +Sheffield Bronze Paint Co., Attention: Mel Hart, 17814 South Waterloo Road, Cleveland, OH 44119-3221
7982811 +Shepherd Partners, Attention: Tony Natale, 1500 N. LaSalle, Chicago, IL 60610-1348
7983149 +Shipman, Tarrah R., 412 Clay Baker Rd. N.W., Cleveland, TN 37311-8069
7982812 Silica Gel Desiccant Products, Attention: Richard Kriwanek, 5601 W. Slauson avenue, Suite 260, Culver City, CA 90230-6598
7983150 +Sims, Elmonte, 1200 Nellie St., Chattanooga, TN 37404-6335
7983151 +Sippel, Francis E, 3421 East Glen, El Paso, TX 79936-1605
7982813 +Slidematic Products Company, 4520 W Addison St, Chicago, IL 60641-3891
7982814 +Small Parts Inc, Attention: Jim Bauer, P.O. Box 7002, Logansport, IN 46947-7002
8113160 +Small Tube Products, Wolverine Finance Company, PO Box 399, Ardmore, TN 38449-0399
7982815 +Small Tube Products, Attention: Ronald Ledbetter, PO Box 1674, Altoona, PA 16603-1674
7983152 +Smedley, Stephanie Y., 1409 N. Moore Rd., Chattanooga, TN 37411-1218
7983153 +Smith, Donnie L, 11019 Apison Pike, Apison, TN 37302-9768
7983154 +Smith, Frances S., 412 Sunset Ave., Chattanooga, TN 37411-3141
7983155 +Smith, Kathy L., 1917 Brady Drive, Apt. 4, Dalton, GA 30720-7135
7983156 +Snyder, Paul L., P.O. Box 3091, Cleveland, TN 37320-3091
7982816 +Sofanou Electronics, Attention: Chief Financial Officer, 2221 Niagra Falls Blvd., Suite 12, Niagra Falls, NY 14304-1696
7982817 +Sofanou, Inc. (Jenisco, Inc.), Attention: Mark Blanke, 2041 E. Square Lake Road, Suite 400, Troy, MI 48085-3897
7982820 +Southern Fluid Power, Inc., Attention: Donny Davidson, P.O. Box 71930, Chattanooga, TN 37407-0930
7982823 #+Spangler Sheet Metal Inc, Attention: James Spangler, 4021 Dodds Avenue, PO Box 72635, Chattanooga, TN 37407-0635
7982826 Standard Tool & Die, Attention: Chief Financial Officer, 7027-A S. Access Road, Chattanooga, TN 37406
8067377 +Staples Inc, Attn Kathleen Cronin 5th Floor West, Credit Department, 500 Staples Drive, Framingham, MA 01702-4478
7982829 +Star CNC Machine Tool Corporation, Attention: Tom Haughey, 375 Bennett Road, Elk Grove Village, IL 60007-1004
7982831 +State Tool & Mfg., Attention: President, 1650 E. Empire Avenue, Benton Harbor, MI 49022-2024
7982832 +State-Allen Chucks, Inc., Attention: Philip Grimes, 2250 W. Minnesota Street, Indianapolis, IN 46221-1842
8183585 +Steel Store, c/o Siskin Steel & Supply Co, Attn Doug Patterson, PO Box 1191, Chatt, TN 37401-1191
7982834 Stephenson & Lawyer, Inc., Attention: Kerry Wieland, P.O. Box 8834, Grand Rapids, MI 49518-8834
7983157 +Sterling, Nicholas T., 6911 Gwinnett Court, Ooltewah, TN 37363-8877
7983158 +Stewart, Kimberly, 8408 Summers Pk. Ln., Soddy Daisy, TN 37379-4262
7983159 +Stoudemire, Lorraine D., P.O. Box 5355, Chattanooga, TN 37406-0355
7983160 +Sulaver, Greg D., 2796 Yellowstone Dr., Aurora, IL 60503-5623
7982838 +Sun Source Technologies, Attention: Alice Ketter, 2301 Windsor Court, Addison, IL 60101-1480
8239638 +SunGard, Attention:Maureen A McGreevey, Esq, 680 East Swedesford Road, Wayne, PA 19087-1605
7983161 +Suppinger, Albert V., 9106 Tennga Lane, Chattanooga, TN 37421-4563
7983162 +Suttles, David L., 1557 Pin Oak Dr., Chattanooga, TN 37411-1617
7983163 +Swanson, Kathleen, 10113 E. Brainerd Rd., Ooltewah, TN 37363-9332
7983164 +Swindle, Alicia F., 1114 Central Ave., Chattanooga, TN 37403-3213
7983165 +Syharath, Ling, 1511 Greens Lake Rd., Chattanooga, TN 37412-2225
7983166 +Syler, Deborah S., 1035b Holland, Johnson Road, Hixson, TN 37343-2021
8459774 +Sysix Technologies, 800 Jorie Blvd Ste 110, Oak Brook, IL 60523-2132
7982841 T.J. SNOW., INC., ATTENTION: CHIEF FINANCIAL OFFICER, 6203-07 PROVENCE STREET, CHATTANOOGA, TN 37421
7982840 +T.J. Snow, Inc., Attention: Ann Hoover, P.O. Box 22847, Chattanooga, TN 37422-2847
7982844 +TAYLOR HOBSON, INC., Attn: ALLEN CAMPBELL, METROLOGY SYSTSEMS, 2100 GOLF ROAD-SUITE 350, ROLLING MEADOWS, IL 60008-4231
7982845 +TAYLOR MADE MACHINING INC, Attn: FRANK NIEWINSKI, RT. 71 WEST MARK IND. PARK, PO BOX 177, MARK, IL 61340-0177
8481949 +TCF National Bank, c/o Heller and Frisone, 33 N LaSalle #1200, Chicago, IL 60602-3415

