**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 04-14517-ABG |
| | § | |
| APPLIANCE CONTROL GROUP INC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 on 1/31/2014, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| | |
|---|---|
| Date Mailed:  12/24/2013 | By:  /s/ David E. Grochocinski |
| | Trustee |

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 04-14517-ABG |
|---|---|---|
| | § | |
| APPLIANCE CONTROL GROUP INC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $1,830,739.17
*and approved disbursements of* $1,783,314.89
*leaving a balance on hand of[1] :* $47,424.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | HILCO CAPITAL LP | $7,037.59 | $7,037.59 | $7,037.59 | $0.00 |
| 1 | CITY OF PRINCETON, IL | $17,783.77 | $17,783.77 | $17,783.77 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $47,424.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE, Trustee Fees | $77,996.18 | $76,541.42 | $1,454.76 |
| CLERK OF THE US BANKRUPTCY COURT, Clerk of the Court Costs | $260.00 | $0.00 | $260.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for chapter 7 administrative expenses: | $1,714.76 |
|---|---|---|
|  | Remaining balance: | $45,709.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $45,709.52 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $74,354.53 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 36 | GLENN DEYOUNG | $3,169.24 | $3,169.24 | $0.00 |
| 202 | SUNGARD | $4,772.00 | $4,772.00 | $0.00 |
| 258 | TENNESSEE DEPT OF REVENUE | $2,021.94 | $2,021.94 | $0.00 |
| 259 | TENNESSEE DEPT OF REVENUE | $4,431.03 | $4,431.03 | $0.00 |
| 292 | GIL GOSS | $1,055.96 | $1,055.96 | $0.00 |
| 303 | TENNESSEE DEPT OF REVENUE | $4,571.11 | $4,571.11 | $0.00 |
| 305 | TENNESSEE DEPT OF REVENUE | $201.26 | $201.26 | $0.00 |
| 306 | TENNESSEE DEPT OF REVENUE | $2,224.58 | $2,224.58 | $0.00 |
| 321 | MARK R. BOLDUC | $3,169.24 | $3,169.24 | $0.00 |
| 349 | HAMILTON COUNTY | $48,571.00 | $48,571.00 | $0.00 |
| 379 | CT CORPORATION | $167.17 | $167.17 | $0.00 |

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $45,709.52 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $17,867,352.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have

UST Form 101-7-NFR (10/1/2010)

been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 0 | ILLINOIS DEPARTMENT OF REVENUE | $355.59 | $17.05 | $0.89 |
| 0 | JP MORGAN CHASE | $171.87 | $8.24 | $0.43 |
| 0 | JP MORGAN CHASE | $734.88 | $35.25 | $1.82 |
| 0 | JP MORGAN CHASE | $2,963.21 | $142.13 | $7.35 |
| 1 | PC CONCEPTS LLC | $1,166.34 | $55.94 | $2.91 |
| 2 | INTERSTATE STEEL COMPANY | $30,353.48 | $1,455.76 | $75.45 |
| 3 | WAYNE WIRE CLOTH | $6,148.42 | $294.88 | $15.29 |
| 4 | ALLIED RIVET | $135.77 | $6.51 | $0.34 |