7982846 +TECCO JANITORIAL SERVICE, ATTENTION: CHIEF FINANCIAL OFFICER, P.O. Box 5348 C, Cleveland, TN 37320-5348
7982848 +TECH TOOLS, Attn: JEFF, 1418 N GLENBROOK DR, GARLAND, TX 75040-9316
7982849 +TECHNICAL LABORATORIES, INC., ATTENTION: CHIEF FINANCIAL OFFICER, 515 CHEROKEE BLVD, CHATTANOOGA, TN 37405-3814
7982850 +TECHNIFIND INTERNATIONAL, ATTENTION: CHIEF FINANCIAL OFFICER, 5959 GATEWAY WEST, SUITE 601, EL PASO, TX 79925-3320
7982853 +TENNESSEE DEPT. OF REVENUE, Attn: HECTOR AMEZQUITA, 9146 CANANEA, EL PASO, TX 79907-6804
7982854 +TENNESSEE VALLEY ICE, ATTENTION: CHIEF FINANCIAL OFFICER, 4116 S. CREEK ROAD SOUTH, CHATTANOOGA, TN 37406-1021
7982830 ++TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION, PO BOX 13528, AUSTIN TX 78711-3528
(address filed with court: STATE COMPTROLLER, ATTENTION: CHIEF FINANCIAL OFFICER, 111 E 17TH STREET, AUSTIN, TX 78774)
7982855 +TEXAS DEPT OF TRANSPORTATION, ATTENTION: CHIEF FINANCIAL OFFICER, Vehicle Titles and Registration, 4000 Jackson Avenue, Austin, TX 78731-6007
7982858 TEXONICS, ATTENTION: CHIEF FINANCIAL OFFICER, 13647 ROAD ROSCOE, ILLINOIS, IL 61073
7982861 +THE GASFLUX CO., ATTENTION: CHIEF FINANCIAL OFFICER, 32 HAWTHORNE ST., P.O. BOX 1170, ELYRIA, OH 44036-1170
7982868 +TIPLER CORPORATION, ATTENTION: CHIEF FINANCIAL OFFICER, 2745 CURTISS STREET, P.O. BOX C, DOWNERS GROVE, IL 60515-4002
7982870 +TOOL CRIB SUPPLIES, ATTN: CHIEF FINANCIAL OFFICER, 151 EASTERN AVE., BENSENVILLE, IL 60106-1159
7982872 +TOOLMART, INC., Attn: CHUCK & GINGER, 6211 W. TOUHY AVE., CHICAGO, IL 60646-1136
7982874 +TOTAL FIRE AND SAFETY, INC, ATTENTION: CHIEF FINANCIAL OFFICER, 6808 Hobson Valley Drive, Unit-105, Woodridge, IL 60517-1449
7982876 +TRAVERS TOOL CO., ATTENTION: CHIEF FINANCIAL OFFICER, 128-15 26TH AVENUE, FLUSHING, NY 11354-1147
7982878 +TRI-STATE IND. LUBRICANTS, ATTENTION: CHIEF FINANCIAL OFFICER, 7438 CHANNEL RD., SKOKIE, IL 60076-4006
7982879 TROPP & COMPANY INC., ATTENTION: CHIEF FINANCIAL OFFICER, P.O. Box 529, Mendota, IL 61342-0529
7982880 +TRUCKLOAD CARRIERS, ATTENTION: CHIEF FINANCIAL OFFICER, P O BOX 23889, CHATTANOOGA, TN 37422-3889
7982881 TRYCO MACHINERY, ATTENTION: CHIEF FINANCIAL OFFICER, 5116 CAROL COURT, ROCKFORD, IL 61108-4160
7982883 +TURBO BRAZE CORP., Attn: Carol, 687 LEIGH AVE, UNION, NJ 07083-7644
7982842 Tai-Hong Circuit Ind Co., Attention: Chief Financial Officer, No 1 Chang Chun Ln, Sec. 1, Ming Shen N. Rd. Nan Shan, Tao Yuan Hsien, Republic of China
7982843 +Taptite Products (Textron Fastening Systems), Attention: Chief Financial Officer, 826 E. Madison Street, Belvidere, IL 61008-2364
7983167 +Taylor, Donna, 3156 S. Lee Hwy., Unit #27, McDonald, TN 37353-5911
7983168 +Taylor, Terrance L., 1610 Glowmont Dr. #b, Chattanooga, TN 37412-3506
7982847 +Teccor Electronics, Inc., Attention: Chief Financial Officer, 1801 Hurd Drive, Irving, TX 75038-4311
7982851 +Technology Sales, Attention: Chief Financial Officer, 4027 S. Access Road, Chattanooga, TN 37406-1287
7983169 +Templeton, Brenda, 8307 Pine Ridge Road, Ooltewah, TN 37363-8059
8293660 +Tennessee Department of Revenue, c/o Attorney General, P O Box 20207, Nashville, TN 37202-4015
8313236 +Texas Comptroller of Public Accounts, Office of the Attorney General, Collection Division Bankruptcy Section, PO Box 12548, Austin, TX 78711-2548
7982856 +Texas Machine & Tool Co., Attention: Chief Financial Officer, 4428 Montana, El Paso, TX 79903-4613
7982857 +Texmex Supply, c/o E P Budkirk, Attorney at Law, 6006 N Mesa #806, El Paso, TX 79912-4655
7982859 +Textape, Attention: Luis Gonzalez, 915 Pendale Road, El Paso, TX 79907-1721
7982860 +The Bailey Company, Attention: Phyllis Keith, 501 Cowan Street, Nashville, TN 37207-5617
7982862 +The Gauge Shop, Attention: Chief Financial Officer, 534 East Lee Highway, Loudon, TN 37774-6479
7982863 +The McCall Company, Attention: Paul Henze, 4013 Tennessee Avenue, Chattanooga, TN 37409-1322
7982864 The Shaker Advertising Agency, Attention: Jennifer Shaw, Shaker Building, Oak Park, IL 60301
7982865 +The Tool Crib, Attention: Chief Financial Officer, P.O. Box 105, Knoxville, TN 37901-0105
7982866 +The Trane Company, Attention: David Hudson, 601 Grassmere Park Drive, Suite 10, Nashville, TN 37211-3681
7983170 +Thompson, Teki Y., 2808 5th Ave., Chattanooga, TN 37407-1523
7983171 +Thornton, Virginia, 1913 E. 25th Street, Chattanooga, TN 37404-5813
7982867 +Thrall Distribution n/k/a Ferguson Ent., Attention: Chief Financial Officer, 3500 Industrial Drive, Peru, IL 61354-9326
7983172 +Thurman, Freida A., 5722 Hwy 27, Chattanooga, TN 37405-7255
7983173 +Todd, Steve A., 900 Mountain Creek, Road #356, Chattanooga, TN 37405-4500
7982869 +Toddle Time Express, Inc., Attention: Candyce Woesfield, 200 W. St. Paul Street, Spring Valley, IL 61362-1964
7983174 +Tompkins, Richard G., 220 W. Lewis St., Rossville, GA 30741-5135
7982871 +Tooling & Production Systems, ATTENTION: CHIEF FINANCIAL OFFICER, P.O. Box 143, N61 W23043 Silver Spring Dr., Sussex, WI 53089-3916
7983175 +Torchick, John L., 908 Tri Circle N.E., Cleveland, TN 37312-4719
7982873 Tosco, Attention: Paul Tetzlaff, P.O. Box 512157, Los Angeles, CA 90051-0157
7982875 +Tox Pressotechnik, Attention: Gary Troha, 4250 Weaver Parkway, Warrenville, IL 60555-3924