| 5 | FUTURE ELECTRONICS | $15,755.00 | $755.62 | $39.15 |
| 6 | LUCAS-MILHAUPT, INC. | $30,980.12 | $1,485.82 | $76.99 |
| 7 | DANAM CORPORATION | $150,621.85 | $7,223.88 | $374.35 |
| 8 | EXECUTONE OF CHATTANOOGA | $2,876.18 | $137.94 | $7.15 |
| 9 | PROFESSIONAL DRUG SCREENING SERVICES | $2,685.00 | $128.77 | $6.68 |
| 10 | PROFESSIONAL DRUG SCREENING SERVICES | $1,285.00 | $61.63 | $3.19 |
| 11 | CHANNEL PRODUCTS, INC. | $67,600.00 | $3,242.12 | $168.01 |
| 14 | MILES-LATTS | $42,066.00 | $2,017.50 | $104.55 |
| 15 | MILES-PLATTS | $30,307.89 | $1,453.58 | $75.32 |
| 17 | SOUTHERN TOOL STEEL, INC. | $74.84 | $3.59 | $0.19 |
| 18 | ARRK PRODUCT DEV. GROUP HEADQUARTERS | $520.53 | $24.96 | $1.30 |
| 19 | ATS STAFFING SERVICES | $5,716.26 | $274.15 | $14.21 |
| 20 | SHAKER RECRUITMENT ADVERTISING & COMMUNICATIONS | $12,528.34 | $600.86 | $31.14 |
| 21 | NOVAK BUSINESS FORMS | $2,581.89 | $123.83 | $6.42 |
| 22 | RINCHEM INC. | $10,375.00 | $497.59 | $25.78 |
| 23 | RC COIL SPRING MFG. | $104,796.48 | $5,026.08 | $260.45 |
| 24 | MSK EAST | $14,000.00 | $671.45 | $34.79 |

| | | | | |
|---|---|---:|---:|---:|
| 25 | LEASE CONSULTANTS | $18,284.50 | $876.93 | $45.44 |
| 26 | WEBER SCREWDRIVING SYSTEMS, INC. | $3,578.00 | $171.60 | $8.89 |
| 28 | AUTOMATED INDUSTRIAL SYSTEMS INC. | $1,436.28 | $68.88 | $3.57 |
| 29 | STEPHENSON & LAWYER, INC. | $931.85 | $44.69 | $2.32 |
| 32 | ELEMENTS | $51,646.61 | $2,476.99 | $128.36 |
| 33 | CIT TECHNOLOGY FINANCING | $22,224.31 | $1,065.89 | $55.23 |
| 34 | SPRINT COMMUNICATIONS COMPANY LP | $37,218.79 | $1,785.03 | $92.50 |
| 35 | CUSTOM SHEET METAL FABRICATORS, INC. | $4,670.44 | $224.00 | $11.60 |
| 36 U | GLENN DEYOUNG | $2,863.58 | $137.34 | $7.12 |
| 37 | COREY STEEL COMPANY | $6,216.36 | $298.14 | $15.45 |
| 38 | DYNACAST, INC. | $24,578.57 | $1,178.80 | $61.08 |
| 39 | WISCONSIN LABEL CORPORATION | $718.00 | $34.44 | $1.78 |
| 40 | STAPLES INC. | $1,333.96 | $63.98 | $3.31 |
| 41 | CARLSON'S LOCK SERVICE | $38.00 | $1.82 | $0.10 |
| 42 | ACTIVE GRINDING & MFG. CO | $589.79 | $28.29 | $1.46 |
| 43 | THE MCCALL COMPANY | $1,895.24 | $90.90 | $4.71 |
| 46 | ERNEST SCHAEFER, INC. | $214.53 | $10.29 | $0.53 |
| 47 | DIAMOND RIGGING CORPORATION | $18,497.65 | $887.15 | $45.98 |
| 48 | MANPOWER INTERNATIONAL INC. | $50,290.47 | $2,411.95 | $124.99 |
| 49 | ROCK RIVER FASTENER CORPORATION | $29,592.98 | $1,419.29 | $73.55 |
| 50 | KERNCO INSTRUMENTS | $126.12 | $6.05 | $0.31 |
| 51 | NATIONAL RIVET | $613.57 | $29.43 | $1.52 |
| 52 | C.L. NORTH | $1,058.82 | $50.78 | $2.63 |
| 53 | CAMBRIA SALES | $1,083.01 | $51.94 | $2.69 |
| 54 | MAPAL INC. | $2,824.06 | $135.44 | $7.02 |
| 55 | BEAD INDUSTRIES | $9,090.41 | $435.98 | $22.59 |
| 56 | ERA TOOL & MFG COMPANY, INC. | $28,524.11 | $1,368.03 | $70.89 |