7982877 +Tri-State Hydraulics, Inc., Attention: Credit Manager, 1310 Cushman Street, Chattanooga, TN 37406-3626
8187408 Tri-State Ind Lub Inc, PO Box 7474, Bensenville, IL 60106
7983176 +Troscinski, David W., 438 Windsor Dr., Oswego, IL 60543-9202
7982882 Tube Tech c/o Block Steel, Attention: David Rabinowitz, 6101 W. Oakton Street, Skokie, IL 60077-2678
7982884 +Tyco Electronics Corporation, Attention: Chief Financial Officer, PO Box 3608, MS 38-35, Harrisburg, PA 17105-3608
7982885 +U.S. Brass and Copper, Attention: David Kavanaugh, 1418 Centre Circle Drive, Downers Grove, IL 60515-1021
7982887 +ULINE ENTERPRISES, ATTENTION: CHIEF FINANCIAL OFFICER, 2200 S. LAKESIDE DRIVE, WAUKEGAN, IL 60085-8361
7982888 +ULTRASEAL AMERICA INC, ATTENTION: CHIEF FINANCIAL OFFICER, 4403 CONCOURSE DRIVE, SUITE C, ANN ARBOR, MI 48108-7927
7982890 +UNITED LEASING ASSOCIATES, Attn: DENNIS BIEDRZYCKI, N116, W16150 MAIN ST, GERMANTOWN, WI 53022-2540
7982894 +UNITED TOOLING, ATTENTION: CHIEF FINANCIAL OFFICER, 29 AIRPORT DR., ROCKFORD, IL 61109-2901
7982895 +UNIVAR USA, Inc., Attention: Chief Financial Officer, P.O. Box 101484, Atlanta, GA 30392-1484
7982898 +UNIVERSITY OF PHOENIX, ATTENTION: CHIEF FINANCIAL OFFICER, 1270 COUNTRY CLUB ROAD, SANTA TERESA, NM 88008-9725
7982900 +UPS SUPPLY CHAIN SOLUTIONS, ATTN: CUSTOMS BROKERAGE SERVICES, P.O. BOX 34486, LOUISVILLE, KY 40232-4486
7982901 USF BESTWAY, ATTENTION: CHIEF FINANCIAL OFFICER, 1700 N. PERIMETER DR., SCOTTSDALE, AZ 85255-5400
7982902 +USF HOLLAND, ATTENTION: CHIEF FINANCIAL OFFICER, 1638 New Milford School, Rockford, IL 61109-4370
7982903 USF Holland Inc., Attention: Gail Fitts, P.O. Box 9021, Holland, MI 49422-9021
7982904 +USON L.P., Attention: Ron Jacobson, 8640 N. Eldridge Parkway, Houston, TX 77041-1233
7982886 +Ulbrich of Illinois, Attention: John Wooding, 57 Dodge Avenue, North Haven, CT 06473-1119
7983177 +Umana, Zully, 1408 Desierto Rico, El Paso, TX 79912-8434
7983178 +Underwood, Lysandra J., 7255 Lee Hwy #123, Chattanooga, TN 37421-1701
7982889 +Underwriters Laboratory, Attention: Charles Rego, Esq., 333 Pfingsten Road, Northbrook, IL 60062-2002
10699161 +United Parcel Service, c/o Receivable Management Services, PO Box 4396, Timonium, Maryland 21094-4396
7982891 United Parcel Service, Attention: Bill Dingler, P.O. BOX 85036, Louisville, KY 40285-5036
7982892 +United Plastics Group, Inc., Attention: Richard Harris, 900 Oakmont Lane, Suite 100, Westmont, IL 60559-5573
8579077 +United States Trustee, Ira Bodenstein, 227 W Monroe, Suite 3350, Chicago, IL 60606-5099
7982893 +United Tooling, ATTENTION: CHIEF FINANCIAL OFFICER, 6732 Mesa Grande Avenue, El Paso, TX 79912-3222
7982905 +Utility Manufacturing Compoany, Attention: Loring Reed, P.O. Box 758, North Wilbraham, MA 01095-0758
8667726 +Utility Resource Management Group Inc, 2894 S Coast Highway Suite 1, Laguna Beach, CA 92651-3964
7982906 +VAN DORN DEMAG, Attn: ENRIQUE MIRAMONTES, 11792 ALAMEDA DR., STRONGSVILLE, OH 44149-3000
7982907 VANDORN PLASTIC MACHINERY, ATTENTION: CHIEF FINANCIAL OFFICER, P.O. BOX 8849, STRONGSVILLE, OH 44136
7982909 +VAUGHAN, Attn: JUSTIN, 364 MONTE-ELMA ROAD, MONTESANO, WA 98563-9798
7982911 +VERIZON NORTH, ATTENTION: CHIEF FINANCIAL OFFICER, 111 S. MAIN, KEWANEE, IL 61443-2227
7982918 +VILLAGE OF SUGAR GROVE, ATTENTION: CHIEF FINANCIAL OFFICER, DEPT. OF PUBLIC WORKS, P.O. BOX 83, SUGAR GROVE, IL 60554-0083
7982921 VITRONIC CORP., ATTENTION: CHIEF FINANCIAL OFFICER, NEWMARKET INDUSTRIAL PARK, FORBES ROAD, NEWMARKET, NH 03857
7983179 +Van Eman, Nancy S., 356 Century Drive, Rossville, GA 30741-4835
7982908 +Vanguard Tool & Engineering, Attention: Gary Donaldson, 555 W. Carboy Road, Mt. Prospect, IL 60056-5706
7983180 +Velazquez, Maria I., 16421 Galena Rd, Plano, IL 60545-9657
7983181 +Veloz, Flavia M., 9403 Somerset Dr., Ooltewah, TN 37363-8018
7982910 Veriad, Attention: Lonnie Long, PO Box 2216, Brea, CA 92822-2216
8199156 +Verizon North Inc, AFNI/Verizon, 404 Brock Drive, Bloomington, IL 61701-2654
7982912 +Viasystems, Attention: Martin Corral, 1435 A Henry Brennan, El Paso, TX 79936-6854
7982913 +Vibracraft, Inc., Attention: Kristine Baumann, 15760 Willowbrook Road, PO Box 157, South Beloit, IL 61080-0157
7982916 +Viking Chemical Company, Attention: Barbara Emanuel, P.O. Box 1595, Rockford, IL 61110-0095
7982917 +Viking Rubber Products, Attention: Dave Wykoff, 181 Gemini, Brea, CA 92821-3702
7982922 Volunteer Express, Inc., Attention: Bob Maloney, P O Box 100886, Nashville, TN 37224-0886
10771645 +W.W. Grainger, Inc., Folarin Dosummu, Lord Bissell & Brook LLP, 111 S Wacker Drive, Chicago, IL 60606-4410
7982923 +WALMAN OPTICAL, ATTENTION: CHIEF FINANCIAL OFFICER, P.O. BOX 9440, MINNEAPOLIS, MN 55440-9440
7982924 +WALTER A. WOOD, ATTENTION: CHIEF FINANCIAL OFFICER, 5638 MANCHESTER HWY, MORRISON, TN 37357-7503
7982927 WASTE MANAGEMENT - WEST, ATTN: COMMERCIAL DEPT., P.O. BOX 2105, BEDFORD PARK, IL 60499-2105
7982932 WELLS FARGO EQUIP. FINANCE, ATTENTION: CHIEF FINANCIAL OFFICER, NW-8178, P.O. BOX 1450, MINNEAPOLIS, MN 55485-8178