| 57 | CRANE PRO SERVICES | $868.00 | $41.63 | $2.16 |
| 58 | NETWORKS INC. | $656.63 | $31.49 | $1.63 |
| 59 | CHATTANOOGA FIRE | $505.27 | $24.23 | $1.26 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| | PROTECTION INC. | | | |
| 60 | FRANTZ MFG | $1,733.42 | $83.14 | $4.30 |
| 61 | VAUGHAN | $9,821.36 | $471.04 | $24.41 |
| 62 | JAY CEE SALES & RIVET | $2,431.02 | $116.59 | $6.04 |
| 63 | GATES WASHER & MFG | $4,120.66 | $197.63 | $10.24 |
| 64 | RESORTES NEWCOMB | $30,084.96 | $1,442.89 | $74.77 |
| 65 | EYELET PRODUCTS & ENGINEERING CORP | $2,045.91 | $98.12 | $5.09 |
| 66 | KELSAN INC. | $2,185.55 | $104.82 | $5.43 |
| 67 | CAD XPRESS | $23,976.19 | $1,149.91 | $59.59 |
| 68 | CHASE FASTENERS | $463.60 | $22.23 | $1.16 |
| 69 | RADIX WIRE COMPANY | $89,351.88 | $4,285.35 | $222.07 |
| 70 | JOHN AMANN SONS CO | $27,420.29 | $1,315.09 | $68.15 |
| 71 | NATIONAL PACKAGING SOLUTIONS GROUP | $19,422.22 | $931.50 | $48.27 |
| 72 | FERNCO | $465.00 | $22.30 | $1.16 |
| 73 | WEST SUBURBAN TRAVELERS LIMOUSINE INC. | $634.50 | $30.43 | $1.58 |
| 75 | CANNON GASKET | $10,025.00 | $480.80 | $24.92 |
| 76 | SPANGLER SHEET METAL INC. | $14,058.62 | $674.26 | $34.94 |
| 77 | AMERICAN SPEEDY PRINTING | $538.30 | $25.82 | $1.33 |
| 78 | ALGER MFG CO., INC. | $221,332.18 | $10,615.18 | $550.08 |
| 79 | IPSCOT INC. | $1,178.00 | $56.50 | $2.93 |
| 80 | R&R INSTRUMENTATION | $500.27 | $23.99 | $1.25 |
| 81 | SILVIA COCOZZA | $3,137.81 | $150.49 | $7.80 |
| 82 | ASSOCIATED BAG | $21.61 | $1.04 | $0.05 |
| 83 | PYRAMID PACKAGING CO | $675.71 | $32.41 | $1.68 |
| 84 | FABRICATORS, INC. | $41,400.15 | $1,985.57 | $102.89 |
| 86 | WILLIAM DUDEK MFG | $2,958.21 | $141.88 | $7.35 |
| 87 | ABBATE SCREW PRODUCTS, INC. | $69,655.27 | $3,340.69 | $173.12 |
| 89 | BRADMARK INDUSTRIAL COATING | $30,725.38 | $1,473.60 | $76.36 |
| 90 | FORM PLASTICS | $3,451.29 | $165.53 | $8.57 |
| 92 | HB ROUSE & COMPANY | $730.86 | $35.05 | $1.82 |
| 93 | ROLL-AID CHEMICAL SUPPLY | $1,894.18 | $90.85 | $4.70 |
| 94 | R H BOELK TRUCK LINES INC. | $6,011.75 | $288.33 | $14.94 |
| 95 | DELRAM TRANSPORT INC. | $9,121.09 | $437.45 | $22.67 |

| | | | | |
|---|---|---:|---:|---:|
| 96 | YAMAZEN INC. | $5,825.00 | $279.37 | $14.48 |
| 97 | PRINCETON LAWN CARE | $1,176.00 | $56.40 | $2.92 |
| 99 | MIKRON CORPORATION - MONROE | $67,374.92 | $3,231.33 | $167.45 |
| 101 | VANGUARD TOOL & ENGINEERING | $14,054.71 | $674.07 | $34.93 |
| 102 | PRECISE STAMPING | $5,392.10 | $258.61 | $13.40 |
| 103 | DU-CO CERAMICS CO. | $8,149.71 | $390.86 | $20.26 |
| 104 | AMERICAN LAUBSCHER CORPORATION | $15,500.80 | $743.42 | $38.53 |
| 105 | BLOW PIPE SHEET METAL, INC. | $1,475.00 | $70.74 | $3.67 |
| 107 | GASKET ENGINEERING CO. | $901.44 | $43.23 | $2.24 |
| 109 | EXPRESS SHUTTLE | $142.00 | $6.81 | $0.35 |