7982933 WELLS FARGO FINANCIAL, ATTENTION: CHIEF FINANCIAL OFFICER, CONSECO FINANCE VENDOR, P.O. BOX 6167, CAROL STREAM, IL 60197-6167
7982934 +WEST SIDE IND. SUPPLY INC, ATTENTION: CHIEF FINANCIAL OFFICER, 1530 N. LAFOX, SOUTH ELGIN, IL 60177-1249
7982937 WIESE PLANNING & ENG., Attn: ALLAN, CIVIC INDUSTRIAL PARK, LASALLE, IL 61301
7983193 ++++WILEY, SHUNTAL L., 3708 CARL WHITE PL, CHATTANOOGA TN 37410-1267 (address filed with court: Wiley, Shuntal L., 3708 Fredrick St., Chattanooga, TN 37410)
7983194 ++++WILKES, ALI E., 5048 SHOALS LN, CHATTANOOGA TN 37416-1016 (address filed with court: Wilkes, Ali E., 5014 Shoals Lane, Apt. #A, Chattanooga, TN 37416)
7983196 ++++WILLIAMS, DARRYL E., 7213 GARFIELD RD, HARRISON TN 37341-4965 (address filed with court: Williams, Darryl E., 7211 B Garfield Rd, Harrison, TN 37341)
7982941 +WIRE EDM SERVICES, Attn: TIM KING, PO BOX 1421, HIXSON, TN 37343-5421
7982944 ++++WISTECH CONTROLS, ATTN: ALFREDO MONTOYA, 6425 BOEING DR STE B7, EL PASO TX 79925-1053 (address filed with court: WISTECH CONTROLS, Attn: ALFREDO MONTOYA, 6425 BOEING SUITE B-7, EL PASO, TX 79925)
7982945 +WKK Technologies, Attention: Wayne Szurka, 1307 S. Mary Avenue, Suite 201, Sunnyvale, CA 94087-3052
7983182 +Walker, Mary Sue, 8740 Ooltewah, Georgetown Rd., Ooltewah, TN 37363-9707
7983183 +Walker, Rita L., 2006 S. Lyerly St., Chatltanooga, TN 37404-5225
7982925 #Walter A. Wood Supply Company, Inc., Attention: Pam Humphrey, P.O. Box 72847, Chattanooga, TN 37407-5847
7983184 +Warren, Antwane, 5215 Slayton Ave, Chattanooga, TN 37410-2228
7983185 +Warren, Jajuan Alex, 4123 Wilkesview Dr., Apt. D, Chattanooga, TN 37416-3327
7982926 +Warrens Backhoe Bobcat, Attention: Warren Hestekin, P.O. Box 176, Sugar Grove, IL 60554-0176
7982928 +Water Treatment Resources of Chattanooga, Attention: Scott Roberts, 2022 Polymer Drive, Chattanooga, TN 37421-2275
7983186 +Watkins, Steve E., 2615 E. 19th Street, Chattanooga, TN 37404-5419
7983187 +Watson, Destinie C., 121 Goodson Ave., Apt. #d, Chattanooga, TN 37405-4721
7983188 +Weaver, Hugh D., 1007-A N. Moore Rd., Chattanooga, TN 37411-2581
7982931 +Weber Screwdriving System, Attention: Chief Financial Officer, P.O. Box 577, Mt. Kisco, NY 10549-0577
8050327 +Weber Screwdriving Systems Inc, 1401 Front Street, Yorktown Heights, NY 10598-4639
7983189 +Welch, Tulai L., P. O. Box 8173, Chattanooga, TN 37414-0173
8165301 +Wells Fargo Equipment Finance Inc, c/o Steven A Domanowski Esq, Bell Boyd & Lloyd LLC, 70 W Madison Street Suite 3300, Chicago, IL 60602-4243
7982935 +West Suburban Travelers Limousine, Inc, Attention: Chief Financial Officer, 27W291 GENEVA ROAD, WINFIELD, IL 60190-2043
7983222 +Whelan, Tim, 2702 Paoli Pike #29, New albany, IN 47150-5172
7983190 +White, Regina D., 723 Del Mar Dr., El Paso, TX 79932-2437
7983191 +Widuch, Mark J, 1192 Ridgewood Circle, Lake in the Hills, IL 60156-5917
7982938 +Wilcas Wire Company, Attention: Mark Patel, 342 Homestead Road, Nashville, TN 37207-2912
7983192 +Wiley, Laticia A., 3829 Central Ave., Chattanooga, TN 37410-1732
7983195 +Wilkinson, Gordon S., 13357 Allyn St., Plainfield, IL 60585-2167
7982939 William Dudek Manufacturing, Attention: William Dudek, 4901 W. Armitage, Chicago, IL 60639-3295
7983197 +Williams, Richard K., 90 Japonca Dr., Flintstone, GA 30725-2489
7983198 +Williams, Sonji A., 7310 Standifer Gap, Rd. Apt 214, Chattanooga, TN 37421-1400
7983199 +Williams, Terry E., 4011 E. Freedom Cr., Ooltewah, TN 37363-8851
7983200 +Williams, Vanessa, 2105 Taylor Street, Chattanooga, TN 37406-3845
7982940 +Winware, Attention: Jim Mahan, 1130 Northchase Parkway SE, Suite 100, Marietta, GA 30067-6414
7982942 +Wisconsin Label Corporation, WS Packaging Group Inc, Attention Chief Financial Officer, PO Box 127, Algoma, WI 54201-0127
7982946 +Wolverine Metal Stamping, Attention: Bruce Weber, 3600 Tennis Court, St. Joseph, MI 49085-9502
8122325 +Worldcom International Data Services Inc, 201 Centennial Ave, Piscataway, NJ 08854-3909, Attn Finance Dept
7982948 +YAMAZEN INC., 735 EAST REMINGTON ROAD, SCHAUMBURG, IL 60173-4574
7982947 +Yale Carolinas Inc., Attention: Joe Wheeler, PO Box 34257, Charlotte, NC 28234
8315631 +Yellow Transportation Inc, c/o D&B/RMS Bankruptcy Services, PO Box 5126, Timonium, Maryland 21094-5126
7982949 +Yellow Transportation, Inc., Attention: Chief Financial Officer, 10990 Roe Avenue, Overland Park, KS 66211-1213
7982950 +Yillik Precision Industries, Attention: Michele Bailey, P.O. Box 820, Ontario, CA 91762-8820
7983201 +Young, Julie, P.O. Box 256, Old Fort, TN 37362-0256
7983202 +Young, Willis J., 1190 Sunset Tr., N.E. Apt. #1, Cleveland, TN 37311-4727
7982951 +ZERO-MAX, ATTN: CHIEF FINANCIAL OFFICER, 13200 SIXTH AVENUE NORTH, MINNEAPOLIS, MN 55441-5509
7982952 +Zhitech Corporation, Attention: Chief Financial Officer, 1755 Chadwicke Circle, Naperville, IL 60540-0398
8021495 +Zurich North America, a/k/a Zurich America Insurance Company, 1400 American Lane, Schaumburg, IL 60196-1091, Attn Mary Perlick