| 110 | AUTOMATIC PRODUCTION EQUIPMENT, INC. | $4,377.05 | $209.93 | $10.87 |
| 111 | STATE-ALLEN CHUCKS, INC. | $4,728.04 | $226.76 | $11.75 |
| 113 | METRIC TREST | $2,611.00 | $125.22 | $6.49 |
| 114 | RODEN ELECTRICAL SUPPLY CO INC. | $27,154.67 | $1,302.35 | $67.49 |
| 115 | MARIA RAVIO | $3,137.81 | $150.49 | $7.80 |
| 116 | THE TOOL CRIB | $7,671.59 | $367.93 | $19.07 |
| 117 | AVANTI ENGINEERING INC. | $13,726.64 | $658.34 | $34.11 |
| 118 | H&M LIMOUSINE SERVICE | $363.00 | $17.41 | $0.90 |
| 119 | MSC INDUSTRIAL SUPPLY INC. | $23,058.86 | $1,105.91 | $57.31 |
| 121 | STATE TOOL & MFG | $6,872.00 | $329.58 | $17.08 |
| 122 | DRIV-LOK, INC. | $370.00 | $17.75 | $0.91 |
| 123 | PRINCETON INN | $26,128.05 | $1,253.11 | $64.94 |
| 125 | HARWIN INC. | $11,993.00 | $575.19 | $29.81 |
| 126 | SAUNDERS ENTERPRISES, INC. | $5,400.00 | $258.99 | $13.42 |
| 127 | HART CORPORATION | $3,120.19 | $149.65 | $7.75 |
| 128 | ROSELAND METAL PRODUCTS | $69,772.85 | $3,346.33 | $173.41 |
| 129 | BUREAU VALLEY CHIEF | $888.35 | $42.61 | $2.20 |
| 130 | MD HUBBARD SPRING COMPANY | $4,568.54 | $219.11 | $11.35 |
| 131 | VIBRACRAFT INC. | $4,350.00 | $208.63 | $10.81 |
| 132 | RSH LOLC | $1,013.67 | $48.62 | $2.52 |
| 134 | PACE INDUSTRIES | $206,573.71 | $9,907.36 | $513.40 |
| 135 | R&C PRODUCTS | $487.90 | $23.40 | $1.21 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 136 | CYTEC INDUSTRIES | $328.26 | $15.74 | $0.82 |
| 137 | ALLEN-BAILEY TAG & LABEL, INC. | $16,935.54 | $812.24 | $42.09 |
| 139 | WORLDCOM INTERNATIONAL DATA SERVICES INC. | $7,260.10 | $348.20 | $18.04 |
| 140 | JAMES MORGAN | $38,437.81 | $1,843.49 | $95.53 |
| 142 | ADVANCED AUTOMATIC MACHINING INC. | $22,370.76 | $1,072.91 | $55.60 |
| 143 | PILOT AIR FREIGHT | $1,787.00 | $85.71 | $4.44 |
| 144 | DAFNIOTIS, GERLADINE CACHAT | $3,137.81 | $150.49 | $7.80 |
| 145 | ATLANTA GAS LIGHT | $3,415.80 | $163.82 | $8.49 |
| 147 | ADVANCE COMPONENTS | $1,932.00 | $92.66 | $4.80 |
| 148 | LANGE MANUFACTURING | $1,266.94 | $60.76 | $3.15 |
| 149 | JAMIE GOLDBERG | $3,137.81 | $150.49 | $7.80 |
| 150 | JP ACQUISITION FUND III LP | $10,146,599.79 | $486,634.96 | $25,217.61 |
| 151 | NICORLAS KARLSON TRUST | $9,609.47 | $460.87 | $23.89 |
| 152 | SARA K JACOBSON TRUST | $19,218.90 | $921.75 | $47.76 |
| 153 | JACOBSON PARTNERS | $15,903.24 | $762.73 | $39.52 |
| 154 | BENJAMIN JACOBSON | $120,874.84 | $5,797.21 | $300.41 |
| 155 | VIRGINIA JULIANO | $3,137.81 | $150.49 | $7.80 |
| 156 | ADDISON PRECISION PRODUCTS | $8,618.80 | $413.36 | $21.42 |
| 157 | NNT CORPORATION | $773.75 | $37.11 | $1.92 |
| 159 | K&K SCREW PRODUCTS LLC | $14,674.44 | $703.79 | $36.47 |
| 161 | ACCOUNTEMPS/ATTN: MICHELE CABRAL | $9,837.19 | $471.80 | $24.44 |
| 162 | COMTECH NORTH AMERICA, LLC | $3,487.00 | $167.24 | $8.66 |