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7982179 E-mail/Text: g20956@att.com Dec 31 2013 23:16:48 AT & T Wireless Services, Attention: Chief Financial Officer, P.O. Box 8220, Aurora, IL 60572-8220
8383808 +E-mail/Text: g20956@att.com Dec 31 2013 23:16:48 AT&T Wireless, AWS Banko, PO Box 309, Portland, OR 97207-0309
7982112 +E-mail/Text: leonards@absqc.com Dec 31 2013 23:15:28 Advance Business Systems, Attention: Chief Financial Officer, 3001 Avenue of the Cities, Moline, IL 61265-4319
7982115 +E-mail/Text: leonards@absqc.com Dec 31 2013 23:15:28 Advanced Business Systems, Attention: Sue Leonard, 3001 Avenue of the Cities, Moline, IL 61265-4319
8730782 +Fax: 817-967-2937 Dec 31 2013 23:32:19 American Airlines Inc, Universal Air Travel Plan, Air Travel CArd Collections, 7645 E 63rd Street MD 782, Tulsa, OK 74133-1208
7982209 +E-mail/Text: creditmanagement@sage.com Dec 31 2013 23:15:31 Best Software Inc., Attention: Chief Financial Officer, 2325 Dulles Corner Blvd., Suite 800, Herndon, VA 20171-4677
7982223 +E-mail/Text: tlane@boltsnuts.com Dec 31 2013 23:15:31 Bolts and Nuts, Inc., Attention: Mark Crandall, 1900 E. 28th Street, Chattanooga, TN 37407-1047
7982289 E-mail/Text: g20956@att.com Dec 31 2013 23:16:48 CINGULAR WIRELESS, ATTENTION: CHIEF FINANCIAL OFFICER, P.O. Box 6428, Carol Stream, IL 60197-6428
8162993 +E-mail/Text: PDOUGLAS@CFNBC.COM Dec 31 2013 23:16:58 California First Leasing Corporation, c/o Priscilla H Douglas Esq, Office of the General Counsel, 18201 Von Karman Ave Suite 800, Irvine, CA 92612-1092
7982261 +E-mail/Text: legal@centraltransport.com Dec 31 2013 23:16:32 Central Transport, Attention: Chief Financial Officer, P.O. Box 33299, Detroit, MI 48232-5299
7982263 E-mail/Text: bklaw2@centurylink.com Dec 31 2013 23:15:59 Century Tel, Attention: Chief Financial Officer, P.O. Box 6000, Marion, LA 71260-6000
7982306 E-mail/Text: legalcollections@comed.com Dec 31 2013 23:16:50 ComEd, Attention: Chief Financial Officer, BILL PAYMENT CENTER, CHICAGO, IL 60668-0001
7982376 +E-mail/Text: malindam@eastsideutility.com Dec 31 2013 23:15:39 EASTSIDE UTILITY DISTRICT, Attention: Chief Financial Officer, P.O. BOX 22037, Chattanooga, TN 37422-2037
7982397 Fax: 423-648-1318 Dec 31 2013 23:52:19 EPB TELECOM, Attention: Chief Financial Officer, P.O. BOX 182250, CHATTANOOGA, TN 37422-7250
7982384 +Fax: 423-648-1318 Dec 31 2013 23:52:19 Electric Power Board of Chattanooga, Attention: Chief Financial Officer, 536 Market Street, Chattanooga, TN 37402
8100937 +Fax: 423-648-1318 Dec 31 2013 23:52:19 Electric Power Board of Chattanooga, Attn Telecommunications, PO Box 182255, Chattanooga, Tennessee 37422-7255
7982456 E-mail/PDF: gecsedi@recoverycorp.com Dec 31 2013 23:20:37 GE CAPITAL, ATTENTION: CHIEF FINANCIAL OFFICER, PO BOX 740441, ATLANTA, GA 30374-0441
8855178 +E-mail/Text: capitalbankruptcynotice@ge.com Dec 31 2013 23:16:35 GE Capital, Attn Denise Glsvold, PO Box 3083, Cedar Rapids, IA 52406-3083
7982462 E-mail/Text: pamv@getzfire.com Dec 31 2013 23:15:31 GETZ FIRE EQUIPMENT CO., ATTENTION: CHIEF FINANCIAL OFFICER, PO BOX 419, PEORIA, IL 61651-0419
7982468 +E-mail/Text: scd_bankruptcynotices@grainger.com Dec 31 2013 23:15:48 GRAINGER, ATTENTION: CHIEF FINANCIAL OFFICER, DISTRIBUTION CENTER, 1400 LOMALAND DRIVE, EL PASO, TX 79935-4703
7982470 +E-mail/Text: scd_bankruptcynotices@grainger.com Dec 31 2013 23:15:48 GRAINGER, INC, ATTENTION: CHIEF FINANCIAL OFFICER, 2701 OGDEN AVE, DOWNERS GROVE, IL 60515-1704
7983234 E-mail/Text: cio.bncmail@irs.gov Dec 31 2013 23:15:16 Department of the Treasury-Internal Revenue Servic, Centralized Insolvency Operations, P O Box 21126, Philadelphia, PA 19114
7982576 +E-mail/Text: lwells@laganowskiassociates.com Dec 31 2013 23:15:40 Laganowski & Associates, Attention: Chief Financial Officer, 784 St. Mary’s Parkway, Buffalo Grove, IL 60089-2025
7982594 +E-mail/PDF: gecsedi@recoverycorp.com Dec 31 2013 23:19:37 Lowes Business Account, Attention: Chief Financial Officer, PO BOX 4554, Carol Stream, IL 60197-4554
7982660 +E-mail/Text: legaldept@mscdirect.com Dec 31 2013 23:15:10 MSC Industrial Supply, Inc., Attention: Nicholas Gallo, 75 Maxess Road, Melville, NY 11747-3151
7982635 +E-mail/Text: bschmidt@metalsusa.com Dec 31 2013 23:16:31 Metals USA Carbon Flat Rolled Inc, Metals Attention : Brian Schmidt, 1070 W Liberty Street, Wooster, OH 44691-3308
7982678 E-mail/Text: bankrup@aglresources.com Dec 31 2013 23:14:59 NICOR, ATTN: CHIEF FINANCIAL OFFICER, PO BOX 416, AURORA, IL 60568-0001
8269883 +E-mail/Text: bankrup@aglresources.com Dec 31 2013 23:14:59 Nicor Gas, PO Box 549, Aurora, IL 60507-0549
7982685 +E-mail/Text: dianne.ranieri@chemetall.com Dec 31 2013 23:15:26 OAKITE PRODUCTS, INC., Attn: Barb, 13177 HURON RIVER DR., ROMULUS, MI 48174-3699
7982706 E-mail/Text: bankruptcy@unum.com Dec 31 2013 23:15:02 PAUL REVERE LIFE INSURANCE COMPANY, ATTENTION: CHIEF FINANCIAL OFFICER, 18 CHESTNUT STREET, WORCESTER, MA 01608-1528
7982717 +E-mail/Text: bankruptcy@pb.com Dec 31 2013 23:16:51 PITNEY BOWES, ATTENTION: CHIEF FINANCIAL OFFICER, 27 WATERVIEW DR., SHELTON, CT 06484-4301
7982736 E-mail/Text: bankruptcy@pb.com Dec 31 2013 23:16:51 PURCHASE POWER, ATTENTION: CHIEF FINANCIAL OFFICER, PO BOX 85042, LOUISVILLE, KY 40285-5042
8370288 +E-mail/Text: ssberna@parker.com Dec 31 2013 23:16:57 Parker Hannifin Corporation, Tech-Seal Name, 6035 Parkland Blvd, Cleveland, OH 44124-4186
7982821 +E-mail/Text: cpyle@southerntoolsteel.com Dec 31 2013 23:15:40 SOUTHERN TOOL STEEL, INC, ATTENTION: CHIEF FINANCIAL OFFICER, PO BOX 699, 2726 KANASITA DRIVE, CHATTANOOGA, TN 37343-4090
8057401 E-mail/Text: appebnmailbox@sprint.com Dec 31 2013 23:15:45 Sprint Communications Company LP, M/S KSOPHT0101-Z2900, 6391 Sprint Parkway, Overland Park, KS 66251