| 163 | ATHENS DISPENSARY | $494.48 | $23.72 | $1.22 |
| 164 | CHOO CHOO PACK INC. | $2,898.71 | $139.02 | $7.21 |
| 165 | SLIDEMATIC PRODUCTS COMPANY | $33,790.03 | $1,620.58 | $83.98 |
| 166 | NORSTAN INC. | $4,097.07 | $196.50 | $10.18 |
| 167 | TIM WHELAN | $7,687.56 | $368.70 | $19.10 |
| 169 | WEBER MARKING SYSTEMS | $223.00 | $10.70 | $0.55 |
| 170 | CDW COMPUTER CENTERS, INC. | $1,519.23 | $72.86 | $3.78 |

| | | | | |
|---|---|---:|---:|---:|
| 171 | ELECTRIC POWER BOARD OF CHATTANOOGA | $100.84 | $4.84 | $0.25 |
| 172 | USON LP | $1,755.82 | $84.21 | $4.36 |
| 173 | CUTTING TOOL ENGINEERS, INC. | $1,942.52 | $93.16 | $4.83 |
| 174 | SBC AMERITECH | $1,493.88 | $71.65 | $3.71 |
| 175 | ROMEROS ELECTRONICS | $2,116.75 | $101.52 | $5.26 |
| 176 | DENNIS JOHNSON | $21,179.87 | $1,015.79 | $52.64 |
| 177 | ROADWAY EXPRESS | $15,508.67 | $743.80 | $38.55 |
| 178 | ROESCH, INC. | $28,942.06 | $1,388.07 | $71.93 |
| 179 | DAVE CASOLARI | $1,081.64 | $51.88 | $2.68 |
| 180 | MCMASTER CARR | $8,592.09 | $412.08 | $21.35 |
| 181 | CUSHMAN & WAKEFIELD OF ILLINOIS INC. | $2,707.04 | $129.83 | $6.73 |
| 182 | FISHER SCIENTIFIC | $179.91 | $8.63 | $0.45 |
| 184 | WALTER CISOWSKI | $3,843.79 | $184.35 | $9.55 |
| 185 | PORTER PRECISION PRODUCTS CO | $19,573.82 | $938.77 | $48.65 |
| 186 | COFACT NORTH AMERICA INC. AS AGENT FOR ULBRICH STAINLESS ST | $20,970.07 | $1,005.73 | $52.12 |
| 188 | ALTSCHULER MELVOIN & GLASSER, LLP | $26,957.21 | $1,292.88 | $67.00 |
| 189 | MEADEN PRECISION MACHINED PRODUCTS CO | $53,748.96 | $2,577.82 | $133.59 |
| 190 | SEI ELECTRONIC INC. | $4,160.38 | $199.53 | $10.34 |
| 191 | STEEL STORE, C/O SISKIN STEEL & SUPPLY CO | $474.16 | $22.74 | $1.18 |
| 192 | OPTIMUM STAFFING INC. | $333,932.51 | $16,015.54 | $829.93 |
| 193 | FRONTEX INDUSTRIAL SUPPLY | $13,056.99 | $626.22 | $32.45 |
| 194 | ALL TEL | $297.76 | $14.28 | $0.74 |
| 195 | LAKES PRECISION INC. | $167.45 | $8.03 | $0.42 |
| 196 | TRI-STATE IND LUB INC. | $480.62 | $23.05 | $1.20 |
| 197 | MILAN EXPRESS | $2,945.11 | $141.25 | $7.32 |
| 198 | PARKVIEW METAL PRODUCTS | $63,503.76 | $3,045.67 | $157.82 |
| 199 | CENTURY CITY 1800 PARTNERSHIP LP | $167,967.09 | $8,055.77 | $417.45 |
| 200 | VERIZON NORTH INC | $122.48 | $5.87 | $0.31 |
| 201 | CNC MACHINING | $12,703.60 | $609.27 | $31.57 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 202 | SUNGARD | $101,159.00 | $4,851.63 | $251.41 |
| 203 | CHATT BUSINESS MACHINES INC. | $782.69 | $37.54 | $1.94 |
| 204 | CANYON CONTAINER CORPORATION | $69,051.56 | $3,311.74 | $171.62 |
| 205 | FLUID POWER ENGINEERING | $1,082.94 | $51.94 | $2.69 |
| 206 | COLE-PALMER INSTRUMENT COMPANY | $26.63 | $1.28 | $0.06 |
| 207 | NATHAN GANTCHER | $167,967.00 | $8,055.76 | $417.46 |
| 208 | NICOR GAS | $997.07 | $47.82 | $2.48 |