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

7982825 +E-mail/Text: Lillian.flatt@standardregister.com Dec 31 2013 23:15:21 STANDARD REGISTER CO., ATTENTION: CHIEF FINANCIAL OFFICER, P.O. BOX 91047, CHICAGO, IL 60693-1047
8028905 +E-mail/Text: cpyle@southerntoolsteel.com Dec 31 2013 23:15:40 Southern Tool Steel Inc, PO Box 699, Hixson, TN 37343-0699
7982899 +E-mail/Text: bankruptcy@unum.com Dec 31 2013 23:15:02 UNUM LIFE INSURANCE COMPANY OF AMERICA, ATTENTION: CHIEF FINANCIAL OFFICER, 2211 CONGRESS STREET, PORTLAND, ME 04102-1955
7982914 +E-mail/Text: account.receivable@videojet.com Dec 31 2013 23:16:03 Videojet Technologies, Attention: Mark Kuhn, 1500 Mittel Blvd., Wooddale, IL 60191-1072
7982915 E-mail/Text: account.receivable@videojet.com Dec 31 2013 23:16:03 Videojet Technologies Inc., Attn: Account # 5182, 1500 Mittel Blvd., Wood Dale, IL 60191-1073
10704936 +E-mail/Text: jhenry@vol.com Dec 31 2013 23:15:45 Walter A Wood Supply Co Inc, c/o James L Henry Jr, 412 Broad st, Chattanooga, TN 37402-1219

TOTAL: 41

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

7982097 ABBCO, Inc., Attention: Felipe Manalo, 26 N. Garden Avenue
7982098 Bensenville, IL 60106
7982213 Black Box Corporation, Attention: Carol Wacker
7982237 Business & Legal Reports, Attention: Chief Financial Officer, 39 Academy Street
7982542 EL PASO, TX 79928
7982444 GE Capital
7982453 Gaunt Industries, Attention: Chief Financial Officer
7982541 JOE W. FLY CO.INC., ATTENTION: CHIEF FINANCIAL OFFICER, 10700 ROBIN ROAD
7982544 John Amann Sons Co.
7982608 Knoxville, TN 37950
7982649 MILL & MINE SUPPLY CO. INC., Attn: DEE LAWRENCE, 300 Cherokee Blvd, PO Box 4210
7982601 Mach 1 Air Services
7982607 Major Tool Company, Attention: Rod Rzezutko, P.O. Box 52830
7983098 Manhrasamy, Khammany, 218 Steele Road
7983099 Rossville, GA 30741
7982896 Universal Instruments, Attention: Chief Financial Officer
7982919 VITAFOAM, INC., Attn: DOUG BARROW
7982943 Wisconsin Label Corporation
10909088 Wolverine Metal Stamping Inc.
7982136* +Alger Manufacturing Company, Inc., Attention: Duane Femrite, 724 S. Bon View Avenue, Ontario, CA 91761-1913
9733654* +Central Steel & wire, Attention Jim Rinn, 3000 W 51st Street, Chicago, IL 60632-2122
7982288* +CiberNET, Attention: Mary Macias, 6767 Viscount Blvd., Suite 102, El Paso, TX 79925-3615
9741980* +Dynacast Inc, Attention: C Geick, 195 Corporate Drive, Elgin, IL 60123-9355
7982446* +G&G Stamping & Fabrication, Attention: Chief Financial Officer, 282 Barnes Road, Cookeville, TN 38506-8200
9849415* +Southern Tool Steel Inc, PO Box 699, Hixson, TN 37343-0699
9765666* +Tennessee Department of Revenue, c/o Attorney General, PO Box 20207, Nashville, TN 37202-4015
9770700* +The Bailey Company, Attention Phyllis Keith, 501 Cowan Street, Nashville, TN 37207-5617
7982110 ##+ADT Security Services, Attention: Chief Financial Officer, 2250 W. Pinehurst Blvd., Suite 100, Addison, IL 60101-6100
7982171 ##+ARRK Product Dev. Group Headquarters, Attention: Rebecca Lascio, 8880 Rehco Road, San Diego, CA 92121-3265
7982138 ##+Allan Peterson, P O Box 224, Cherry, IL 61317-0224
7982148 ##+Aloha Freightways, Inc., Attention: Chief Financial Officer, 1720 W. Cortland Court, Addison, IL 60101-4208
7982158 ##Ameritech (SBC), Attention: Chief Financial Officer, PO Box 4520, Carol Stream, IL 60197-4520
7982167 ##+Aramark Uniform Services, Attention: Kelly or Jamie, P.O. Box 7177, 215 - 18th Avenue, Rockford, IL 61104-5126
7982174 ##+Artos Engineering Co., Attention: Donna Freitag, P.O. Box 1650, Waukesha, WI 53187-1650
7982204 ##+Beltmann Group, Attention: Chief Financial Officer, 320 E. Fullerton Avenue, Carol Stream, IL 60188-1866
7982230 ##+Buehler Ltd., Attention: Chief Financial Officer, P.O. Box 1, 41 Waukegan Road, Lake Bluff, IL 60044-1691
7982292 ##+CINTAS FIRST AID & SAFETY, ATTENTION: CHIEF FINANCIAL OFFICER, 2847 JOHN DEERE DR, SUITE 103, KNOXVILLE, TN 37917-4864
7982250 ##+Cannon Gasket, Attention: Billy Cannon Jr., 287 Industry Way, Upland, CA 91786-4570
8159889 ##+Cushman & Wakefield of Illinois Inc, Luisa Sepulveda, 455 N Cityfront Pl Dr Ste 2800, Chicago, IL 60611-5325
7982353 ##+Dexen Industries, Attention: Patricia Vega, 9832 Kale Street, South El Monte, CA 91733-1816
7982404 ##+ETTACO, ATTENTION: CHIEF FINANCIAL OFFICER, 8828 S. HARDY ST. STE 101, TEMPE, AZ 85284-2898
7982409 ##EXPEDITED TRANSPORT ASSOCIATES, INC., ATTENTION: CHIEF FINANCIAL OFFICER, P O BOX 3248, COOKEVILLE, TN 38502-3248
7982388 ##+Elementis Specialities, Attention: Carole Muth, 329 Wyckoffs Mill Road, Highstown, NJ 08520-9762
7982393 ##+Employment Connection, Attention: Chief Financial Officer, P.O. Box 5322, Cleveland, TN 37320-5322
8160858 ##+Fisher Scientific, Gary Barnes Regional Credit Manager, Fisher Scientific, 2000 Park Lane, Pittsburgh PA 15275-1118