| 210 | ELAN INDUSTRIES | $5,000.00 | $239.80 | $12.43 |
| 211 | RCD COMPONENTS, INC. | $35,820.17 | $1,717.95 | $89.02 |
| 212 | A-1 GLOVE & TRUCKING CO | $13,289.12 | $637.35 | $33.03 |
| 213 | HENKEL LOCTITE CORP | $622.60 | $29.86 | $1.55 |
| 214 | LAB SAFETY SUPPLY | $83.47 | $4.00 | $0.21 |
| 216 | EXPERT DIE INC. | $1,950.00 | $93.52 | $4.85 |
| 217 | GARY ROERTS | $1,168.30 | $56.03 | $2.91 |
| 218 | DILLON IND TOOLS & ABRASIVE | $1,971.34 | $94.55 | $4.90 |
| 221 | HOUSE OF METALS INC. | $56,320.00 | $2,701.13 | $139.97 |
| 222 | CITICORP VENDOR FINANCE INC. | $1,185.74 | $56.87 | $2.95 |
| 223 | ARROW ELECTRONCIS | $811.76 | $38.93 | $2.02 |
| 224 | YELLOW TRANSPORTATION INC. | $719.18 | $34.49 | $1.79 |
| 225 | FLEXAN CORP | $8,571.76 | $411.11 | $21.30 |
| 226 | ULBRICH OF ILLINOIS | $20,970.07 | $1,005.73 | $52.12 |
| 227 | KEN-MAC METALS, INC. | $113,721.78 | $5,454.14 | $282.64 |
| 228 | USF HOLLAND | $2,898.71 | $139.02 | $7.21 |
| 229 | AMERICAN JEBCO CORP | $7,215.71 | $346.07 | $17.93 |
| 230 | BOC GASES | $13,454.22 | $645.27 | $33.44 |
| 231 | AMITY INTERNATIONAL | $6,051.23 | $290.22 | $15.04 |
| 232 | PARKER HANNIFIN CORPORATION | $46,505.50 | $2,230.42 | $115.58 |
| 233 | CITIBANK USA NA | $3,093.64 | $148.37 | $7.69 |
| 234 | AT&T WIRELESS | $529.38 | $25.39 | $1.31 |
| 236 | DILLON IND. TOOLS & ABRASIVE | $3,617.79 | $173.51 | $8.99 |
| 237 | MOTION INDUSTRIES - | $8,361.06 | $401.00 | $20.78 |

**UST Form 101-7-NFR (10/1/2010)**

|   |   |   |   |   |
|---|---|---:|---:|---:|
|   | TENNESSEE |   |   |   |
| 238 | MOTION INDUSTRIES - TENNESSEE | $4,115.38 | $197.38 | $10.22 |
| 239 | HANDY & HARMAN | $90,279.14 | $4,329.82 | $224.38 |
| 240 | BELLSOUTH TELECOMMUNICATIONS INC. | $1,464.51 | $70.24 | $3.64 |
| 242 | GATEWAY 2000 | $553.26 | $26.53 | $1.38 |
| 243 | DAVENPORT MACHINE INC. | $2,125.31 | $101.93 | $5.28 |
| 244 | SYSIX TECHNOLOGIES | $983.74 | $47.18 | $2.45 |
| 245 | HYDROMAT, INC. | $10,573.02 | $507.09 | $26.27 |
| 246 | LINDE GAS LLC | $1,390.90 | $66.71 | $3.45 |
| 247 | FEDERAL EXPRESS CORPORATION | $156,713.69 | $7,516.05 | $389.49 |
| 248 | ALLIED ELECTRONICS INC. | $894.29 | $42.89 | $2.22 |
| 249 | ADP INC. | $2,280.71 | $109.38 | $5.67 |
| 252 | ELLSWORTH ADHESIVES | $816.16 | $39.14 | $2.03 |
| 253 | ELECTRIC POWER BOARD OF CHATTANOOGA | $26,802.67 | $1,285.47 | $66.61 |
| 255 | UTILITY RESOURCE MANAGEMENT GROUP INC | $13,563.52 | $650.51 | $33.71 |
| 256 | AMERICAN AIRLINES INC. | $30,329.20 | $1,454.60 | $75.38 |
| 261 | MARKEM CORPORATION | $524.30 | $25.15 | $1.30 |
| 263 | ZURICH NORTH AMERICA/ATTN: MARY PERLICK | $8,701.00 | $417.30 | $21.63 |
| 264 | ARCH SPECIALTY INS. CO | $12,597.00 | $604.16 | $31.30 |
| 265 | MILLER & MARTIN PLLC | $3,950.00 | $189.44 | $9.82 |