***** BYPASSED RECIPIENTS (continued) *****

7982503 ##HOME DEPOT CREDIT SERVICES, ATTENTION: CHIEF FINANCIAL OFFICER, PO BOX 6031, THE LAKES, NV 88901-6031
7982533 ##+JAMEL CONTAINERS LLC, ATTENTION: CHIEF FINANCIAL OFFICER, 1604A SYLVANIA ROAD, PO BOX 680646, FORT PAYNE, AL 35968-1607
7982536 ##+JAMES WILSON CO., ATTENTION: CHIEF FINANCIAL OFFICER, P.O. BOX 9536, CHATTANOOGA, TN 37412-0536
7982553 ##Kane County Collector, Attention: Chief Financial Officer, P.O. Box 4000, Carol Stream, IL 60197-4000
7982696 ##OSF HEALTHPLANS, ATTENTION: CHIEF FINANCIAL OFFICER, P.O. BOX 558, PEORIA, IL 61651-0558
7982701 ##+PARKER INDUSTRIAL TOOL CO., ATTENTION: CHIEF FINANCIAL OFFICER, 803 DODDS AVE., P.O. BOX 3506, CHATTANOOGA, TN 37404-0506
7982703 ##+Parkview Metal Products, 1275 E Nsell Road, Lake Zurich, IL 60047-1532
7982709 ##+Peru Tool & Die, Inc., Attention: Eric Kostellic, 8 Wolfer Industrial Park, Spring Valley, IL 61362-9702
7982752 ##+R.S. HUGHES CO. INC., Attn: JAIME, 11394 JAMES WATT DR. #616, EL PASO, TX 79936-6443
7982794 ##+Saunders Enterprises, Inc., Attention: Chief Financial Officer, 11-51 44th Road, Long Island City, NY 11101-5115
7982852 ##Tencarva Machinery Co., Attention: David Kirkman, P.O. Box 35705, Greensboro, NC 27425-5705
7982936 ##+WEST TOWN REFRIGE. CORP., ATTENTION: CHIEF FINANCIAL OFFICER, 947 S. RIDGELAND CORP, OAK PARK, IL 60304-2113
7982929 ##+Wayne Wire Cloth, Attention: P.R. Malone, 200 E Dresden St, PO Box 550, Kalkaska, MI 49646-0550

TOTALS: 19, * 8, ## 31

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2014 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2013 at the address(es) listed below:

Alexander Rabinsky on behalf of Creditor Metal-Matic, Inc. arabinsky@schiffhardin.com
Alexander Rabinsky on behalf of Defendant Metal-Matic, Inc. arabinsky@schiffhardin.com
Allen J Guon on behalf of Debtor Appliance Control Group Inc et al aguon@shawfishman.com, cowens@shawfishman.com
Allen J Guon on behalf of blank Appliance Controls Group Holdings aguon@shawfishman.com, cowens@shawfishman.com
Arthur W Rummler on behalf of Plaintiff David E Grochocinski arthur.rummler@gmail.com, artrummler@juno.com
Beth A. Osborn on behalf of Defendant Focus Logistics, Inc. beth@jnlegal.net
Brandy Sargent, A on behalf of Creditor Committee Official Committee of Unsecured Creditors , erheaston@stoel.com;docketclerk@stoel.com;obhaker@stoel.com;cejordan@stoel.com
Brian M. Graham on behalf of Debtor Appliance Control Group Inc et al bmgrahampack@sbcglobal.net
Chad J Layton on behalf of Defendant Alcoa Extrusions, Inc. clayton@smsm.com
Christina Schmucker on behalf of Defendant Alcoa Extrusions, Inc. cschmucker@smsm.com
Christopher J. Horvay on behalf of Creditor David E Mack chorvay@SugarFGH.com, mmelickian@sugarfgh.com;chorvay@sugarfgh.com;joconnor@sugarfgh.com;mbrandess@sugarfgh.com;bkdocket@sugarfgh.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Cindy M. Johnson on behalf of Defendant Focus Logistics, Inc. cjohnson@jnlegal.net, KLindsey@jnlegal.net
Cynthia G. Feeley on behalf of Defendant Roseland Metal Products Company feeleypc@aol.com
Daniel A Zazove on behalf of Defendant Leggett & Platt, Incorporated docketchi@perkinscoie.com
Daniel J Mcguire on behalf of Creditor Transamerica Business Credit Corporation , ECF_BANK@winston.com
David E Grochocinski on behalf of Trustee David E Grochocinski lawyers@innovalaw.com, lawyers@innovalaw.com
David E Grochocinski dgrochocinski@innovalaw.com, deg@trustesolutions.net
David E Grochocinski on behalf of Plaintiff David E Grochocinski lawyers@innovalaw.com, lawyers@innovalaw.com
David P Lloyd on behalf of Trustee David E Grochocinski courtdocs@davidlloydlaw.com
David P Lloyd on behalf of Plaintiff David E Grochocinski courtdocs@davidlloydlaw.com
David R Herzog on behalf of Creditor Harrison Horan drhlaw@mindspring.com, herzogschwartz@gmail.com
David R Herzog on behalf of Creditor Saxonburg Ceramics, Inc. drhlaw@mindspring.com, herzogschwartz@gmail.com
David R. Carlson on behalf of Defendant Major Tool Company dcarlson@mbwulaw.com
Deborah L. Thorne on behalf of Creditor Wolverine Metal Stamping Inc dthorne@btlaw.com, jbennett@btlaw.com
Donald F Black on behalf of Defendant House of Metals, Inc. mrdfb@aol.com
Edward S. Margolis on behalf of Defendant Cesar-Scott, Inc. emargolis@tellerlevit.com
Edward S. Margolis on behalf of Defendant Hariom Associates emargolis@tellerlevit.com
Eileen M Sethna on behalf of Defendant Federal Express Corporation esethna@chuhak.com, rsaldivar@chuhak.com
Elizabeth E Richert on behalf of Defendant Optimum Staffing Incorporated erichert@colemanlawfirm.com, dmueller@colemanlawfirm.com
Elizabeth E Richert on behalf of Defendant William Dudek Manufacturing Co. erichert@colemanlawfirm.com, dmueller@colemanlawfirm.com
Eugene J Geekie, JR on behalf of Defendant Metal-Matic, Inc. egeekie@freeborn.com, bkdocketing@freeborn.com
Eugene J Geekie, JR on behalf of Creditor Metal-Matic, Inc. egeekie@freeborn.com, bkdocketing@freeborn.com
Faith Dolgin on behalf of Defendant Illinois Environmental Protection Agency faith.dolgin@illinois.gov
Faye B Feinstein on behalf of Creditor Committee Official Committee of Unsecured Creditors faye.feinstein@quarles.com, stella.love@quarles.com
Faye B Feinstein on behalf of Creditor Committee The Official Committee Of Unsecured Creditors of Appliance Control Group, Inc faye.feinstein@quarles.com, stella.love@quarles.com
Faye B Feinstein on behalf of Creditor Pre-Petition Ad Hoc Committee of Unsecured Creditors faye.feinstein@quarles.com, stella.love@quarles.com
Gerald F. Munitz on behalf of Defendant Jacobson Partners, a general partnership gmunitz@nealwolflaw.com, nwolf@nealwolflaw.com;dwolski@nealwolflaw.com;dgramlich@nealwolflaw.com
Gregg Szilagyi on behalf of Defendant Component Machinery and Engineering Company gs@tailserv.com
James Martignon on behalf of Defendant Component Machinery and Engineering Company jmartignon@ulmer.com, jnew@ulmer.com;kevans@ulmer.com
Jason Horwitz on behalf of Defendant Leggett & Platt, Incorporated jhorwitz@perkinscoie.com
Jennifer Rojas on behalf of Defendant General Electric Capital Corporation dba Ge Capital jrojas@costonlaw.com, stein@dlec.com
Jeremy M Downs on behalf of Defendant Electric Power Board of Chattanooga jeremy.downs@goldbergkohn.com, kristina.bunker@goldbergkohn.com
Jeremy M Downs on behalf of Defendant Jacobson Partners, a general partnership jeremy.downs@goldbergkohn.com, kristina.bunker@goldbergkohn.com
John D. Burke on behalf of Defendant Handy & Harman Tube Company, Inc. john.burke@icemiller.com, karen.gregg@icemiller.com
Joseph A Hess on behalf of Plaintiff David Grochocinski jhess@askfinancial.com
Joseph A Hess on behalf of Trustee David E Grochocinski jhess@askfinancial.com
Joseph A Hess on behalf of Defendant Electro Switch Corp. jhess@askfinancial.com
Joseph B DiRago on behalf of Defendant FEDEX Freight East, Inc. jdirago@lockelord.com
Kathryn A. Pamenter on behalf of Defendant Electric Power Board of Chattanooga kathryn.pamenter@goldbergkohn.com
Kelly L Mangan on behalf of Plaintiff David Grochocinski kmangan@askfinancial.com, gunderdahl@askfinancial.com
Kelly L Mangan on behalf of Trustee David E Grochocinski kmangan@askfinancial.com, gunderdahl@askfinancial.com
Kelly L Mangan on behalf of Defendant Elementis Specialties, Inc. kmangan@askfinancial.com, gunderdahl@askfinancial.com
Kimberly J Robinson on behalf of Defendant Wolverine Metal Stamping Inc. kim.robinson@bfkn.com
L. Judson Todhunter on behalf of Plaintiff Carl E Levi JTodhunter@howardandhoward.com
Linda M Holzrichter on behalf of Defendant HFR Precision Machining, Inc. holzrichterlaw@sbcglobal.net
Marc D Sherman on behalf of Defendant Rogers Metal Services, Inc. marc@mshermanlawoffice.com, info@mshermanlawoffice.com
Mark E Leipold on behalf of Creditor David E Mack mleipold@gouldratner.com, srodriguez@gouldratner.com;lgray@gouldratner.com
Mark E. Abraham on behalf of Creditor David E Mack mabraham@gouldratner.com, mhuerta@gouldratner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Michael M. Eidelman, ESQ on behalf of Defendant Hilco Capital LP meidelman@vedderprice.com, ecfdocket@vedderprice.com
Michael M. Eidelman, ESQ on behalf of Creditor Hilco Capital LP meidelman@vedderprice.com, ecfdocket@vedderprice.com
Michelle G Novick on behalf of Creditor Dilliard Partnership mgnovick@arnstein.com, lcsolomon@arnstein.com
Michelle J Fisk on behalf of Creditor Handy & Harman Tube Company, Inc. michelle.fisk@icemiller.com, michelle.fisk@icemiller.com
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
Robert M Fishman on behalf of Debtor Appliance Control Group Inc et al rfishman@shawfishman.com, kjanecki@shawfishman.com
Robert M Fishman on behalf of Debtor Appliance Controls Group Holdings rfishman@shawfishman.com, kjanecki@shawfishman.com
Roman Sukley on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov, roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
Roy R Brandys on behalf of Defendant Delram Transport, Inc. brandys@barronadler.com
Steve Jakubowski on behalf of Defendant William Dudek Manufacturing Co. sjakubowski@rsplaw.com, docketing@rsplaw.com
Steve Jakubowski on behalf of Defendant Optimum Staffing Incorporated sjakubowski@rsplaw.com, docketing@rsplaw.com
Steven A. Domanowski on behalf of Creditor Wells Fargo Equipment Finance Inc sdomanowski@bellboyd.com
Steven A. Domanowski on behalf of Creditor Burner Systems International Inc sdomanowski@bellboyd.com
Steven M Hartmann on behalf of Defendant FEDEX Freight East, Inc. shartmann@freeborn.com, bkdocketing@freeborn.com;nstinson@freeborn.com
Timothy A. Barnes on behalf of Defendant Alcoa Inc. tbarnes@curtis.com
Timothy A. Barnes on behalf of Attorney LeBoeuf, Lamb, Greene & MacRae, LLP tbarnes@curtis.com
Timothy J. Howard on behalf of Defendant Princeton Municipal thoward@howardandhoward.com, psepich@howardandhoward.com
Watson B. Tucker on behalf of Defendant Meaden Precision Machined Products Company wbtucker@smithtucker.com

TOTAL: 76