| 269 | CENTRAL STEEL & WIRE | $568.55 | $27.27 | $1.41 |
| 273 | SAXONBURG  CERAMICS INC. | $116,300.36 | $5,577.81 | $289.05 |
| 274 | SPANGLER SHEET METAL INC. | $14,058.62 | $674.26 | $34.94 |
| 276 | SHEFFIELD BRONZE PAINT CO | $1,553.16 | $74.49 | $3.86 |
| 277 | BEAVER OIL COMPANY | $1,113.00 | $53.38 | $2.77 |
| 279 | SMALL TUBE PRODUCTS | $1,951.52 | $93.60 | $4.85 |
| 283 | NATIONAL JET COMPANY | $429.14 | $20.58 | $1.07 |
| 286 | GUYSON CORPORATION | $4,698.54 | $225.34 | $11.68 |
| 287 | GRAYBAR ELECTRIC | $897.60 | $43.05 | $2.23 |
| 288 | LEINART'S INC. | $710.60 | $34.08 | $1.77 |
| 289 | ELECTRIC MOTOR SALES | $404.00 | $19.38 | $1.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 293 | BURR OAK TOOL & GUAGE COMPANY | $10,955.30 | $525.42 | $27.23 |
| 295 | NEW ENGLAND MINIATURE BALL GROUP | $8,272.28 | $396.74 | $20.56 |
| 297 | JAMES H. LAAS CO | $1,190.18 | $57.08 | $2.96 |
| 298 | PROFESSIONAL DRUG SCREENING SERVICES | $3,970.00 | $190.40 | $9.87 |
| 300 | SEASTROM MFG CO., INC. | $468.67 | $22.48 | $1.16 |
| 307 | CESAR-SCOTT, INC. | $25,430.10 | $1,219.64 | $63.20 |
| 308 | DAVID W. TROSCINSKI | $18,154.00 | $870.67 | $45.12 |
| 309 | THE BAILEY COMPANY | $2,410.57 | $115.61 | $5.99 |
| 313 | STEEL STORE | $213.74 | $10.25 | $0.53 |
| 314 | CHOO CHOO PACK INC. | $0.00 | $0.00 | $0.00 |
| 315 | AEROVOX A DIV OF PARALLAX POWER COMPANY | $11,748.00 | $563.44 | $29.20 |
| 316 | ELECTRO SWITCH INC. | $104,026.57 | $4,989.16 | $258.54 |
| 317 | ACCURATE FELT & GASKET MFG CO INC. | $29,774.59 | $1,428.00 | $74.00 |
| 321 U | MARK R. BOLDUC | $4,763.72 | $228.47 | $11.84 |
| 323 | AIR & HYDRAULIC EQUIPMENT, INC. | $1,832.35 | $87.88 | $4.55 |
| 324 | METAL-MATIC | $600,627.59 | $28,806.34 | $1,492.75 |
| 326 | RAYMOND BARBRICK | $5,000.00 | $239.80 | $12.43 |
| 327 | CARLSON'S LOCK SERVICE | $0.00 | $0.00 | $0.00 |
| 329 | HARRISON HORAN | $84,563.14 | $4,055.68 | $210.17 |
| 333 | EMPLOYMENT CONNECTION | $10,270.88 | $492.60 | $25.52 |
| 335 | ROCKFORD TOOLCRAFT | $248,248.20 | $11,906.08 | $616.98 |
| 336 | SMALL PARTS INC. | $377,677.55 | $18,113.57 | $938.65 |
| 337 | MAINSTAY SUITES | $29,085.33 | $1,394.94 | $72.29 |
| 339 | DIGI-KEY CORPORATION | $3,781.75 | $181.37 | $9.40 |
| 340 | JMS OF HOLLAND, INC. | $205,418.11 | $9,851.93 | $510.54 |
| 342 | BEARING DISTRIBUTORS | $3,465.18 | $166.19 | $8.61 |
| 343 | VIKING RUBBER PRODUCTS | $9,209.91 | $441.71 | $22.89 |
| 344 | IMAGE TECHNOLOGY | $825.00 | $39.57 | $2.05 |
| 345 | CITY OF CHATTANOOGA | $49,005.62 | $2,350.33 | $121.79 |
| 346 | MILL & MINE SUPPLY CO, INC. | $138.09 | $6.62 | $0.35 |
| 347 | AT&T WIRELESS | $193.83 | $9.30 | $0.48 |
| 348 | KONVEYOR SANAYI LTD | $107,600.00 | $5,160.54 | $267.42 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 352 | AMERICAN SINTERED TECHNOLOGIES | $11,742.95 | $563.20 | $29.18 |
| 353 | SHAN SACRANIE | $230,000.00 | $11,030.89 | $571.63 |
| 354 | AMCITO PARTNERS LP | $167,967.09 | $8,055.77 | $417.45 |
| 355 | G&M DIE CASTING COMPANY | $140,395.00 | $6,733.40 | $348.93 |
| 356 | ENGMAN-TAYLOR COMPANY, INC. | $215,646.94 | $10,342.51 | $535.96 |
| 359 | BNB INTERNATIONAL INC. | $1,394.28 | $66.87 | $3.47 |
| 360 | AISLANTES & EMPAQUES DEL NORTE SA D CV | $1,326.83 | $63.64 | $3.29 |
| 361 | WOLVERINE METAL STAMPING | $108,038.00 | $5,181.55 | $268.51 |
| 362 | SCHIFF HARDIN LLP | $37,377.04 | $1,792.62 | $92.89 |
| 363 | METALS USA CARBON FLAT ROLLED INC. | $14,954.28 | $717.21 | $37.17 |
| 364 | EVERSEAL GASKET | $18,185.40 | $872.18 | $45.20 |
| 365 | PARMAN LUBRICANTS | $39,328.99 | $1,886.23 | $97.75 |
| 366 | PETERSON TOOL COMPANY, INC. | $3,630.45 | $174.12 | $9.02 |
| 368 | LH &F DEVELOPMENT PARTNERSHIP | $68,932.57 | $3,306.03 | $171.32 |
| 369 | HFR PRECISION MACHINING, INC. | $85,111.62 | $4,081.99 | $211.53 |
| 370 | JOINING TECHNOLOGIES CORP | $7,843.36 | $376.17 | $19.49 |
| 371 | ADMAN ELECTRIC | $73,617.05 | $3,530.70 | $182.97 |
| 373 | TEXMEX SUPPLY | $7,638.00 | $366.32 | $18.98 |
| 381 | FORM PLASTICS | $4,662.29 | $223.61 | $11.58 |
| 382 | ATLANTA GAS LIGHT | $7,403.60 | $355.08 | $18.40 |
| 383 | UNITED PARCEL SERVICE | $4,706.00 | $225.70 | $11.70 |
| 384 | WALTER A WOOD SUPPLY CO., INC. | $19,559.14 | $938.06 | $48.61 |
| 385 | MET-L-FLO INC. | $2,273.00 | $109.01 | $5.65 |
| 386 | WW GRANGER INC. | $1,600.00 | $76.74 | $3.97 |
| 388 | WOLVERINE METAL STAMPING, ICN. | $25,000.00 | $1,199.01 | $62.13 |
| 389 | COMPONENT MACHINERY & ENGINEERING CO | $24,493.07 | $1,174.70 | $60.87 |
| 390 | JACOBSON PARTNERS | $27,000.00 | $1,294.93 | $67.10 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to timely general unsecured claims: | $44,406.17 |
|---|---|---|
|  | Remaining balance: | $1,303.35 |

Tardily filed claims of general (unsecured) creditors totaling $52,695.79 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 375 | ALLSTAR FASTENERS, INC. | $11,649.62 | $0.00 | $0.00 |
| 377 | NEFF-PERKINS COMPANY | $15,979.73 | $0.00 | $0.00 |
| 380 | ULTRASEAL AMERICA INC. | $13,182.44 | $0.00 | $0.00 |
| 387 | CAMBRIDGE LEE INDUSTRIES | $11,884.00 | $0.00 | $0.00 |

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,303.35 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  | Total to be paid for subordinated claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,303.35 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.32 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $0.00. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski

**UST Form 101-7-NFR (10/1/2010)**

1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**